AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

INVENTORS GREENHOUSE, et. al.

V.

HASBRO, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 246S

TO: (Name and address of Defendant)

Hasbro, Inc.
c/o Barry Nagler, Registered Agent
1027 Newport Avenue
Pawtucket, RI 02860

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark B. Morse, Esq.
Law Office of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(local counsel)

Dariush Keyhani, Esq.
Meredith & Keyhani PLLC
330 Madison Avenue
New York City, NY 10017
(212) 760-0098
(pending pro hac vice admission)

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/7/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/10/05 |
| NAME OF SERVER *(PRINT)* Vincent P. Catamero | TITLE Constable State of R.I. License #6023 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Christine Meehan (Christine Meehan - Paralegal - Hasbro, Inc

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 35.00 | $ 35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/10/05
Date

[signature] Vincent P. Catamero Constable State of R.I. License #6023
Signature of Server

1408 Atwood Ave. Johnston, RI
Address of Server

2005 JUN 17 A 9:14

DISTRICT COURT

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.