UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Inventors Greenhouse, Micro Pros Technology Solutions, and R.H. Baer Consultants
Plaintiff(s)

CA 05 246 S

v.

C.A. No.__________

Hasbro, Inc., & Hasbro ~~International, Inc.~~
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff/XXXXXXX Inventor's Greenhouse et al. hereby moves that Dariush Keyhani be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which Plaintiffs counsel specializes: Patent/Licensing issues
- ________ counsel's long-standing representation of the client: ________
- The local trial bar lacks experience in the field of: ________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ________ counsel is familiar, specifically : ________.
- The case requires extensive discovery in a foreign jurisdiction convenient to ________ counsel, as follows: ________.
- It is a criminal case, and ________ counsel is defendant's counsel of choice.
- Other: ________.

(Plaintiff/XXXXXXX)
By: Dariush Keyhani
Attorney for Plaintiffs Inventor's Greenhouse, et al.

DATED: 6-7-05

Mark B. Morse
Attorney and Counselor at Law
111 Wayland Avenue
Providence, RI 02906

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s) NJ, SDNY, EDNY __________, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided). Hasbro vs. David Chang, CA NO: 03-482T (Ernest C. Torres)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of ~~Local~~ associate counsel.

| | |
|---|---|
| Dariush Keyhani | Mark B. Morse |
| Name | Local Associate Counsel |
| | 3003 |
| | R.I. Bar ID # |
| ~~Meredith & Keyhani,~~ PLLC | ~~Law Office of Mark B.~~ Morse |
| Firm Name | Firm Name |
| 330 Madison Avenue | 111 Wayland Avenue |
| Business Address | Business Address |
| 6th Floor | ~~Providence, RI 02906~~ |
| ~~NY, NY 10017~~ | |
| ~~(212) 760-0098~~ Tel. # (212) 202-38~~19~~ Fax # | ~~(401)~~ 831-~~0555~~ Tel. # (401) 273-0937 Fax # |

---

**Order:** This motion is hereby ________________.

____________________
U.S. District Judge
Date: ________________

# Supreme Court of New Jersey

This is to certify that **DARIUSH KEYHANI**
(No. **044062002**) was constituted and appointed an Attorney at Law of New Jersey on **December 28, 2002** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **18TH** day of **May**, 20 **05**

Clerk of the Supreme Court

-453a-