UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,

v. CA NO: 05-246S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.

# ENTRY OF APPEARANCE

I, Jeffrey K. Techentin, of Adler Pollock & Sheehan P.C., hereby enter my appearance as counsel for Defendants, Hasbro, Inc. and Hasbro International, Inc.

Dated: October 6, 2005

DEFENDANT,
HASBRO, INC. AND HASBRO
INTERNATIONAL, INC.

By its attorney,

Jeffrey K. Techentin, Esq. #6651
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of Oct. 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhanni, Esq.
Meredith & Keyhanni, PLLC
330 Madison Avenue, 6th Floor
New York, NY 10017

*357085_1.doc*