**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 11 2005

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**STIPULATION**

Plaintiffs and Defendants hereby stipulate and agree that Defendants may have until Monday, October 17, 2005 to respond to *Plaintiffs' First Request for Documents and Things* and *Plaintiffs' First Set of Interrogatories.*

For Defendants:

Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: 10/11/05

For Plaintiffs:

Dariush Keyhani (admitted *pro hac vice*)
MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Tel. (212) 760-0098
Fax: (212) 202-3819
Dated: 10/6/05

*356900_1.doc*