UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. CA NO: 05-246S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

**NOTICE OF TAKING DEPOSITION OF GARY CARLIN**

DEPONENT: Gary Carlin

DATE: Thursday, January 5, 2006

TIME: 10:00 A.M.

LOCATION: Adler Pollock & Sheehan PC, One Citizens Plaza, 8th Floor, Providence, RI 02903

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of GARY CARLIN, at Adler Pollock & Sheehan PC, One Citizens Plaza, 8th Floor, Providence, Rhode Island. The deposition will commence at 9:00 a.m. on Thursday, June 17, 2005 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC.
By its Attorneys,

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of December 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhanni, Esq.
Meredith & Keyhanni, PLLC
330 Madison Avenue, 6th Floor
New York, NY 10017

Esquire Deposition Services
10 Weybosset Street, Suite 402
Providence, RI 02903

*364542_1.doc*