UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

CA NO: 05-246S

**JOINT MOTION TO EXTEND DISCOVERY TIME PERIOD**

Now come the Plaintiffs, Inventor's Greenhouse, Micro Pros Technology Solutions, and R.H. Baer Consultants and the Defendants. Hasbro, Inc. and Hasbro International, Inc., and jointly move this Court to extend the deadlines scheduled in the Pretrial Order. In support of this joint motion, the parties state that over the last several months they have prepared for and engaged in two settlement conferences with Magistrate Judge Lovegreen. Both parties have held off engaging in discovery in anticipation that these settlement conferences would be fruitful in resolving this matter. However, after two conferences it does not appear that this matter can be resolved at this particular time. Therefore, the parties must engage in substantive discovery.

Because of the number of witnesses who need to be deposed, as well as the diverse location of these witnesses, and the relevant documents which must be located and produced, the parties jointly seek a six (6) month extension of the discovery deadline, including expert disclosures, from January 3, 2006 until June 3, 2006. The parties would also seek a commensurate extension of the remaining deadlines as follows:

1. Filing dispositive motions (currently January 17, 2006) extended to June 17, 2006.

2. Pretrial Memoranda (currently January 30, 2006) extended until June 30, 2006 or thirty (30) days after a decision on any dispositive motion.

3. Trial Calendar – This case would be placed on the calendar the month following filing of pretrial memoranda.

WHEREFORE, both Plaintiffs and the Defendants request that the aforementioned deadlines be extended to accommodate the necessary discovery that both parties will need to undertake in this matter.

For the Defendants

Todd D. White

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

For the Plaintiffs

MBM

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
Fax: (401) 273-0937

Dariush Keyhani (DK)

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
330 Madison Avenue, 6th Floor
New York, NY 10017
(212) 760-0098
Fax: (212) 202-3819

364377_1.doc