UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Inventor's Greenhouse, et al.<br>Plaintiffs, | ) | |
| v. | ) | CA No. 05-246S |
| Hasbro, Inc., et al.<br>Defendants. | ) | |

## SECOND AMENDED PRETRIAL ORDER

(Civil Case)

The Joint Motion to Extend Discovery Time Period is GRANTED. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that the amended pretrial schedule shall be as follows:

1. Fact Discovery Closure. All factual discovery will be closed by **June 3, 2006**.

2. Expert Discovery Disclosures. Plaintiffs will make their expert witness disclosures and reports, as required by Fed. R. Civ. P. 26(a)(2), by **June 3, 2006.** Defendant will make its expert witness disclosures and reports, as required by Fed. R. Civ. P. 26(a)(2), by **June 3, 2006.** (Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court.) All depositions are

to be completed by **June 30, 2006**. Expert Discovery will close on **June 30, 2006.**

3. Dispositive Motions. Dispositive motions will be filed by **July 17, 2006.** Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

4. Pretrial Memoranda. Pretrial memoranda shall be filed by **30 days after a decision on any dispositive motions, or if no dispositive motions are filed, by July 17, 2006.**

5. Trial Calendar. This case shall be placed on the trial calendar for **the month following the filing of pretrial memoranda**.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 12/22/05