UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ORIGINAL

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| v. | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**MOTION TO AMEND COMPLAINT TO ADD CLAIM FOR FRAUD UNDER RHODE ISLAND COMMON LAW**

Now comes the Plaintiffs in the above-entitled matter and hereby move to amend their Complaint to add the claim for Fraud under Rhode Island common law as set forth in Plaintiffs' attached "Amended Complaint". In support, Plaintiffs have attached a memorandum of law.

Respectfully Submitted,
Plaintiffs
By their Attorneys

Mark B. Morse
Law Office of Mark B. Morse
RI Bar Reg 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (Phone)
(401) 273-0937 (Facsimile)
*Local Counsel*

Dariush Keyhani
**(admitted pro hac vice)**
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406
(609) 228-4031 (Facsimile)
*Counsel for Plaintiffs*

**CERTIFICATE OF SEVICE**

I hereby certify that on Jan. 31, 2006 I have served or caused to be served a true copy of the within by regular mail to the following counsel of record:

John Martini

Todd D. White
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

_______________
Mark B. Morse, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| -against- | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a) Plaintiffs submit this Supporting Memorandum for the following reasons:

Fed. R. Civ. P. 15(a) sets forth the procedure for filing amended pleadings. Specifically providing that leave to amend "shall freely be given when justice so requires." Id. Fed. R. Civ. Pl 15(a) contemplates a liberal application, freely permitting amendments and this policy has been consistently accepted and enforced by the federal courts in an effort to permit all parties to completely present their case. Foman v. Davis, 371 U.S. 178 (1982). It is the policy of the federal courts that all controversies should be decided upon their merits rather than upon technicalities in the pleadings. The federal courts permit parties to amend their pleadings freely, only refusing such amendments where an amendment would be futile or would serve no legitimate purpose. See Correa-

Martinez v. Arrillaga-Belendez, 903 F.2d 49, 56, C.A. 1 (Puerto Rico) (1990). This is the first time Plaintiffs request leave from the Court to amend their pleading.

Here, leave is requested by Plaintiffs to file an Amended Complaint in order to assert a claim for Fraud under Rhode Island common law. Over the last few months of discovery it has come to Plaintiffs' attention that Defendants, since September 29, 2000, have concealed documents identifying toys, sales records, and income/revenues and misrepresented royalties from commercialization of toys including, but not limited to PLAYSKOOL and COOL CREW toys such as the "Tool Bench," "Mike the Mower," "Dusty the Vacuum," "Charlie Coal the Grill," and other toys created/extended from Plaintiffs' Talkin' Tools idea, concept, product, design and/or invention identified in the Inventor License Agreement (See Exhibit A of Amended Complaint).

Defendants cannot reasonably claim any prejudice by the filing of an Amended Complaint. While fact discovery is not scheduled to close until June 3, 2006, Plaintiffs would consent to an appropriate extension of the discovery process if Defendants so request. In light of the public policy interests underlying Fed. R. Civ. P. 15(a) and in order for Plaintiffs to have an opportunity to bring their full case against Defendants at one time, it is necessary that they be given leave to amend their pleadings consistent with their recent factual findings in discovery.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant the present motion for Leave to file an Amended Complaint.

Dated: ____________________

By their attorneys,

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906
Local Counsel

Dariush Keyhani
(admitted *pro hac vice*)
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406
(609) 228-4031 (Facsimile)
*Counsel for Plaintiffs*