# REPLY MEMORANDUM
# EXHIBIT A




Let's Imag
Let's Mov
Let's Figu
It Out™




Are they tools or are they buddies? They're both! COOL CREW toys "bring everyding household items to life" -- in preschool proportions. These friendly-faced tools offer plenty of make-believe play.

Kid-sized tools with big personalities



Each COOL CREW toy comes with a built-in talking friend whose zany sayings are an open invitation to join the crew. It's fun to get to know Chompin Mike the Mower, Dusty the Talking Vacuum and the rest of these happy buddies.

See COOL CREW in Action!
Tool Bench
Dusty the Vacuum
Bobby Q. Grill
Check out the COOLCREW Commercials!
Tool Bench
Mike the Mower
Dusty the Vacuum



Fun activities for k
PLAYSKOOL and H

More Toys
Other Playskool™ t
might be interested



Mr. Pota



VideoNc



Weeble:

Fun--and more!



All COOL CREW toys stimulate a child's budding imagination and thinking skills. And working together with these silly pals means growing muscles get a workout, too.

| | | | |
|---|---|---|---|
| | COOL CREW | PLAYSKOOL FAVORITES | VIDEONOW JR. |
| the Playskool Family | GLOWORM | PUPPY SURPRISE | WEEBLES |
| | MR. POTATO HEAD | ROBOSAPIEN JR. | WHEEL PALS |

**VISIT THESE OTHER GREAT PRESCHOOL BRANDS FROM HASBRO:**

**CERTIFICATE OF SEVICE**

I hereby certify that on March 2, 2006, I served or caused to be served a true copy of Exhibit A of Plaintiff's Reply Memorandum to Defendants' Objection to Motion to Amend Complaint to Claim for Fraud by U.S. Mail with prepaid postage to the following counsel of record:

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Dariush Keyhani