RECEIVED

MAR 09 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,

v.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.

CA NO: 05-246S

**ORDER**

This matter came on for hearing on the 8th day of March, 2006, before Magistrate ~~Justice~~ Judge David L. Martin on Plaintiffs' Motion to Add Claim for Fraud under Rhode Island Common Law (the "Motion"), and after hearing thereon and consideration thereof, it is hereby

**ORDERED**

That the Motion is denied without prejudice to the Plaintiffs' right to bring a subsequent motion to amend the Plaintiffs' Complaint that is satisfactory of the pleading requirements of Fed. R. Civ. P. Rule 9(b).

Enter:

David L. Martin
USMJ 3-13-06

Per Order:

[signature]

PRESENTED BY:

[signature]

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
Fax: (401) 751-0604/ 351-4607