ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| v. | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**MOTION TO AMEND COMPLAINT TO ADD CLAIM FOR FRAUD**

Now comes the Plaintiffs in the above-entitled matter and hereby move to amend their Complaint to add the claim for fraud under Rhode Island common law.

Date: March 13, 2006

Respectfully Submitted,
Plaintiffs
By their Attorneys

Dariush Keyhani (admitted *pro hoc vice*)
Meredith & Keyhani, PLLC (admitted *pro hac vice*)
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406
(609) 228-4031 (Facsimile)
*Counsel for Plaintiffs*

Mark B. Morse
Law Office of Mark B. Morse
RI Bar Reg 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (Phone)
(401) 273-0937 (Facsimile)
*Local Counsel*

**CERTIFICATE OF SERVICE**

**I hereby certify that on March 13, 2006 I, Mark B. Morse, have served or caused to be served a true copy of the within by regular mail to the following counsel of record:**

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizen Plaza, 8th Floor
Providence, RI 02903

**Mark B. Morse**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ORIGINAL

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

-against-

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

CA NO: 05-246S

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a) Plaintiffs submit this Supporting Memorandum for the following reasons:

Fed. R. Civ. P. 15(a) sets forth the procedure for filing amended pleadings. Specifically providing that leave to amend "shall freely be given when justice so requires." Id. Fed. R. Civ. P. 15(a) contemplates a liberal application, freely permitting amendments and this policy has been consistently accepted and enforced by the federal courts in an effort to permit all parties to completely present their case. Foman v. Davis, 371 U.S. 178 (1982). It is the policy of the federal courts that all controversies should be decided upon their merits rather than upon technicalities in the pleadings. The federal courts permit parties to amend their pleadings freely, only refusing such amendments where an amendment would be futile or would serve no legitimate purpose. See Correa-Martinez v. Arrillaga-Belendez, 903 F.2d 49, 56, C.A. 1 (Puerto Rico) (1990). Here,

leave is requested by Plaintiffs to file an Amended Complaint in order to assert a claim for Fraud under Rhode Island common law.[1]

At the last Settlement Conference on December 8, 2005, Plaintiffs first became aware that Defendants fraudulently designated high earning talking tool toys such as Tool Bench, Mike the Mower, Dusty the Vacuum, Charlie Coal the Grill and others as not being "tools"[2] and thus not covered by the License Agreement; only those talking toy tools that generated almost nothing or substantially less revenues were designated by Defendants as "tools" within the meaning of the License Agreement – a practical difference of paying/owing a few thousand dollars versus millions of dollars in royalties to Plaintiffs;[3] even in Hasbro's own marketing materials Defendants identify the toys Tool Bench, Mike the Mower, Dusty the Vacuum, Charlie Coal the Grill and others at dispute here as "tools" (see Exhibit A).

Defendants cannot reasonably claim any prejudice by the filing of an Amended Complaint. While fact discovery is not scheduled to close until June 3, 2006, Plaintiffs would consent to an appropriate extension of the discovery process if Defendants so request. In light of the public policy interests underlying Fed. R. Civ. P. 15(a) and in order for Plaintiffs to have an opportunity to bring their full case against Defendants at

---

[1] It is important to note, Plaintiffs did some editing to paragraphs 45-53 and added paragraph 54 to correct typos and add clarification to the already claimed causes of action, but no new claims, aside from the claim for fraud under Rhode Island common law, have been added in the proposed Amended Complaint.
[2] Under the License Agreement the Defendants are required to pay Plaintiffs three (3) percent royalties of "Net Sales" for all toys that are extensions of the "TALKIN' TOOLS" idea/concept/design etc. submission defined as a "a pre-school tool toy having a fanciful 'face' embedded in the operating elements of the tool or its casing and an electronic voice-producing chip which issues audible statements evocative of the function of the tool and triggered by those functions." (See Exhibit A of Amended Complaint, 1(a) Definition of Licensed Property).
[3] For example, Defendants first disclosed that the toy talking lantern which generated $283,000 and the toy talking sprinkler that generated close to nothing had been designated as "tools"; however, Defendants conveniently did not designate the toy talking vacuum that had already generated over sixteen million (16) dollars or the toy talking mower that had already generated almost twelve (12) million dollars as "tools".

one time, it is necessary that they be given leave to amend their pleadings consistent with their recent factual findings in discovery.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant the present motion for Leave to file an Amended Complaint.

Dated: ____________________

By their attorneys,

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906
*Local Counsel*

Dariush Keyhani
(admitted *pro hac vice*)
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406
(609) 228-4031 (Facsimile)
*Counsel for Plaintiffs*