UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,
v.
HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

CA NO: 05-246S

**PLAINTIFFS' MOTION FOR ORDER COMPELLING DISCOVERY**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Civil Rule 37(a) the Plaintiffs herein moves that the Defendants be compelled to properly respond to discovery requests including Plaintiffs' First set of Interrogatories and Plaintiffs' First Requests for Documents and Things served on Defendants on August 31, 2005.

Defendants Hasbro, Inc. and Hasbro International, Inc. have failed to respond to such discovery or have provided such evasive and incomplete answers/productions as to be treated as a failure to answer/produce. Please find attached to this motion Plaintiffs' First Requests for Documents and Things (Exhibit A) and copies of letters sent to Defendants specifying documents/files requested that have not been produced (Exhibit B).

Plaintiffs have attempted in good faith to resolve the within matter without the necessity of a motion and Court action. Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Civil Rule 37(a) Plaintiffs herein respectfully request that Defendants be ordered to produce the digital/electronic files containing the items listed in the attached Exhibit C and to

pay the Plaintiffs for the reasonable expenses and attorneys' fees associated with bringing this motion.

Plaintiffs have not filed a memorandum of law with this motion as this is an excepted motion under Local Civil Rule 7(a).

Date: April 13, 2006

Plaintiffs,
By their attorneys,

MARK B. MORSE, Esq.
RI Bar Reg N. 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555

Dariush Keyhani
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
*(Appearing Pro Hac Vice)*
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SEVICE**

I hereby certify that on this 13th day of April, 2006, I have served or caused to be served a true copy of the within document to be sent by regular mail with appropriate postage to the following counsel of record:

Todd D. White
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Jennifer Meredith