UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. CA 05-246 S

HASBRO, INC., and HASBRO INTERNATIONAL, INC.,
Defendants.

**ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE**

Before the court is Plaintiffs' Motion for Order Compelling Discovery (Document ("Doc.") #22) ("Motion to Compel"). The Motion to Compel is hereby denied without prejudice. Plaintiffs may refile their motion in a form which complies with Local Rule 37. See DRI LR Cv 37.[1]

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
April 24, 2006

BY ORDER:

Deputy Clerk

[1] Local Rule 37, governing motions to compel discovery, provides in relevant part:

> **(a) Form.** A motion to compel a response or further response to an interrogatory, request for production, or request for admission shall state the interrogatory or request, the response made, if any, and the reasons why the movant maintains that the response is inadequate. Motions to compel shall comply with the requirements of LR Cv 7.

DRI LR Cv 37.