# EXHIBIT D




See all the COOL CREW toys →

Are they tools or are they buddies? They're both! COOL CREW toys "bring everyday household items to life" -- in preschool proportions. These friendly-faced tools offer plenty of make-believe play.

Kid-sized tools with big personalities



Each COOL CREW toy comes with one or more built-in talking friends whose zany sayings are an open invitation to join the crew. It's fun to get to know Chompin Mike the Mower, Dusty the Talking Vacuum and the rest of these happy buddies.

Fun--and more!

See COOL CREW in Action!
CHARLIE COAL THE GRILL
DUSTY THE TALKING VACUUM
TEAM TALKIN' TOOL BENCH
Check out the COOL CREW Commercials!
CHARLIE COAL THE GRILL

2 to 3 yrs.
3+ yrs.

Play Styles
COOL CREW encourages the following play styles:

Let's Imagine™
Let's Move™
Let's Figure It Out™






# Hasbro

Preschoolers can "grill" or plan a cookout anytime with Hasbro's **Cool Crew Charlie Coal the Grill**. This animated, electronic grill is talkative and friendly, saying more than 50 phrases such as "It's not done 'til there's ketchup on the bun!" or "Is the food ready yet?" The grill makes realistic grilling sounds and "talks" with his pals ketchup, mustard, fork, and spatula.

With a rotating dual nozzle, the **Max Infusion Overload** water blaster makes it easy to specialize soakage—choose from regular or wide blasts. This high-powered water blaster comes complete with a colorful, water-tight, detachable backpack that holds 100 ounces of water. And when it's finally time to stop for a refill, the front-loading, quick-fill cap will make refilling a snap—just insert the hose into the quick-fill cap. The blaster has a reach of up to 30 feet, according to Hasbro.



CIRCLE READER SERVICE NO. 20

Product Search Shop Play Customer Service Corporate Info My Hasbro search

- Where to Buy
- Sign up
- Contact us
- Site map Search Playskool GO

- Your Child's Development
- Our Toys
- Gift Ideas
- the Playskool™ Story

Home → Our Toys → COOL CREW → See the Toys

NOT PROVIDED

PROVIDED

PROVIDED

Check out all PLAYSKOOL toys!
Choose One

Products 1 - 6 of 6 Sort by: - select -



**Ages:** 3 & Up
**Approx. Retail:** $24.99

Buy It Try It

PLAYSKOOL COOL CREW CHARLIE COAL THE GRILL



**Ages:** 2 & Up
**Approx. Retail:** $19.99

Buy It Watch It

PLAYSKOOL COOL CREW CHOMPIN' MIKE THE MOWER



**Ages:** 2 & Up
**Approx. Retail:** $19.99

Buy It Watch It

PLAYSKOOL COOL CREW DUSTY THE TALKING VACUUM CLEANER



**Ages:** 2 & Up
**Approx. Retail:** $9.99

Buy It

PLAYSKOOL COOL CREW MINI THE VACUUM



**Ages:** 2 & Up
**Approx. Retail:** $9.99

Buy It

PLAYSKOOL COOL CREW PHIL THE DRILL



**Ages:** 3 & Up
**Approx. Retail:** $34.99

Buy It Try It

PLAYSKOOL COOL CREW TEAM TALKIN' TOOL BENCH

View List as Text View All

the Playskool Family

BUSY BASICS
MR. POTATO HEAD
ROBOSAPIEN JR.
WEEBLES

COOL CREW
PLAYSKOOL FAVORITES
T. J. BEARYTALES
WHEEL PALS

GLOWORM
PUPPY SURPRISE
VIDEONOW JR.

NOT PROVIDED

NOT PROVIDED

NOT PROVIDED