# EXHIBIT E

F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS and R.H. BAER CONSULTANTS,

Plaintiffs,

v. C.A. No. 05-246S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,

Defendants.

**PRIVILEGE LOG OF HASBRO, INC.**

| Bates Number | Date | Subject | Parties | Reason for Redaction/Withholding |
|---|---|---|---|---|
| HA00118 | 6/29/02 | License Summary for Shoot the Loop | Provided by an attorney as an attorney opinion to Business personnel | Attorney-Client Privilege (Redacted) |
| HA00239 | 08/17/98 | Email correspondence re: Miranda's Adventures in Oz | From Wayne Luther to Christine Hoey, Howard Bollinger, Bryony Bouyer, Maureen Mello, Steven D'Aguanno, Lorrie Browning; Dave Dubosky | Attorney-Client Privilege (Withheld) |

| | | | | |
|---|---|---|---|---|
| HA00240 - HA00241 | 08/17/98 | Email correspondence re: Miranda's Adventures in Oz | From Dave Dubosky to Wayne Luther, Christine Hoey, Howard Bollinger, Bryony Bouyer, Maureen Mello, Steven D'Aguanno, Lorrie Browning | Attorney-Client Privilege (Withheld) |
| HA00243 | 05/21/98 | Memorandum re: Assignment of Option and License Request | From Laura MacDougall to Dave Maurer | Attorney-Client Privilege (Withheld) |
| HA00709 | No date | Various sales volumes | Not shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA00743 | No date | Y.C. Fishing Pole Sales Information Chart | Not shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003363-HA003364 | 2/21/2001 | Tonka 2002 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003396-HA003397 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003410-HA003411 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003415-HA003419 | 7/6/2000 | Various Sales Volumes | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003438 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA 003457 – HA003458 | 7/31/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |

| | | | | |
|---|---|---|---|---|
| HA003463 | 7/31/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003463 | 7/31/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003465 | 7/31/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003470-HA003471 | 7/31/2000/ | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003498-HA003500 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003506-HA003507 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003513-HA003514 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003520-HA003521 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003527-HA003528 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003534-HA003535 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003546-HA003547 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA00352-HA00354 | 12/1/2000 | Tonka 2002 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |

| | | | | |
|---|---|---|---|---|
| HA003559-HA003568 | 12/7/2000 | Product Cost Development Engineering | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003588-HA003589 | 12/11/200 | Tonka 2000 Preliminary TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003591 | 7/11/2000 | TMI Data – "Tools" | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003598-HA003600 | 8/29/2000 | Product Cost Development Engineering | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003601-HA003611 | 8/21/00 | Product Cost Development Engineering | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003613-HA003616 | 8/10/00 | Product Cost Development Engineering | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003669-HA003675 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003682-HA003683 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003690-HA003692 | 9/6/2000 | Tonka 2001 Marketing TLP | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |
| HA003720-HA003745 | 7/11/00 | Request for TMI Data | Not Shown | Confidential business information; relevance (toys not at issue) (Redacted) |