UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, v. HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | CA NO: 05-246S |

**PLAINTIFFS' MOTION TO EXTEND DISCOVERY TIME PERIOD**

Now come the Plaintiffs, Inventor's Greenhouse, Micro Pros Technology Solutions, and R. H. Baer Consultants, who herein move that this Court extend the deadlines scheduled in the Second Amended Pretrial Order. The current deadline for discovery, including fact discovery and expert disclosures, is June 3, 2006.

Plaintiffs in good faith prepared for and engaged in settlement conferences with Hasbro, Inc. and Hasbro International, Inc. (hereinafter collectively "Defendants") and Magistrate Judge Lovegreen in October and December, 2005 respectively. In accordance with the parties' mutual understanding and the Court's First Pretrial Order, the parties limited the scope of the first stage of discovery and did not address issues of damages. However, at the December Conference it became clear that the matter could not be resolved at the time and without the benefit of full discovery and litigation.

Since the second stage of discovery commenced in December of 2005, Defendants have failed to be forthcoming and produce documents and things responsive to Plaintiffs' Requests and disputes have arisen between the parties regarding these failures. The disputes include,

among others, the substitution by the Defendants of document/sales "summaries" in lieu of the original data as requested, and the failure of the Defendants to provide primary information such as the complete list of SKUs under which the toys at issue such as "Mike the Mower" and "Dusty The Talkin' Vacuum" among others are sold.[1] Further, the Defendants have failed to produce requested electronic/digital documents, including emails, communications and spreadsheets which reveal the underlying decision making process and the universe of toys in existence relevant to the claims in the litigation.

Since January of 2006 Plaintiffs have made numerous but unsuccessful attempts to acquire specific information and documents (see Exhibit A). These efforts included emails, telephone conversations and numerous letters by the Plaintiffs specifically identifying toys and SKUs that the Plaintiffs believe are in dispute. Despite Plaintiffs' persistent efforts, Defendants fail to produce the requested materials, or provide only incomplete or evasive responses and/or production. Accordingly, on May 10, 2006, pursuant to Rule 37, the Plaintiffs served a Motion for Order Compelling Production of Documents and Things (hereafter "Plaintiffs' Motion to Compel") demanding that the Defendants be ordered to properly respond to Plaintiffs' Requests. Defendants filed an Opposition to this motion and the motions are currently pending before the Court at this time.

---

[1] Defendants' omissions/concealments make the resultant revenues provided in the Defendants' "summaries" inaccurate and grossly underestimated. Plaintiffs' independent research has revealed, for example, that in Defendants' "summaries" of sales, they "disclose" sales for SKU (06201), the SKU for MIKE THE MOWER when it is sold by itself, but fail to disclose or even identify other SKUs under which the toy is sold (see Exhibit B); for example, there is a different SKU (08723) for MIKE THE MOWER when it is sold with CHIP THE CHAINSAW; by way of another example, the SKU (08764) and its corresponding sale numbers for DUSTY THE TALKIN' VACUUM when it is sold together with GAB THE TALKING TELEPHONE as a bonus item have yet to be disclosed.

Notwithstanding the discovery disputes, Plaintiffs have continued to make every effort to pursue discovery. Currently Plaintiffs have two depositions scheduled for May 23 and 24, 2006. This late time was chosen so as to follow on the completion of the production of documents and things so as to be able to have the benefit of the totality of information/documents and things necessary to conduct proper/useful depositions.

As a resolution of the discovery disputes is not likely to be reached prior to the scheduled end date of fact discovery, at least some of the necessary depositions cannot sensibly go forward before this date and/or prior to obtaining the benefit of all the information/documents and things relevant to the claims at issue and in Defendants' possession. Further, expert witnesses require the full and final compilation of documents and things in order to generate their report(s). By way of example, the damages expert requires the sales documents as they are kept in the ordinary course of business.

For the aforementioned reasons, and because of the number of witnesses who need to be deposed, as well as the diverse location of these witnesses, and the relevant documents, which must be located and produced, the Plaintiffs seek a three (3) month extension of the discovery deadline, including expert disclosures, from June 3, 2006 until September 3, 2006 and expert deposition until September 30, 2006. The Plaintiffs would also seek a commensurate extension of the remaining deadlines as follows:

1. Dispositive Motions (currently July 17, 2006) extended until October 17, 2006.
2. Pretrial Memoranda (currently July 17, 2006) extended until October 17, 2006.
3. Trial Calendar – This case would be placed on the calendar the month following the filing of pretrial memoranda.

WHEREFORE, Plaintiffs herein move that the aforementioned deadlines be extended as requested to accommodate the necessary discovery needed to go forward with this matter.

Plaintiffs have not filed a memorandum of law with this motion as this is an excepted motion under Local Civil Rule 7(a).

For the Plaintiffs,

Mark B. Morse, Esq.
RI Bar Registration Number 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (telephone)
(401) 273-0937 (facsimile)

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com
*(Appearing Pro Hac Vice)*

Dated: May 23, 2006

## CERTIFICATE OF SERVICE

CASE NAME: Inventor's Greenhouse, Micro Pros Technology Solutions, and R. H. Baer Consultants, Plaintiffs, v. Hasbro, Inc., and Hasbro International, Inc., Defendants.

CASE NUMBER: CA NO: 05-246S

I HEREBY CERTIFY that on this ________ day of ___________, 2006 I caused ______________________________ to be served the

PLAINTIFF'S MOTION TO EXTEND DISCOVERY TIME PERIOD

(Check one)

_____ by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid and depositing the same with the United States Postal Service to the person at the address set forth below.

✓ by causing to be personally delivered a true copy thereof to the person at the address set forth below.

_____ by (specific carrier such as Federal Express, United Parcel Service, etc.) to the person at the address set forth below.

_____ by certified mail, return receipt requested, to the person at the address set forth below.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 23 day of May, 2006

Mark B. Morse, Esq.