# Exhibit B

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

February 22, 2006

__*Via Facsimile Transmission*__ *(Letter Only)*
*and*
__*Federal Express (With Enclosures)*__

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
330 Madison Avenue, 6th Floor
New York, NY 10017

Re: __*Inventor's Greenhouse, et al. v. Hasbro, Inc., et al.*__
C.A. No. 05-246S

Dear Dariush:

Enclosed please find additional documents being produced by Hasbro, Inc. and Hasbro International, Inc. in the above-referenced matter. These documents have been Bates numbered HA4121 through HA4510.

Also, in response to your earlier request, below is the information regarding cross-reference of product SKU's and common names. I trust this will be of assistance:

| | |
|---|---|
| 02002 | Rod Fishing Pole |
| 06201 | Mike the Mower |
| 06208 | Gab the Phone |
| 06212 | Chip Chainsaw |
| 06213 | Zip Trimmer |
| 06506 | Dusty Vacuum |
| 06539 | Bobby Q Grill |
| 06541 | Talking Hand Tools (rake, nozzle, shovel) |
| 06607 | Lit Lantern |
| 92530 | Electronic Tonka Tools (includes screwdriver, hammer, hacksaw, tape measure and vise) |

ADLER POLLOCK & SHEEHAN P.C.

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
February 22, 2006
Page 2

*Via Facsimile Transmission (Letter Only)*
*and*
*Federal Express (With Enclosures)*

The documents previously produced (and for which you requested this information) show all of the sales at issue in this case. We have not produced the underlying invoices because those invoices would be enormously burdensome and expensive to duplicate, and in light of the records already provided, the information they contain would simply be redundant and cumulative. Previously, you had indicated that you preferred that Hasbro produce these documents. I would renew my request that you consider whether such production is necessary. If so, Hasbro will require that you pay for the reasonable costs of that production.

Very truly yours,

JEFFREY K. TECHENTIN
jtechentin@apslaw.com

Enclosures *(Federal Express Only)*

cc: Todd D. White, Esq.

*572786_1.doc*

# MEREDITH AND KEYHANI, PLLC.

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Mark Morse | Jennifer Meredith |
| COMPANY: | DATE: MAY 22, 2006 |
| FAX NUMBER: 401-273-0937 | TOTAL NO. OF PAGES INCLUDING COVER: 26 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

**NOTICE: If the reader of this message is not the intended recipient, please be advised that it contains confidential and privileged non-disclosable information, and any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by telephone collect to the sender shown above. We also would appreciate you sending the original message to us at the below address via U.S. Mail. Thank you for your cooperation. You are also advised that material contained within this transmission may be an offer for settlement, and non-disclosable/ non-discoverable.**

A copy was emailed in case the Exhibits didn't come through.
Call me if there are any questions.
Jennifer
646-546-5253

NEW YORK OFFICE
330 MADISON AVENUE
6th FLOOR
NEW YORK, NEW YORK 10017
(212) 760.0098 TELEPHONE
(212) 202.3819 FACSIMILE

PRINCETON OFFICE
5 INDEPENDENCE WAY
SUITE 300
PRINCETON, NJ 08540
(609) 945.7406 TELEPHONE
(609) 228.4031 FACSIMILE