# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

vs. C.A. NO. 05-246S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,
Defendants.

The deposition of JOE FERNANDES, taken pursuant to the Federal Rules of Civil Procedure on May 24, 2006, by the Plaintiffs at the offices of Mark B. Morse, Esq., 111 Wayland Avenue, Providence, Rhode Island, commencing at 10:06 a.m., before Theresa A. Mullaugh, RMR, Notary Public.

APPEARANCES:

MEREDITH & KEYHANI, PLLC
BY: DARIUSH KEYHANI, ESQ.
Counsel for Plaintiffs

CHARLES L. MILLER, II, ESQ.
Counsel for Plaintiffs

ADLER POLLOCK & SHEEHAN, P.C.
BY: TODD D. WHITE, ESQ.
Counsel for Defendants

REPORTING ASSOCIATES
10 Dorrance Street, Suite 617
Providence, RI 02903
(401) 351-1660

c4fb0425-0256-4949-bbe0-8df6618007ba

10:53 a.m.)
BY MR. KEYHANI:
Q. Just a couple of questions left.
In compiling your royalty reports for the inventors, do you deal with any files that are in paper form?
A. In preparing the statements themselves?
Q. Yeah. Well, reviewing the files to prepare the statements.
A. I'm not sure I follow the question. I'm sorry.
Q. Sure, because I can't follow it either.
Are any of the original information you receive to put together your royalty reports brought to you in paper form?
A. The sales files themselves?
Q. Yes.
A. No.
Q. All of them are digital, electronic?
A. Yes.
MR. KEYHANI: No further questions. Thank you. I think this deposition is closed. We don't have anything else to ask unless counsel would like to.
MR. WHITE: Just give me one second.
No. All set.