UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | |
| v. | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | |

**SECOND RE-NOTICE OF TAKING DEPOSITION OF ROBERT PELOVITZ**

DEPONENT: Robert Pelovitz

DATE: Wednesday, June 14, 2006

TIME: 12:00 P.M.

LOCATION: Adler Pollock & Sheehan PC, One Citizens Plaza, 8th Floor, Providence, RI 02903

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of ROBERT PELOVITZ, at Adler Pollock & Sheehan PC, One Citizens Plaza, 8th Floor, Providence, Rhode Island. The deposition will commence at 12:00 p.m. on Wednesday, June 14, 2006 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC.
By its Attorneys,

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 30 day of May 2006, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani (via facsimile)
5 Independence Way, Suite 300
Princeton, NJ 08540

Rhode Island Court Reporting
25 Sea View Avenue
East Providence, RI 02915

*383121_1.doc*