UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA 05-246 S |
| HASBRO, INC., and HASBRO INTERNATIONAL, INC., Defendants. | : | |

**AMENDED[1] ORDER**
**GRANTING MOTION TO EXTEND TIME**

Before the Court is Plaintiffs' Motion to Extend Discovery Time Period (Document ("Doc.") #27) ("Motion to Extend"). Because the Court determined at the hearing held on June 12, 2006, that Plaintiffs' Motion for Order Compelling Production of Documents and Things (Doc. #25) should be granted in part and Defendants were ordered to provide Plaintiffs with additional information concerning sales, see Order Granting in Part Plaintiffs' Motion to Compel Production, the Court concludes that Plaintiffs' Motion to Extend should be granted.

Accordingly, the following dates, which were established by the Second Amended Pretrial Order (Doc. #13), are hereby extended as follows:

1. Fact Discovery Closure. All factual discovery will be closed by **September 3, 2006**.

2. Expert Discovery Disclosures. Plaintiffs and Defendants will make their expert witness disclosures and reports by **September 3, 2006**, and complete expert depositions by **September 30, 2006**. All expert discovery will close on **September 30, 2006.**

---

[1] This amended order changes the due date for pretrial memoranda from July 17, 2006, see Order Granting Motion to Extend Time at 2, to October 17, 2006.

3. Dispositive Motions. Dispositive Motions will be filed by **October 17, 2006.**

4. Pretrial Memoranda. Pretrial memoranda shall be filed by 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, by **October 17, 2006.**

5. Trial Calendar. This case shall be placed on the trial calendar for the month following the filing of pretrial memoranda.

So ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 13, 2006

BY ORDER:

____________________
Deputy Clerk