# EXHIBIT B

MEREDITH & KEYHANI, PLLC

www.meredithkeyhani.com

June 15, 2006

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizen Plaza, 8th Floor
Providence, RI 02903
Via Facsimile: (401) 751-0604

Re: Inventor's Greenhouse v. Hasbro, Inc. CA NO: 05-246S

Dear Todd:

Per the Court's Order, the following is our current best names/description of toys for which we seek the total sales figure for; of course, we expect that you will provide the sales figures for the names on this list and any other toys that have similar names, variations on the names and/or descriptions and/or toys with names that include tool names included on this list and the total sale figures for any all SKU numbers under which these toys are commercialized:

All talking toy hand tools
Bobby Q the Talkin' Grill and all talking toy grills
Bopper Talkin' Hammer/Sledge Hammer
Charlie Coal the Grill
Chip the Chainsaw
Chuck My Talkin' Truck (variations)
Clampy the Vice
Dusty the Vacuum - full size talking toy vacuum and all talking toy vacuums
Electronic Talkin Tools Assorted
Gab the Talkin Telephone
Hacksaw and/or Howie Haksaw
Leafy the Garden Talkin' Fork
Lit the Lantern
Magic talkin grill
Magic Talkin' Kitchen
Magic Talkin' Phone
Magic talkin rake
Magic talkin shovel

New York Office
330 Madison Avenue
6th Floor
New York, New York 10017
212.760.0098 Telephone
212.202.3819 Facsimile

Princeton Office
5 Independence Way
Suite 300
Princeton, NJ 08540
609.945.7406 Telephone
609.228.4031 Facsimile

Mini the Vacuum (handheld talking vacuum)
Original Mower - Big Mike the Mower
Original talking toy drill
Original Work Bench (Tonka)
Revised Drill - called Phil the drill
Revised Mower - Mike the Mower and talking toy mowers
Rocky the Garden Talkin' Shovel
Rod the Talkin' Fishing Pole
Splashy the Garden Talkin' Sprinkler
Stu the Screwdriver
Talkin' nozzle
Tape Measure and or Tippy Tape Measure
Team Talkin' Tool Bench (Revised)/and all talking tool bench variations
Tonka Talking Haulers
Tucker my Talking Truckbot
Zip the Trimmer

Sincerely,

Dariush Keyhani
Dariush Keyhani*

cc: Mark B. Morse, Esq.

* Admitted before the Southern, Eastern, Western District of NY and NJ Bar