# EXHIBIT C

ADLER POLLOCK & SHEEHAN P.C.

July 12, 2006

**VIA FEDEX**

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

Re: Inventor's Greenhouse, et al. v. Hasbro, Inc., et al.
C.A. No. 05-246S

Dear Dariush:

Pursuant to the Order granted by this Court dated June 13, 2006, and specifically in accordance with Section 2(b), the enclosed is the defendant's written disclosure regarding SKU numbers for the products identified by the plaintiffs:

| **SKU Number** | **Product Name** |
|---|---|
| 08246 | Vacuum Dust Buster Value Pack |
| 87230 | Mike the Mower with Chainsaw |
| 87630 | Tool Bench with Bird House |
| 87640 | Vacuum with Gab Phone |
| 08124 | Wal-Mart Special Tool Bench and Bird House |
| 07257 | Kitchen Value Pack |
| 06212 | Chip the Chainsaw |
| 92530 | Electronic Tonka Tools |
| 06541 | Talking Hand Tools |
| 06213 | Zip the Trimmer |
| 06607 | Lit the Lantern |
| 06201 | Mike the Mower |
| 06539 | Bobby-Q Grill |
| 06506 | Dusty Vacuum |
| 06208 | Gab the Phone |

STATE CAPITAL

ADLER POLLOCK & SHEEHAN P.C.



| | |
|---|---|
| 02002 | Rod Fishing Pole |
| 06215 | Magic Talking Kitchen |
| 07254 | Talking Tool Bench |
| 08121 | Charlie the Charcoal Grill |
| 08132 | Assortment including Mini Vacuum |
| 08134 | Phil the Drill |
| 08132 | (Phil the Drill and Mini Vacuum Set) |
| 06591 | Being Busy Tool Assortment |
| 02899 | Talking Hand Tools |
| 06541 | Yard Crew Talking Hand Tools |
| 92530 | Electric Talking Tools Basic Assortment |
| 90484 | Dusty Talking Tool Bench |
| 07254 | Team Talking Tool Bench |

I also enclose copies of certain CDs. I am continuing to receive the sales summaries and back-up information. These must be copied onto CDs from a wide variety of sources. Therefore, the enclosed CDs do not comprise a complete set of all the documentation you seek. As Judge Martin indicated at our hearing, please let me know if you want me to file a motion with the court seeking additional time. If you do not require this, I will continue to forward to you the CDs upon receipt of the same.

The CDs enclosed include the following information:

I. <u>"Sales Summaries of Certain Products (identified by SKUs) June 14, 2006"</u>

| | |
|---|---|
| 1. SKU 08132 | Domestic sales as of 5/26/06. |
| 2. SKU 08132 | USDI sales for the period ending 1/1/2004. |
| 3. SKU 06215 | Domestic sales for the period commencing 1/1/2001 through 3/22/2006. |
| 4. SKU 07254 | Domestic sales for the period commencing 1/1/2001 through 3/22/2006. |
| 5. SKU 08121 | Domestic sales for the period commencing 1/1/2001 through 3/22/2006. |
| 6. SKU 06215 | USDI sales commencing 1/1/2001 to the period ending 3/22/2006. |

ADLER POLLOCK & SHEEHAN P.C.



| | |
|---|---|
| 7. SKU 07254 | USDI sales commencing 1/1/2001 to the period ending 3/22/2006. |
| 8. SKU 08121 | USDI sales commencing 1/1/2001 to the period ending 3/22/2006. |
| 9. SKU 02002 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 10. SKU 06201 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 11. SKU 06208 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 12. SKU 06212 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 13. SKU 06213 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 14. SKU 06506 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 15. SKU 06539 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 16. SKU 06541 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 17. SKU 06607 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 18. SKU 92530 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 19. SKU 02002 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 20. SKU 06201 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 21. SKU 06208 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 22. SKU 06212 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 23. SKU 06213 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 24. SKU 06506 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 25. SKU 06539 | For sales between the periods 1/1/2001 to 1/22/2006. |
| 26. SKU 06541 | For sales between the periods 1/1/2001 to 1/22/2006. |

REPEATS

ADLER POLLOCK & SHEEHAN P.C.



| | | |
|---|---|---|
| (17) | 27. SKU 06607 | For sales between the periods 1/1/2001 to 1/22/2006. |
| (18) | 28. SKU 92530 | For sales between the periods 1/1/2001 to 1/22/2006. |

II. "<u>Spool 20300, 20690, 20960, 29571, 30445, 30483</u>"

1. Sales invoice information for sales of various toys made through Mexico dated 1/10/02.
2. Sales information for various toys made through Mexico dated 2/27/02.
3. Sales information for various toys through Mexico dated 2/20/02.
4. Sales information for various toys through Mexico dated 1/10/03.
5. Sales information for various toys through Mexico dated 1/13/03.
6. Sales information for various toys through Mexico dated 1/15/03.
7. Sales information for various toys through Mexico dated 1/17/03.
8. Sales information for various toys through Mexico dated 1/21/03.
9. Sales information for various toys through Mexico dated 1/31/03.
10. Sales information for various toys through Mexico dated 2/21/03.
11. Sales information for various toys through Mexico dated 4/9/03.
12. Sales information for various toys through Mexico dated 5/8/03.
13. Sales information for various toys through Mexico dated 5/14/03.
14. Sales information for various toys through Mexico dated 5/23/03.
15. Sales information for various toys through Mexico dated 9/26/03.
16. Sales information for various toys through Mexico dated 2/20/03.
17. Sales information for various toys through Mexico dated 2/21/03.
18. Sales information for various toys through Mexico dated 2/25/03.
19. Sales information for various toys through Mexico dated 2/26/03.

III. "<u>Everything As Of 7/7/06</u>"

1. Excel spreadsheet of invoices in Hasbro Mexico 2002.
2. Excel spreadsheet of invoices in Hasbro Mexico 2003.
3. Excel spreadsheet of invoices in Hasbro Mexico 2004.
4. Excel spreadsheet of invoices in Hasbro Mexico 2005.
5. Excel spreadsheet of invoices in Hasbro Mexico 2006.
6. (Irrelevant Blue Cross & Blue Shield medical information)
7. Backup sales invoice information for various toys from Mexico.

ADLER POLLOCK & SHEEHAN P.C.

Dariush Keyhani, Esq.
July 12, 2006
Page 5

IV. <u>"Latin America Invoices"</u>

1. Excel spreadsheet Hasbro SA Mexico sales summaries 2002.
2. Backup sales information from Mexico 2/20/2003.

Very truly yours,

Todd D. White

TODD D. WHITE
TDW:sjt

Enclosures

384565_1.doc