# EXHIBIT D

| SKU NUMBER | Item | Domestic Sales | USDI | Mexico | UK | Canada | Taiwan | Hong Kong |
|---|---|---|---|---|---|---|---|---|
| 8132 | Assortment including Mini Vacuum | as of 5/26/2006 | up to 1/1/2004 | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6215 | Majic Talkin Kitchen | 1/1/2001-3/22/2006 | 7/26/2004-8/30/2004 | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 7254 | Talking Tool Bench | 1/1/2001-3/22/2006 | 1/1/2001-3/22/2006 | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 8121 | Charlie the Charcoal Grill | 1/1/2001-3/22/2006 | 11/7/2005-3/17/2006 | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6201 | Mike the mower | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6208 | Gab the Phone | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6212 | Chip the Chainsaw | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6213 | Zip the Trimmer | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6506 | Dusty Vacuum | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6539 | Bobby Q Grill | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6541 | Talkin Hand Tools | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 92530 | Electronic Talkin Tools Basic | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6607 | Lit the Lantern | 1/1/2001-1/22/2006 (PP) | ????? | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 02002 | Rod Fishing Pole | PPI | PPI | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 8246 | Vacuum Dust Buster Value Pack | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 87230 | Mike the Mower with Chainsaw | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 87630 | Tool Bench with Bird House | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 87640 | Vacuum with Gab Phone | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 8124 | Wal-Mart Special Tool Bench and Bird House | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 7257 | Kitchen Value Pack | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 8134 | Phil the Drill | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 8132 | Phil the Drill and Mini Vacuum Set | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6591 | Being Busy Tool Assortment | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 2899 | Talking Hand Tools | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6541 | Yard Crew Talking Hand Tools | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6512 | yard crew talking rake | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| 6513 | yard crew talking shovel | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| | Chuck My Talkin Truck | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clampy the Vice | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Hacksaw and/or Howie Hacksaw | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Leafy the Garden talkin' Fork | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Magic Talkin Grill | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Magic Talkin Phone | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Original Work Bench | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Splashy the Garden Talkin' Sprinkler | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Stu the Screwdriver | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Talkin' nozzle | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Tape measure | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Team Talkin' Tool Bench | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Tonka Talking Haulers | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |
| Tucker my talking truckbot | NOT PROVIDED | NOT PROVIDED | ????? | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED | NOT PROVIDED |

?????= Unable to understand documents provided
PPI= Previously Provided Incomplete

PP=PREVIOUSLY PROVIDED

**Note: There are additional countries that have not been provided, this is just those we know of currently
** There are also additional toys we may know of, as Hasbro has failed to even produce on the toys we know about
** There may also be additional catagories of sales documents, these catagories are as represented by defendants' counsel
** dates and other information is currently unverified and stated as represented by defendants' counsel for informational purposes