UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246 S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

NOW comes the Defendants Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby respectfully requests that this Court allow an additional forty-five (45) days in which to produce documents in electronic format to the Plaintiffs pursuant to the Court Order dated June 13, 2006.

The reasons in support of this Motion are that Hasbro is diligently working to assemble documents from entities worldwide and needs additional time not only to locate certain international documents, but to download them into the proper format and produce them in a manner consistent with the Court.

WHEREFORE, Hasbro respectfully requests a forty-five (45) day extension of time from entry of the applicable order to produce the requested documents.

For the Defendants,

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

## CERTIFICATE OF SERVICE

I hereby certify that on this 28 day of July 2006, I caused a true copy of the within document to be sent to the following counsel of record:

Mark B. Morse, Esq. (regular mail)
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani, Esq. (via facsimile and regular mail)
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

*388849_1.doc*