UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**NOTICE OF TAKING DEPOSITION OF RALPH BAER**

DEPONENT: Ralph Baer

DATE: Friday, August 10, 2006

TIME: 3:00 P.M.

LOCATION: Adler Pollock & Sheehan PC, One Citizens Plaza, 8th Floor, Providence, RI 02903

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff Hasbro, Inc., will conduct the deposition upon oral examination of RALPH BAER, at Adler Pollock & Sheehan PC, One Citizens Plaza, 8th Floor, Providence, Rhode Island. The deposition will commence at 3:00 p.m. on Friday, August 10, 2006 and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

HASBRO, INC.
By its Attorneys,

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 31 day of July 2006, I caused a true copy of the within Notice of Taking Deposition of Ralph Baer to be sent to the following counsel of record in the manner indicated below:

| | |
|---|---|
| Mark B. Morse, Esq.<br>The Law Offices of Mark B. Morse<br>111 Wayland Avenue<br>Providence, RI 02906 | (via regular mail) |
| Dariush Keyhani, Esq.<br>Meredith & Keyhani, PLLC<br>5 Independence Way<br>Suite 300<br>Princeton, NJ 08540 | (via facsimile and regular mail) |
| Rhode Island Court Reporting<br>25 Sea View Avenue<br>East Providence, RI 02915 | (via regular mail) |

*388988_1.doc*