UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| -against- | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**DECLARATION IN SUPPORT OF PLAINTIFFS' QUALIFIED OPPOSITION MOTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

DARIUSH KEYHANI, under penalty of perjury, declares as follows:

1. I, Dariush Keyhani, represent Plaintiffs in the present action. I submit this declaration based on personal knowledge in support of Plaintiffs' qualified opposition motion to Defendants' motion for an extension of time.
2. On August 1, 2006 I submitted subpoenas for sales information for twenty-six (26) of Defendants' toys with SKU numbers identified in Defendants' July 12, 2006 letter to be served upon Wal-Mart and Target.
3. Thus far, I subpoenaed two companies, Walmart and Target, for sales information.
4. On August 4, 2006 I spoke to Legal Counsel for Wal-Mart, Jennifer Mize. Ms. Mize stated that all the information requested could be produced in ten (10) days without a problem.
5. On August 3, 2006 I spoke to Target's legal counsel Kristin L. Smith regarding the sales information requested in Plaintiffs' subpoena. Ms. Smith

indicated no problem in producing the requested sales information by September 1, 2006.

Executed on August 4, 2006, in Saratoga Springs, New York.

DARIUSH KEYHANI