90455, and MK-448.[1]

**ANSWER NO. 1:** Objection. Defendants' object to this request as overly broad with regard to some of the toys for which sales information is requested including but not limited to a fire truck, a truck and trailer and a front end loader. Moreover, Plaintiff has provided some SKU which do not match up with toys produced by or through Hasbro. Without waiving this objection, the Defendants provide the following figures*:

| ***Product*** | ***International*** | ***Domestic*** |
|---|---|---|
| Chip the Chainsaw | $91,332.81 | $345,509.00 |
| Zip the Trimmer | $97,230.00 | $295,735.00 |
| Hand Tools | $65,600.00 | $1,188,000.00 |
| Dusty Toolbench | $1,471,136.00 | $8,096,000.00 |
| Yard Crew Hand Tools | $0.00 | $154,716.00 |
| Lit the Lantern | $63,504.00 | $220,163.00 |
| Fishing Pole | $1,000.00 | $409,804.00 |
| Bobby Q Grill | $384,518.10 | $12,921,775.00 |
| Mike the Mower | $1,176,313.23 | $10,749,945.00 |
| Gab the Phone | $77,772.00 | $751,655.00 |
| Talking Kitchen | $144,116.00 | $5,127,353.00 |
| Dusty the Vacuum | $1,860,779.00 | $14,576,416.00 |
| Phil the Drill[2] | | |

*These figures are the best available data at the close of 2005.

**INTERROGATORY NO. 2:** Please identify all the individuals who made the decision(s) whether each of the following items are covered by the License Agreement and/or to pay royalties for items including but not limited to, the "Tool Bench", "Charlie Coal the Grill", "Mini the Vacuum", "Phil the Drill", "Majic Talking Kitchen Crew", "Kitchen Crew", "Talking Fishing Pole", "Mike the Mower", "Gab the Talking

---

[1] Please note that the tool names are identified using the current best available information and include toys with variations on these names.

[2] Phil the Drill has not been sold internationally at this time. Hasbro is still awaiting the sales figures for domestic sales of this product.