**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| -against- | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2006, I have served or caused to be served a true copy of Plaintiffs' Qualified Opposition to Defendants' Requests for an Extension of Time filed electronically to the Court and to the following counsel of record.

Jeffrey Tenchentin, Esq.
Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Mark B. Morse
Mark B. Morse