UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246 S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR CONTEMPT**

The Defendants, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") hereby object to the Plaintiffs' Motion for Contempt. Plaintiffs' Motion and Memorandum in Support thereof inaccurately characterizes Hasbro's efforts to produce an enormous amount of underlying documentation, as an effort to intentionally flout this Court's Order and act in an obstructive manner. Nothing could be further from the truth.

Hasbro has made concerted efforts to work in a spirit of cooperation with opposing counsel. However, the same courtesy has not been reciprocated. Plaintiffs' Motion should be denied as unfounded in fact and law, as well as contrary to the Court's admonition to both party's counsel.

In support of this Objection, Hasbro refers to its attached Memorandum of Law.

For the Defendants,
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White__________________

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2006, I electronically filed the attached Defendants' Objection to Plaintiffs' Motion for Contempt with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

The following counsel of record are not registered on the ECF system. Accordingly, on the 7th day of August 2006, I caused them to be served by regular mail:

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

_/s/ Todd D. White_________________

*389648_1.doc*