ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2247
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

July 24, 2006

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

Re: Inventor's Greenhouse, et al. v. Hasbro, Inc., et al.
C.A. No. 05-246S

Dear Dariush:

Enclosed please find a CD which contains the following sales information:

1. Sales information on the Yard Crew Mower;
2. Sales information on the Cool Crew Assortment;
3. Sales information on Dusty the Vacuum;
4. Sales information on Gab the Talking Phone;
5. Sales information on Cool Crew Assortment;
6. Sales information on Yard Crew Mower; and
7. 2003, 2004, 2005, and 2006 Sales Reports for various toys.

I will continue to forward sales information as Hasbro is able to collect and assemble in electronic format the information that you are seeking.

Very truly yours,

Todd D. White

TODD D. WHITE
TDW:sjt

Enclosure

*388304_1.doc*

STATE CAPITAL Member firms of the State Capital Global Law Firm Group practice