MEREDITH & KEYHANI, PLLC

www.meredithkeyhani.com

July 21, 2006

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizen Plaza, 8th Floor
Providence, RI 02903
**Via Facsimile: (401) 751-0604**

Re: Inventor's Greenhouse v. Hasbro, Inc.
CA NO: 05-246S

Dear Todd:

We have begun the preliminary review of the information you have sent us on CDs and it has become apparent as you admitted in your July 12, 2006 that they are incomplete and do not meet your obligations under the Court's Order. Contrary to your assertion, the Court Ordered that if you needed more time you would need to have filed a motion requested such, which you did not – this is not acceptable. Please immediately comply with the Court's Order and produce all information that you were Ordered to produce by July 13, 2006 no later than July 25, 2006 or will be moving to enforce the Court's Order and request for attorneys' fees and appropriate sanctions.

Very truly yours,

Dariush Keyhani[1]

cc: Mark B. Morse, Esq.

[1] Admitted before the Southern District, Eastern District, and Western District of NY and NJ Bar

New York Office
330 Madison Avenue
6th Floor
New York, New York 10017
212.760.0098 Telephone
212.202.3819 Facsimile

Princeton Office
5 Independence Way
Suite 300
Princeton, NJ 08540
609.945.7406 Telephone
609.228.4031 Facsimile