UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. CA NO: 05-246 S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

**AFFIDAVIT OF DAN RATIGAN**

My name is Dan Ratigan and I depose and state as follows:

1. I am presently the Vice President of Information Systems at Hasbro, Inc.

2. I have been placed in charge of trying to assemble the underlying documentation to support the sales summaries with regard to the Inventor's Greenhouse v. Hasbro, Inc. matter.

3. I set forth in this Affidavit what I believe to be pertinent information with regard to the efforts Hasbro is undergoing to comply with the Court therein.

4. Hasbro, Inc. has multiple affiliates around the world.

5. Until very recently, many of the affiliates under Hasbro ran their own separate computer invoice accounting systems.

6. These separate systems were not integrated into any uniform system within Hasbro.

7. Preparing the CD-rom files as requested by the Plaintiff and ordered by the Court requires the following:

a. Identifying the specific materials required in each case. It should be noted that in some cases a product can be sold as a unique item or as part of an

assortment. We must make identification of each of those cases. The product may also have multiple variations depending on the language or the package differences. We must be able to ascertain those differences and establish that as an initial inquiry.

b. We must identify each of the markets where the product was sold.

c. For each market we must do the following: (1) identify the specific invoices that contain the noted products; (2) find the archived document images (if they are even available) or recreate the invoice documents in electronic format; (3) compile the images and documents and retransmit them to the United States.

d. Thereafter, we must consolidate the images and files to submit to the Court and the plaintiff.

8. By way of example only, some of the challenges we face include the following:

a. The royalty system and many of our affiliates are old. They may only have one person on staff who knows how to support that system. That individual may be the only source for determining "what markets that particular toy was sold in." If that person no longer works with the affiliate for the relevant timeframe the successor does not have that information. Furthermore, if that person is unavailable because they are traveling for work or are out of the office, we are unable to get that information in that given market.

b. A number of countries have come into our corporate system within the last few years, but none that are with consistently and fully integrated into our system.

c. European countries have their own separate image databases containing invoice images that are not fully compatible with the information we have.

d. Coordination required across multiple locations, time zones and with varying levels of expertise, make this project enormously time consuming and cumbersome.

9. I have been involved in several disputes regarding royalties owed under various Inventors License Agreements. In no other dispute has the inventor requested that we compile the underlying documentation consisting of invoices and/or purchase orders. This is the only case where we have ever had to do this. Because this is an unusual request, it has taken

additional time to explain what was required, to find the correct individuals to provide this information and to coordinate the collections of the files.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY THIS 21st DAY

OF July, 2006

Dan Ratigan

Ann L. Costa
Notary
My Commission Expires 6/5/07

*388821_1.doc*