UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. : CA NO: 05-246 S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

NOW comes the Defendants Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby respectfully requests that this Court allow an additional forty-five (45) days in which to produce documents in electronic format to the Plaintiffs pursuant to the Court Order dated June 13, 2006.

The reasons in support of this Motion are that Hasbro is diligently working to assemble documents from entities worldwide and needs additional time not only to locate certain international documents, but to download them into the proper format and produce them in a manner consistent with the Court.

WHEREFORE, Hasbro respectfully requests a forty-five (45) day extension of time from entry of the applicable order to produce the requested documents.

Withdrawn as moot per letter from Hasbro's counsel dated 8/21/06.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
August 22, 2006