UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA 05-246 S |
| HASBRO, INC., and HASBRO INTERNATIONAL, INC., Defendants. | : | |

**ORDER SCHEDULING**
**TELEPHONE CONFERENCE AND**
**FURTHER EXTENDING TIME**

On August 25, 2006, the Court conducted a hearing on Plaintiffs' Motion to Adjudge Defendants in Contempt (Document ("Doc.") #36) ("Motion"). The Motion requests that the Court enter a default judgment against Plaintiffs for their failure to comply with the Order Granting in Part Plaintiffs' Motion to Compel Production (Doc. #31) ("Order of 6/13/06"). See Motion at 1. At the hearing, counsel for Defendants represented that Defendants have now fully complied with the Order of 6/13/06. Plaintiffs' counsel indicated that Plaintiffs were still in the process of reviewing the large quantity of information which Defendants have recently provided and that it would take approximately two weeks for Plaintiffs to determine if there has been full compliance.

The Court indicated that it did not wish to rule on the Motion without knowing if Defendants have complied, albeit belatedly, with the Order of 6/13/06. Accordingly, the Court stated that it would hold the Motion in abeyance and conduct an on the record telephone conference with counsel at 10:00 a.m. on Wednesday, September 13, 2006. At that time, counsel for Plaintiffs will report whether Plaintiffs agree that Defendants have complied with the Order of 6/13/06. In the event that

Plaintiffs believe that Defendants have not complied with the Order, Plaintiffs are to notify counsel for Hasbro of the alleged deficiency in writing and to make every effort to give such notice not later than Friday, September 8, 2006. Counsel for both Plaintiffs and Defendants are directed to endeavor to resolve any dispute regarding compliance with the Order of 6/13/06 prior to the September 13, 2006, telephone conference.[1]

Because the Motion is being held in abeyance, the Court finds that the following dates, which were established by the Second Amended Pretrial Order (Doc. #13) and extended by the Amended Order Granting Motion to Extend Time (Doc. #33), should be further extended. Accordingly, those dates are hereby further extended by thirty days, to wit:

1. Fact Discovery Closure. All factual discovery will be closed by **October 3, 2006.**

2. Expert Discovery Disclosures. Plaintiffs and Defendants will make their expert witness disclosures and reports by **October 3, 2006**, and complete expert depositions by **October 30, 2006.** All expert discovery will close on **October 30, 2006.**

3. Dispositive Motions. Dispositive Motions will be filed by **November 17, 2006.**

4. Pretrial Memoranda. Pretrial memoranda shall be filed by 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, by **November 17, 2006.**

5. Trial Calendar. This case shall be placed on the trial calendar for the month following the filing of pretrial memoranda.

So ordered.

---

[1] At the August 25, 2006, hearing the Court also directed Defendants to transmit all correspondence to counsel for Plaintiffs by both facsimile and regular mail. See Plaintiffs' Reply Memorandum to Defendants' Objection to Plaintiffs' Motion to Adjudge in Contempt (Doc. #45) at 2 n.1.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
August 28, 2006

BY ORDER:

______________________

Deputy Clerk