UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO )
PROS TECHNOLOGY SOLUTIONS, and )
R.H. BAER CONSULTANTS, )
Plaintiffs, )
)
v. ) CA NO: 05-246S
)
HASBRO, INC. and HASBRO )
INTERNATIONAL, INC. )
Defendants. )
)

**ADDENDUM TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM**

The Court in its September 13, 2006 Order directed counsel to work towards resolving the dispute. After sending out Plaintiffs' September 8, 2006 letter describing what was believed to have been not produced, Plaintiffs' counsel emailed Defendants' counsel Mr. White as a follows:

```
Hi Todd-

I just wanted to send a quick email as I had not heard anything back
from
you regarding the letter I faxed you on Friday per the Court's Order.
If
you would like to discuss, I will be available until 6 pm.  You can
reach me
on my number direct line at (646) 536-5692.

Regards,

Dariush
```

Mr. White responded by email with the following:

```
Dariush:

I had an appointment at 4:00 on Friday, September 8.  When I got to
work
yesterday, I had a copy of your fax which came in at 4:11 p.m. on
Friday.  I
have conveyed your information to Hasbro.  In rereading your letter,
your
last paragraph appeared to indicate that you were seeking the
following:
```

Sales summaries in spreadsheet format/lists for all 31 products identified by:

a. SKU numbers
b. Product names in English
c. For sales in U.S. dollars
    i. By date
    ii. By Selling entity
    iii By Customer
d. Organized by annual sales totals from the reporting entities
e. From the first date of sales of each product to the lat date available.

Let me know if this is essentially correct.

Todd

Plaintiffs' provided the following replay to Mr. White email:

Todd-

Yes, your summary is fair with the addition, if not already presumed, that the sales totals/break downs would include sales from all 39 reporting entities.

Dariush

It appears that there is a clear understanding between the counsel as to what information is at issue and being sought.

Plaintiffs, in a conference call with Plaintiffs' Counsel Mark Morse and Dariush Keyhani called Defendants' counsel's office today. Attorney Morse spoke to Attorney Jeffrey Techentin, and was told that Attorney White was in court at the time and that Attorney White would have be the one to discuss the discovery dispute. With Attorney Keyhani

Plaintiffs' counsel have emailed Mr. White to follow-up with him and to find a time that he may be available to discuss the matter. Plaintiffs' counsel will continue to follow up with Defendants' counsel by telephone to attempt to bring resolution to the discovery dispute.

Respectfully submitted,
Plaintiffs,
By their attorneys,

/s/ Mark B.Morse

MARK B. MORSE
RI Bar Registration Number 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (telephone)
(401) 273-0937 (facsimile)
Mark@morselawoffice.com

/s/ Dariush Keyhani
DARIUSH KEYHANI
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com
(Appearing *Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of September, 2006 the within was filed electronically with the Court and that the attorneys of record are as listed below

John Tarantino, Esq.
Todd D. White, Esq.
Jeffrey Tecehntin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Mark B. Morse
Mark B. Morse