# EXHIBIT B

# TALKIN' TOOLS 07/31/00

## DAN

- Saw feature/nail - not natural; maybe incorporate a claw on the hammer → more logical
  - didn't sawing behind the blade

## DUNCAN

- Missing the personality
  - focus on the workbench (have a face) - have the tools interact w/ the workbench - workbench does all the talking
  - then the extension is a self-contained personality
  - explore → * talking mouth - giving different reactions
  - allows you to sell a talking tool down the line.
  - something that can be advertised very strongly
  - add in a couple of other tools (screwdriver, wrench, etc...)
  - need to see the personality from the side of the toy (need to see mouth, add ears, etc...)
  - the workbench is the real magic

* more personality

— What would you do w/ the hammer, screwdriver, etc
  - get the play pattern set for the extension products

- Vice is a good icon (don't squeeze me so tight)

* tape measure would be great!

* potential up to 500 (forecast level)

15 August 2000

Tonka Talkin' Tools
Play pattern

Toy description:

This assortment consists of four Talkin' Tools. Each tool comes with an accessory piece that can be used with the tools. The tools are styled to look like characters along with the accessory piece.

The main characters of the Talkin' Tools assortment are the tools themselves. The accessory pieces are buddies that interact with the tools. Operating the tools activates the sounds and phrases. The accessory pieces are styled to have lots of fun, interactive activity play for the child and the tools. The accessories can be manipulated and arranged in different configurations. All the tools and accessories are compatible with the Talkin' Tools Workbench. The phrases of the tools will be keyed to specific activities that each tool is capable of performing. The sound chip in each of the tools will have 10 seconds of phrases and sounds.

The hammer is equipped with a soft plastic face (PVC or similar) for striking the rivets and other items. The tape measure will have a fabric tape with locking feature and self retraction. The socket wrench will have eyes that turn in the same direction as the dial (moustache). When the dial is turned to the right the eyes will look right, when the dial is turned to the left the eyes will look left.

**Play Pattern:**

The activities of screw driver #26248:

The screw driver is used to interact with his accessory buddy, the other tools and accessories and the workbench. The sounds will be activated by applying pressure on the end of the screw driver which will depress a button inside the handle.

The screw driver accessory is his little blocks buddy. The top wood block has character, the lower block will not. The two blocks will be permanently connected at the belly button (the lower wood screw). The screw (tooth pick) in the top blocks mouth can be tightened and loosened but is not removable. The screw is also compatible with the rathet. The two blocks can be tightened together or loosened. When the blocks are loose they can be spun in the same fashion as a noise maker and will activate a simple mechanical sound.

The activities of hammer #26249:

The hammer is a big, rough and tough guy. He interacts with his accessory buddy and the accessories along with the workbench. The sounds will be activated by using the hammer. Pounding will activate a jiggle switch inside the hammer.

The hammer accessory is an anvil I-beam metal plate. Hitting the larger rivet will push him into the I-beam leaving only his eyes exposed. Hitting him again will pop him back out of the I-beam to his original height. This feature is similar to the operation of a mechanical pen. The smaller rivet is spin loaded. Hitting his head causes him to bounce, swing, bob and weave.

The activities tape measure #26250:

The tape measure is will have a tape that is capable of measuring a total of 8 inches. The tape measure will be able to register each one inch interval and will count as the tape is extended. The tape measure will not be able to count as the tape is re-wound into the tape measure. After all the tape has been re-wound the counting will return to zero and the tape measure is then capable of counting each one inch interval. As the tape is being pulled from the tape measure he will talk as if his tongue is being pulled.

The tape measure accessory piece is his little wood buddy. He also has character and interacts with the tape measure. The wood has notches which are used to measure distance using the tape measure. Push the nose on the wood block and the block extends an extra 3 inches. The wood can be collapsed to it's original size. As it is being collapsed the wood will ratchet and lock at each one inch interval.

The activities of ratchet #26251:

The ratchet has all the same feature of a real ratchet. The ratchet is able to tighten and loosen all the bolts on the accessory piece and the workbench. Twisting the moustache will change the direction of the socket motion (same as adult tools). As the moustache is twisted the eyes will turn left or right. The sounds will be activated by twisting his moustache.

The ratchet accessory is his buddy the metal shop clamp. The I-beam is free sliding in the clamps mouth but is not capable of being removed. The bolt can be tightened and loosened but is not capable of being removed and lost. The bolt is also compatible with the screw driver. The I-beam contains several holes for bolting the two pieces together is different configurations.

The activities of screw driver #26248:

The screw driver is used to interact with his accessory buddy, the other tools and accessories and the workbench. The sounds will be activated by applying pressure on the end of the screw driver which will depress a button inside the handle.

The screw driver accessory is his little blocks buddy. The top wood block has character, the lower block will not. The two blocks will be permanently connected at the belly button (the lower wood screw). The screw (tooth pick) in the top blocks mouth can be tightened and loosened but is not removable. The screw is also compatible with the rathet. The two blocks can be tightened together or loosened. When the blocks are loose



8/2/00

Tonka Talking Tools
Play pattern

Toy description:

This toy consists of an animated tool bench, a hammer, and a handsaw. The bench and tools are styled to look like characters, as well as the nails and tacks, bolts and other tools that are on the workbench.

The main character in this toy is the tool bench. Most of the phrases will come from the tool bench character. Located on the tool bench are activities for a child to interact with. Manipulating the activities causes reactions from the work bench character and when appropriate the character that is being used on the bench. During various points in the play the bench will become animated. The bench animation consists of the back of the bench twisting or rocking from side to side, the mouth and eyebrows moving up and down, and the hat moving. The bench animation will be keyed to phrases that the bench

# Introducing Tonka's Talkin' Tools

Tonka's Talkin' Tools combines hands-on play with fun and friendly talking characters for your little tough guy.




Tonka Talkin' Tools is an interactive workbench filled with friendly "building buddy" characters that come to life. This exciting playset comes with X talkin' tool characters who say funny and encouraging phrases as your son tackles real hands-on building fun with his favorite buddies. No job is too big or small for Tonka's Talkin' Tools! CLANCY ~~Hammy the~~ Hammer, Drew Driver, BARNEY / TAD JUSTABLE and ~~Ernie Inches~~ will love playing with your little tough guy as they build together for long-lasting fun. Even ~~Willie the Workbench~~ joins in on all the excitement with his friendly comments, lights and sounds. Watch the amazement in your child's eyes when this interactive workbench comes alive! as your child . . .

So now, your son can enjoy fun building play with his new buddies. And...since Talkin' Tools comes from Tonka, you can have the peace of mind to know that they are tough,