# EXHIBIT C

CONFIDENTIAL PRODUCT COST DEVELOPMENT ENGINEERING CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| Prod Name : | Talkin Tools Tape Measure | Product Year : | 2001 | Super Category : | Boys |
| Product # : | 925230000 Project # : 26250 | Prod Source : | China | Brand : | Tonka |
| Ass't # : | 92530 Item # : n/a | Standard Rate Set : | 0101 | Date Cost Issued : | 8/21/00 3:38 PM |
| Status : | CSPR | Total World Tool Capacity / Week : | 24,141 | Program Version : | P2.06 |
| Version : | 08-21-00 Input | U.S. Share Capacity / Week : | 24,141 | | |

## GROSS MARGIN

| | | |
|---|---|---|
| | Standard Sell | $6.99 |
| 1.50% | Defective Returns | $0.105 |
| 9.50% | Allowances | $0.664 |
| | Net Sales | $6.221 |
| | Sales Co. Std Cost | $2.958 |
| | Royalty | |
| 3.00% | Variances / Obsol. | $0.187 |
| | Gross | $3.077 |
| | Margin | 49.5% |

## CONTRIBUTION MARGIN

| | | Marketing | Financial | Potential |
|---|---|---|---|---|
| | Volume | 300,000 | 270,000 | 330,000 |
| | Std Sell | $6.99 | $6.99 | $6.99 |
| | Royalty % | | | |
| | U.S. Tooling | $44.9 | $44.9 | $44.9 |
| | Sales @ STD | 2097 | 1887 | 2307 |
| 11.00% | Allowance | 231 | 208 | 254 |
| | Net Sales | $1,866 | $1,680 | $2,053 |
| | Sales Co Std Cost | 887 | 799 | 976 |
| 3.00% | Variances / Obsol. | 56 | 50 | 62 |
| | Royalty | | | |
| | Gross | $923 | $831 | $1,015 |
| | Margin | 49.5% | 49.5% | 49.5% |
| 100.0% | Capital Tool 1 Yr | 45 | 45 | 45 |
| $1.100 | Distribution | 39 | 35 | 43 |
| $2.250 | Prepaid Freight | 80 | 72 | 88 |
| | Contribution | $759 | $679 | $840 |
| | Margin | 40.7% | 40.4% | 40.9% |

## HISTORY & COMMENTS

08-21-00
Initial Input, Package Spec 00-208,

CONFIDENTIAL

## RETAIL MARKUP

| A Retail Margin of | Requires a Retail Price of |
|---|---|
| 20% | $8.74 |
| 30% | $9.99 |
| 40% | $11.65 |

## TOOLING COST SUMMARY

| | |
|---|---|
| New Molds / Steel Tooling | |
| Assembly Line Tooling | |
| Vendor/Sub Contractor Tooling | |
| H.F.E. Tooling | $44,900 |
| | $44,900 |

Tooling Apportioned: 1 Year Amort

## WW TOOLING ALLOCATION

| REGION | VOLUME | ALLOC % | ALLOC $ |
|---|---|---|---|
| U.S. VOL : | 300 | 100.0% | $44,900 |
| INT. VOL : | | | |
| CML. VOL : | | | |
| HAPM. VOL : | | | |
| JAPAN VOL : | | | |
| TOTALS : | 300 | 100.0% | $44,900 |

## WW TOOLING CAPACITY

WW Capacity Q.N. Date :
Stop Date : 11/15/01
Schedule Weeks :
U.S. Weekly Tool Capacity : 24,141
U. S. Maximum Capacity :
Weeks to Meet Forecast : 12.4
Full Year (45 Week) Capacity : 1,086,353

