# EXHIBIT A

721

HASBRO

# INVENTOR REVIEW RECORD

| | | |
|---|---|---|
| INFANT<br>PRESCHOOL<br>ACTIVITIES | SEND TO: | Darlene Horan<br>1027 Newport Avenue<br>Pawtucket, RI 02862 |
| BOYS/GIRLS<br>NERF<br>TONKA/XRC | SEND TO: | Joan Barngrover<br>615 Elsinore Place<br>Cincinnati, OH 45202 |

COMPANY: INVENTORS GREEN HOUSE

PAGE # OF

DATE: 11/30/98 LOC: RHODE ISLE

INVENTOR NAME: GARY CARLIN

PRESENT: S. TOTH

| ITEM | CATEGORY | NAME | DESCRIPTION OF SUBMISSION | DISP |
|---|---|---|---|---|
| 1 | BOYS | TALKIN' TOOLS | VARIETY OF TOOLS WITH SPEECH TELLS YOU WHAT TO DO - MEASURE - WEIGH ETC. YOU DO ACTIVITY - IT TELLS YOU IF YOU ARE DOING RIGHT OR WRONG | 1 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

HA 00258

INVENTOR ACKNOWLEDGES AND AGREES THAT ALL SUBMISSIONS DESCRIBED HEREON ARE COVERED BY THE DISCLOSURE PREVIOUSLY SIGNED BY INVENTOR.

1 - HOLD/SEND IN
2 - REJECT (NO INTEREST)
3 - REJECT (ALREADY IN HOUSE)
4 - INVENTOR TO DO MORE WORK
5 - SHOW APPROPRIATE CATEGORY

INVENTOR [signature]

FOR HASBRO Stephen M. Toth