# EXHIBIT D

**Buelsing, Wendy**

**From:** Stothard, Derek
**Sent:** Tuesday, September 26, 2000 6:51 PM
**To:** Buelsing, Wendy
**Subject:** FW: Tonka Tool Bench Capacity

Notebook.jpg

-----Original Message-----
**From:** Stothard, Derek
**Sent:** Tuesday, September 26, 2000 6:50 PM
**To:** Patrick, Todd
**Cc:** Franer, Paul; Voss, David; Khan, Joe
**Subject:** RE: Tonka Tool Bench Capacity

Great news all round.
1) Increased capacity helps us. We need to protect 400,000. I *think* this means we have to be ATS 7/2/00. I *also think* this means 10/27 toolstart. Can you confirm these. We can't afford to miss this, so a designer for on-site help and approval still seems like a good idea.

2) Good news on the GM too as I have complete confidence that you and Joe can close this relatively small gap and get us above 58% again.

3) Can you update me on current GM status for the tools. I believe we're going to get a 2% royalty hit across this segment and if we can off-set this, even in part, by being over the original target, we need to do that. I'd like to get to an average of at least 59% for the segment, to absorb half the royalty that way.

-----Original Message-----
**From:** Patrick, Todd
**Sent:** Tuesday, September 26, 2000 12:00 PM
**To:** Stothard, Derek
**Cc:** Franer, Paul; Voss, David; Khan, Joe
**Subject:** Tonka Tool Bench Capacity

Derek,

Some good news and some bad news. The good news is: Received Vendor Quote, and it turns-out weekly capacity is higher (25K) than anticipated (22.7). The result from increased capacity allows us to have tool start on 11/10 and still meet our year forecast of 350K (see attached). I do not recommend having tool start on 11/10, but it gives comfort to know that we have some lead-way.

Regarding trip to HFE:

Other than going for Bouncin' Chuck, I think it is safe to say trip is not necessary unless we want to ensure know hiccups will occur and/or increase capacity with early as possible tool start.

Now for the bad news: