EXHIBIT A

**Techentin, Jeffrey**

**From:** Dariush Keyhani [dkeyhani@meredithkeyhani.com]
**Sent:** Wednesday, February 15, 2006 12:45 PM
**To:** 'Techentin, Jeffrey'
**Cc:** Jennifer Meredith
**Subject:** RE: 359089_1.DOC

Dear Jeff-

I received some documents from your office bates numbered HA003746 - HA004120. Are these documents copies of what is kept in the normal course of business or were these summaries prepared especially for this litigation? Also, you did not include any information to identify what products are represented by sales figures identified; can you provide us with a code sheet so that we can understand what the numbers are suppose to represent, e.g., what is SKU 2002? etc.

Also, as requested in Plaintiffs' First Request for Documents, we request "all documents sufficient to show all of Hasbro's sales by volume, revenues, and profits on each and every talking and/or speaking characterized tool toy" (Request Numb 9) etc.; of course, per the Federal Rules we only want the documents in the form that they are kept in the regular course of business.

Regards,

Dariush

---

**From:** Techentin, Jeffrey [mailto:Jtechentin@apslaw.com]
**Sent:** Friday, January 27, 2006 10:19 AM
**To:** 'Dariush Keyhani (dkeyhani@meredithkeyhani.com)'
**Cc:** White, Todd
**Subject:** RE: 359089_1.DOC

Dear Dariush,

I have not yet heard back from you regarding my earlier e-mail (below). Please be advised that Hasbro has additional documents that are ready to be produced to the plaintiffs, but we await word from you on the stipulation regarding confidential information.

Thank you,

Jeff Techentin.

-----Original Message-----

**From:** Techentin, Jeffrey
**Sent:** Monday, January 23, 2006 5:00 PM
**To:** Dariush Keyhani (dkeyhani@meredithkeyhani.com)
**Cc:** White, Todd
**Subject:** 359089_1.DOC

Dear Dariush,

In response to your recent letter with regard to document production, please be advised that Hasbro is in the process of compiling the supporting data in connection with the sales figures for the specified talking tools that were referenced in during mediation. As I understand it, there are approximately a dozen products for which we need to find appropriate sales records. Additionally, please note that there are different people in charge of domestic sales and international sales. I have been told that there are three or four individuals on the international sales front and that gathering that information will likely take more time than the domestic information. However, we are still working on producing these documents and will convey to you documents as they come in to us so that you can begin your review.

With regard to Hasbro sales information, I would also offer the following. I have been informed that the underlying documentation, including invoices, may be extremely voluminous, running to many thousands of pages. It might be more efficient and expeditious if Hasbro were to produce summary documentation of net sales instead of the underlying invoices. Of course, such summary information would be based upon Hasbro's business records and should be an accurate reflection of actual net sales. Again, I offer this solely because the effort involved in producing and reviewing the underlying documentation may eclipse any value in doing so. Please advise your thoughts on this issue.

On a related issue, Hasbro previously produced various documents in redacted form, many of which redactions were made to preserve the confidentiality of Hasbro information. We would suggest entering into an appropriate confidentiality stipulation (and order). I have attached a draft for your review and comment. If it is acceptable, please return an original, signed stipulation to me for execution and filing with the Court. Hasbro would then produce the documents that were redacted based on confidentiality concerns in unredacted form.

Thank you,

Jeff Techentin

Jeffrey K. Techentin
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
phone: 401.274.7200
direct: 401.427.6147
fax: 401.351.4607
e-mail: jtechentin@apslaw.com