EXHIBIT C

**White, Todd**

**From:** Dariush Keyhani, Esq. [dkeyhani@meredithkeyhani.com]
**Sent:** Tuesday, September 12, 2006 3:46 PM
**To:** White,Todd
**Subject:** RE: Inventor's Greenhouse v. Hasbro

Todd-

Yes, your summary is fair with the addition, if not already presumed, that the sales totals/break downs would include sales from all 39 reporting entities.

Dariush

-----Original Message-----
From: "White, Todd" <TWhite@apslaw.com>
Sent: Tue, September 12, 2006 4:08 pm
To: "'dkeyhani@meredithkeyhani.com'" <dkeyhani@meredithkeyhani.com>
Subject: RE: Inventor's Greenhouse v. Hasbro

Dariush:

I had an appointment at 4:00 on Friday, September 8. When I got to work yesterday, I had a copy of your fax which came in at 4:11 p.m. on Friday. I have conveyed your information to Hasbro. In rereading your letter, your last paragraph appeared to indicate that you were seeking the following:

Sales summaries in spreadsheet format/lists for all 31 products identified by:

a. SKU numbers
b. Product names in English
c. For sales in U.S. dollars
    i. By date
    ii. By Selling entity
    iii By Customer
d. Organized by annual sales totals from the reporting entities
e. From the first date of sales of each product to the lat date available.

Let me know if this is essentially correct.

Todd

-----Original Message-----
From: Dariush Keyhani, Esq. [mailto:dkeyhani@meredithkeyhani.com]
Sent: Tuesday, September 12, 2006 2:46 PM
To: White,Todd
Subject: RE: Inventor's Greenhouse v. Hasbro

Hi Todd-

I just wanted to send a quick email as I had not heard anything back from you regarding the letter I faxed you on Friday per the Court's Order. If you would like to discuss, I will be available until 6 pm. You can reach me on my number direct line at (646) 536-5692.

Regards,

Dariush