## FINANCIAL ANALYSIS

| A Contribution % of | Requires | | | |
|---|---|---|---|---|
| 50.0% | Sell Price of | $8.38 | $8.42 | $8.34 |
| | Standard Cost of | $2.38 | $2.36 | $2.39 |
| 45.0% | Sell Price of | $7.57 | $7.61 | $7.54 |
| | Standard Cost of | $2.69 | $2.67 | $2.70 |
| 40.0% | Sell Price of | $6.91 | $6.94 | $6.88 |
| | Standard Cost of | $3.00 | $2.98 | $3.01 |

| A Gross Margin of | = a Sell Price of | = a Standard Cost of |
|---|---|---|
| 58.0% | $8.52 | $2.43 |
| 63.0% | $9.77 | $2.12 |

Z Factor :

| A Sell Price of | = a Gross Margin of |
|---|---|
| $4.99 | 30.4% |
| $5.99 | 41.5% |
| $7.99 | 55.4% |
| $8.99 | 60.0% |
| $9.99 | 63.7% |
| $10.99 | 66.8% |

$0.10 Standard Cost change affects

Sell Price by $0.24
Gross Margin by 1.6%

| Orient Ex-Factory | DIMENSIONS | |
|---|---|---|
| $2.663 | Master Carton Cube: | 0.710 |
| | Master Carton Pack: | 6 |
| | Cube per Toy: | 0.118 |

## DISTRIBUTION

P:\USERS\PCD&A\000 Cost Sheets\Chet\Tonka\[92523 Talkin Tape Measure 08-21-00 #1.xls]Front

Hasbro

CONFIDENTIAL PRODUCT COST DEVELOPMENT ENGINEERING CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| Prod Name : | Talkin Tools Sledge Hammer | Product Year : | 2001 | Super Category : | Boys |
| Product # : | 925220000 Project # : 26249 | Prod Source : | China | Brand : | Tonka |
| Ass't # : | 92530 Item # : n/a | Standard Rate Set : | 0101 | Date Cost Issued : | 8/21/00 3:36 PM |
| Status : | CSPR | Total World Tool Capacity / Week : | 24,141 | Program Version : | P2.06 |
| Version : | 08-21-00 Input | U.S. Share Capacity / Week : | 24,141 | | |

## GROSS MARGIN

| | | |
|---|---|---|
| | Standard Sell | $6.99 |
| 1.50% | Defective Returns | $0.105 |
| 9.50% | Allowances | $0.664 |
| | Net Sales | $6.221 |
| | Sales Co. Std Cost | $2.291 |
| | Royalty | |
| 3.00% | Variances / Obsol. | $0.187 |
| | Gross | $3.743 |
| | Margin | 60.2% |

## RETAIL MARKUP

| A Retail Margin of | Requires a Retail Price of |
|---|---|
| 20% | $8.74 |
| 30% | $9.99 |
| 40% | $11.65 |

## TOOLING COST SUMMARY

| | |
|---|---|
| New Molds / Steel Tooling | |
| Assembly Line Tooling | |
| Vendor/Sub Contractor Tooling | |
| H.F.E. Tooling | $41,700 |
| | $41,700 |

Tooling Apportioned: 1 Year Amort

## WW TOOLING ALLOCATION

| REGION | VOLUME | ALLOC % | ALLOC $ |
|---|---|---|---|
| U.S. VOL : | 300 | 100.0% | $41,700 |
| INT. VOL : | | | |
| CML. VOL : | | | |
| HAPM. VOL : | | | |
| JAPAN VOL : | | | |
| TOTALS : | 300 | 100.0% | $41,700 |

## WW TOOLING CAPACITY

WW Capacity

Q.N. Date :
Stop Date : 11/15/01
Schedule Weeks :
U.S. Weekly Tool Capacity : 24,141
U. S. Maximum Capacity :
Weeks to Meet Forecast : 12.4
Full Year (45 Week) Capacity : 1,086,353

## CONTRIBUTION MARGIN

| | | Marketing | Financial | Potential |
|---|---|---|---|---|
| | Volume | 300,000 | 270,000 | 330,000 |
| | Std Sell | $6.99 | $6.99 | $6.99 |
| | Royalty % | | | |
| | U.S. Tooling | $41.7 | $41.7 | $41.7 |
| | Sales @ STD | 2097 | 1887 | 2307 |
| 11.00% | Allowance | 231 | 208 | 254 |
| | Net Sales | $1,866 | $1,680 | $2,053 |
| | Sales Co Std Cost | 687 | 619 | 756 |
| 3.00% | Variances / Obsol. | 56 | 50 | 62 |
| | Royalty | | | |
| | Gross | $1,123 | $1,011 | $1,235 |
| | Margin | 60.2% | 60.2% | 60.2% |
| 100.0% | Capital Tool 1 Yr | 42 | 42 | 42 |
| $1.100 | Distribution | 39 | 35 | 43 |
| $2.250 | Prepaid Freight | 80 | 72 | 88 |
| | Contribution | $962 | $862 | $1,063 |
| | Margin | 51.6% | 51.3% | 51.8% |

## FINANCIAL ANALYSIS

| A Contribution % of | Requires | | | |
|---|---|---|---|---|
| 50.0% | Sell Price of | $6.76 | $6.80 | $6.73 |
| | Standard Cost of | $2.39 | $2.37 | $2.40 |
| 45.0% | Sell Price of | $6.11 | $6.14 | $6.08 |
| | Standard Cost of | $2.70 | $2.68 | $2.71 |
| 40.0% | Sell Price of | $5.57 | $5.60 | $5.55 |
| | Standard Cost of | $3.01 | $3.00 | $3.02 |

| A Gross Margin of | = a Sell Price of | = a Standard Cost of |
|---|---|---|
| 58.0% | $6.60 | $2.43 |
| 63.0% | $7.57 | $2.12 |

Z Factor :

| A Sell Price of | = a Gross Margin of |
|---|---|
| $4.99 | 45.4% |
| $5.99 | 54.0% |
| $7.99 | 64.8% |
| $8.99 | 68.4% |
| $9.99 | 71.2% |
| $10.99 | 73.6% |

$0.10 Standard Cost change affects

Sell Price by $0.31

Gross Margin by 1.6%

## HISTORY & COMMENTS

08-21-00
Initial Input, Package Spec 00-206,

CONFIDENTIAL

| Orient Ex-Factory | DIMENSIONS | |
|---|---|---|
| $2.032 | Master Carton Cube: | 0.710 |
| | Master Carton Pack: | 6 |
| | Cube per Toy: | 0.118 |

## DISTRIBUTION

P:\USERS\PCD&A\000 Cost Sheets\Chel\Tonka\92530 $6.99 Talkin Tools Assortment\[92522 Talkin Sledge Hammer 08-21-00 #1.xls]Front

CONFIDENTIAL

Hasbro

CONFIDENTIAL PRODUCT COST DEVELOPMENT ENGINEERING CONFIDENTIAL

| | | | |
|---|---|---|---|
| Prod Name : Talkin Tools Screwdriver | | Product Year : 2001 | Super Category : Boys |
| Product # : 925210000 | Project # : 26248 | Prod Source : China | Brand : Tonka |
| Ass't # : 92530 | Item # : n/a | Rate Set : 0101 | Date Cost Issued : 08/21/00 |

COST DETAIL

| TOOL COST | MOLD / Part Name | QTY | PRESS / Pcs | $/Hr / Grams | MATL / Cav | $/Lb / No.Up | COLOR | $/Lb | CYCLE | OP / Mat'l | K/Wk / Labor | HR/K / Burden | BASIC COST | FOB COST | STD COST | % OF STD | MGN % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $8.5 | 1 | 1 | 150T | $6.00 | ABS | $0.590 | | | 34 | 1.0 | 24.1 | 5.0 | | | | | |
| | Body Front | | 1 | 18.0 | 2 | 2.00 | | | | $0.023 | $0.015 | | $0.038 | $0.046 | $0.048 | 2.3% | 0.8% |
| | Body Rear | | 1 | 16.5 | 2 | 2.00 | | | | $0.021 | $0.014 | | $0.035 | $0.042 | $0.044 | 2.1% | 0.7% |
| | Battery Door | | 1 | 1.5 | 2 | 2.00 | | | | $0.002 | $0.001 | | $0.003 | $0.004 | $0.004 | 0.2% | 0.1% |
| $7.0 | 2 | 1 | 75T | $5.50 | ABS | $0.590 | | | 34 | 1.0 | 24.1 | 5.0 | | | | | |
| | Bolt Clamp | | 1 | 2.5 | 2 | 2.00 | | | | $0.003 | $0.009 | | $0.012 | $0.015 | $0.016 | 0.7% | 0.3% |
| | Bolt | | 1 | 4.0 | 2 | 2.00 | | | | $0.005 | $0.015 | | $0.020 | $0.024 | $0.025 | 1.2% | 0.4% |
| | Button | | 1 | 1.0 | 2 | 2.00 | | | | $0.001 | $0.004 | | $0.005 | $0.006 | $0.006 | 0.3% | 0.1% |
| $8.5 | 3 | 1 | 100T | $5.50 | ABS | $0.590 | | | 34 | 1.0 | 24.1 | 5.0 | | | | | |
| | Screwdriver bit | | 1 | 9.0 | 2 | 2.00 | | | | $0.012 | $0.027 | | $0.039 | $0.047 | $0.049 | 2.3% | 0.8% |
| $9.0 | 4 | 1 | 175T | $6.25 | ABS | $0.590 | | | 34 | 1.0 | 24.1 | 5.0 | | | | | |
| | Wood #1 | | 1 | 9.3 | 2 | 2.00 | | | | $0.012 | $0.016 | | $0.028 | $0.033 | $0.035 | 1.7% | 0.6% |
| | Wood #2 | | 1 | 9.3 | 2 | 2.00 | | | | $0.012 | $0.016 | | $0.028 | $0.033 | $0.035 | 1.7% | 0.6% |
| | total molded pcs per toy | | 9 | 71.1 total molded grams per toy | | | | | | $0.092 | $0.116 | | $0.208 | $0.250 | $0.263 | 12.4% | 4.2% |

| PURCHASED | PCS/TOY | $/EA | COMMENTS | BASIC COST | FOB COST | STD COST | % OF STD | MGN % |
|---|---|---|---|---|---|---|---|---|
| Electronics | 1. | 0.494 | Lit Chuck | $0.494 | $0.593 | $0.625 | 29.5% | 10.0% |
| Battery Contact (+) | 1. | 0.022 | | $0.022 | $0.026 | $0.028 | 1.3% | 0.4% |
| Battery Contact (-) | 1. | 0.021 | | $0.021 | $0.025 | $0.026 | 1.2% | 0.4% |
| Battery A76 button | 3. | 0.024 | | $0.072 | $0.086 | $0.091 | 4.3% | 1.5% |
| Battery door screw set | 1. | 0.022 | | $0.022 | $0.026 | $0.028 | 1.3% | 0.4% |
| Warning Label | 1. | 0.019 | | $0.019 | $0.023 | $0.024 | 1.2% | 0.4% |
| Mylar Strip | 1. | 0.004 | .20" x .50" | $0.004 | $0.005 | $0.005 | 0.2% | 0.1% |
| Screw | 10. | 0.002 | | $0.019 | $0.023 | $0.024 | 1.2% | 0.4% |
| | | | | $0.673 | $0.807 | $0.852 | 40.2% | 13.7% |

| LABOR | HRS/K | DESCRIPTION | COMMENTS | BASIC COST | FOB COST | STD COST | % OF STD | MGN % |
|---|---|---|---|---|---|---|---|---|
| Deco | - | Spray Paint | 25 ops | $0.152 | $0.183 | $0.193 | 9.1% | 3.1% |
| Packout | - | Pack Out | | $0.049 | $0.059 | $0.062 | 2.9% | 1.0% |
| Assembly | - | General Assy | | $0.093 | $0.111 | $0.118 | 5.6% | 1.9% |
| | | | | $0.294 | $0.353 | $0.372 | 17.6% | 6.0% |

| PACKAGING | PACK | PCS/TOY | FACE HEIGHT | DEPTH | FACE WIDTH | HDR/ THK | BLANK SIZE | | BUY LOT | CUBE | BASIC COST | FOB COST | STD COST | % OF STD | MGN % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Displayer | | 1 | 6.000 | 9.000 | 3.000 | | 21.625 | 18.625 | 50 | | $0.213 | $0.256 | $0.270 | 12.8% | 4.3% |
| Corr Mottle White Insert W/1-5 col | | 1 | 13.500 | | 12.000 | | 13.500 | 12.000 | 50 | | $0.068 | $0.082 | $0.086 | 4.1% | 1.4% |
| Corr Master Carton | 6 | 0.167 | 12.500 | 9.750 | 9.375 | | 46.625 | 19.688 | 8 | 0.710 | $0.061 | $0.073 | $0.077 | 3.7% | 1.2% |
| Tape, tissue, etc. | | 1. | | | | | | | | | $0.022 | $0.026 | $0.028 | 1.3% | 0.4% |
| Wire Tie | | 4. | | | | | | | | | $0.015 | $0.019 | $0.020 | 0.9% | 0.3% |
| Freight | | China to West Coast | | | | | | | | | | | $0.148 | 7.0% | 2.4% |
| | | | | | | | | | | | $0.380 | $0.456 | $0.629 | 29.7% | 10.1% |
| | | | | | | | | | Totals | | $1.555 | $1.866 | $2.116 | 100.0% | |

| | | | |
|---|---|---|---|
| $33.0 | Total molds | Vendor Mark Up | $0.311 |
| | | Quote Variance | |
| | | FOB or Ex-Factory | $1.866 |
| | | Duty | |

HA 002601

CONFIDENTIAL

CONFIDENTIAL PRODUCT COST DEVELOPMENT ENGINEERING CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| Prod Name : | Talkin Tools Ratchet Wrench | Product Year : | 2001 | Super Category : | Boys |
| Product # : | 925240000 Project # : 26251 | Prod Source : | China | Brand : | Tonka |
| Ass't # : | 92530 Item # : n/a | Standard Rate Set : | 0101 | Date Cost Issued : | 8/21/00 3:37 PM |
| Status : | CSPR | Total World Tool Capacity / Week : | 24,141 | Program Version : | P2.06 |
| Version : | 08-21-00 Input | U.S. Share Capacity / Week : | 24,141 | | |

## GROSS MARGIN

| | | |
|---|---|---|
| | Standard Sell | $6.99 |
| 1.50% | Defective Returns | $0.105 |
| 9.50% | Allowances | $0.664 |
| | Net Sales | $6.221 |
| | Sales Co. Std Cost | $2.386 |
| | Royalty | |
| 3.00% | Variances / Obsol. | $0.187 |
| | Gross | $3.649 |
| | Margin | 58.7% |

## RETAIL MARKUP

| A Retail Margin of | Requires a Retail Price of |
|---|---|
| 20% | $8.74 |
| 30% | $9.99 |
| 40% | $11.65 |

## TOOLING COST SUMMARY

| | |
|---|---|
| New Molds / Steel Tooling | |
| Assembly Line Tooling | |
| Vendor/Sub Contractor Tooling | |
| H.F.E. Tooling | $52,500 |
| | $52,500 |

Tooling Apportioned: 1 Year Amort

## WW TOOLING ALLOCATION

| REGION | VOLUME | ALLOC % | ALLOC $ |
|---|---|---|---|
| U.S. VOL : | 300 | 100.0% | $52,500 |
| INT. VOL : | | | |
| CML. VOL : | | | |
| HAPM. VOL : | | | |
| JAPAN VOL : | | | |
| TOTALS : | 300 | 100.0% | $52,500 |

## WW TOOLING CAPACITY

| | |
|---|---|
| WW Capacity Q.N. Date : | |
| Stop Date : | 11/15/01 |
| Schedule Weeks : | |
| U.S. Weekly Tool Capacity : | 24,141 |
| U. S. Maximum Capacity : | |
| Weeks to Meet Forecast : | 12.4 |
| Full Year (45 Week) Capacity : | 1,086,353 |

## CONTRIBUTION MARGIN

| | | Marketing | Financial | Potential |
|---|---|---|---|---|
| | Volume | 300,000 | 270,000 | 330,000 |
| | Std Sell | $6.99 | $6.99 | $6.99 |
| | Royalty % | | | |
| | U.S. Tooling | $52.5 | $52.5 | $52.5 |
| | Sales @ STD | 2097 | 1887 | 2307 |
| 11.00% | Allowance | 231 | 208 | 254 |
| | Net Sales | $1,866 | $1,680 | $2,053 |
| | Sales Co Std Cost | 716 | 644 | 787 |
| 3.00% | Variances / Obsol. | 56 | 50 | 62 |
| | Royalty | | | |
| | Gross | $1,095 | $985 | $1,204 |
| | Margin | 58.7% | 58.7% | 58.7% |
| 100.0% | Capital Tool 1 Yr | 53 | 53 | 53 |
| $1.100 | Distribution | 39 | 35 | 43 |
| $2.250 | Prepaid Freight | 80 | 72 | 88 |
| | Contribution | $923 | $826 | $1,021 |
| | Margin | 49.5% | 49.2% | 49.7% |

## FINANCIAL ANALYSIS

| A Contribution % of | Requires | | | |
|---|---|---|---|---|
| 50.0% | Sell Price of | $7.07 | $7.12 | $7.03 |
| | Standard Cost of | $2.35 | $2.33 | $2.37 |
| 45.0% | Sell Price of | $6.39 | $6.43 | $6.36 |
| | Standard Cost of | $2.66 | $2.64 | $2.68 |
| 40.0% | Sell Price of | $5.83 | $5.87 | $5.80 |
| | Standard Cost of | $2.97 | $2.96 | $2.99 |

| A Gross Margin of | = a Sell Price of | = a Standard Cost of |
|---|---|---|
| 58.0% | $6.87 | $2.43 |
| 63.0% | $7.88 | $2.12 |

Z Factor :

| A Sell Price of | = a Gross Margin of |
|---|---|
| $4.99 | 43.3% |
| $5.99 | 52.2% |
| $7.99 | 63.5% |
| $8.99 | 67.2% |
| $9.99 | 70.2% |
| $10.99 | 72.6% |

$0.10 Standard Cost change affects

Sell Price by $0.29

Gross Margin by 1.6%

## HISTORY & COMMENTS

08-21-00

Initial Input, Package Spec 00-206,

| Orient Ex-Factory | DIMENSIONS | |
|---|---|---|
| $2.121 | Master Carton Cube: | 0.710 |
| | Master Carton Pack: | 6 |
| | Cube per Toy: | 0.118 |

## DISTRIBUTION

P:\USERS\PCD&A\000 Cost Sheets\Chet\Tonka\[92524 Talkin Ratchet Wrench 08-21-00 #1.xls]Front

CONFIDENTIAL

**PRODUCT COST DEVELOPMENT ENGINEERING**

CONFIDENTIAL

Prod Name : TONKA Talkin Tools Bench
Product # : 90484 Project # : 26147
Ass't # : 9 digit # if known Item # : 904840000
Status : MM quote
Version : 08-29-00 Input

Product Year : 2001
Prod Source : China
Standard Rate Set : 0101
Total World Tool Capacity / Week : 10,800
U.S. Share Capacity / Week : 9,180

Super Category : Boys
Brand : open
Date Cost Issued : 8/29/00 10:57 AM
Program Version : P2.06

## GROSS MARGIN

| | | |
|---|---|---|
| | Standard Sell | $24.99 |
| 1.50% | Defective Returns | $0.375 |
| 9.50% | Allowances | $2.374 |
| | Net Sales | $22.241 |
| | Sales Co. Std Cost | $8.469 |
| 0.00% | Royalty | $0.000 |
| 3.00% | Variances / Obsol. | $0.667 |
| | Gross | $13.104 |
| | Margin | 58.9% |

## RETAIL MARKUP

| A Retail Margin of | Requires a Retail Price of |
|---|---|
| 20% | $31.24 |
| 30% | $35.70 |
| 40% | $41.65 |

## TOOLING COST SUMMARY

| | |
|---|---|
| New Molds / Steel Tooling | |
| Assembly Line Tooling | |
| Vendor/Sub Contractor Tooling | |
| H.F.E. Tooling | $110,295 |
| | $110,295 |

Tooling Apportioned: 1 Year Amort

## WW TOOLING ALLOCATION

| REGION | VOLUME | ALLOC % | ALLOC $ |
|---|---|---|---|
| U.S. VOL : | 425 | 85.0% | $93,751 |
| INT. VOL : | | | |
| CML. VOL : | | | |
| HAPM. VOL : | | | |
| JAPAN VOL : | | | |
| TOTALS : | 425 | 85.0% | $93,751 |

## CONTRIBUTION MARGIN

| | | Marketing | Potential |
|---|---|---|---|
| | Volume | 425,000 | 500,000 |
| | Std Sell | $24.99 | $24.99 |
| | Royalty % | 0.00% | 0.00% |
| | U.S. Tooling | $93.8 | $93.8 |
| | Sales @ STD | 10621 | 12495 |
| 11.00% | Allowance | 1168 | 1374 |
| | Net Sales | $9,452 | $11,121 |
| | Sales Co Std Cost | 3599 | 4235 |
| 3.00% | Variances / Obsol. | 284 | 334 |
| | Royalty | 0 | 0 |
| | Gross | $5,569 | $6,552 |
| | Margin | 58.9% | 58.9% |
| 100.0% | Capital Tool 1 Yr | 94 | 94 |
| $1.100 | Distribution | 326 | 384 |
| $2.250 | Prepaid Freight | 668 | 786 |
| | Contribution | $4,481 | $5,289 |
| | Margin | 47.4% | 47.6% |

## FINANCIAL ANALYSIS

| A Contribution % of | Requires | | |
|---|---|---|---|
| 49.9% | Sell Price of | $26.31 | $26.23 |
| | Standard Cost of | $7.92 | $7.95 |
| 45.0% | Sell Price of | $23.83 | $23.76 |
| | Standard Cost of | $9.01 | $9.04 |
| 40.0% | Sell Price of | $21.74 | $21.68 |
| | Standard Cost of | $10.12 | $10.15 |

| A Gross Margin of | = a Sell Price of | = a Standard Cost of |
|---|---|---|
| 58.0% | $24.40 | $8.67 |
| 55.0% | $22.66 | $9.34 |

Z Factor :

| A Sell Price of | = a Gross Margin of |
|---|---|
| $22.99 | 55.6% |
| $23.99 | 57.3% |
| $25.99 | 60.4% |
| $26.99 | 61.7% |
| $27.99 | 63.0% |
| $28.99 | 64.2% |

$0.10 Standard Cost change affects

Sell Price by $0.30

Gross Margin by 0.4%

## HISTORY & COMMENTS

08-29-00 58.9%GM 90484C-MM.pdf

Melissa Morgan group quote (e-mail Betty Wu to Francis Ng, 08-22-2000), no contingency added.

CONFIDENTIAL

Orient Ex-Factory $7.201

## DIMENSIONS

| | |
|---|---|
| Master Carton Cube: | 1.396 |
| Master Carton Pack: | 2 |
| Cube per Toy: | 0.698 |

## DISTRIBUTION

D Stothard, W Buelsing, M Kelly, T Patrick, P Franer, D Meiser, B Smith
M Friedersdorf, J Neuspickle, J Thorpe
J Veliz Canada

P:\USERS\PCD&A\000 Cost Sheets\Chet\Tonka\90484 Talkin Tools\[90484-26147 Tonka Talkin Tools 08-29-00 #1.xls]Front

HA 003598