EXHIBIT
D

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. CA NO: 05-246 S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

**AFFIDAVIT OF DAN RATIGAN**

My name is Dan Ratigan and I depose and state as follows:

1. I am presently the Vice President of Information Systems at Hasbro, Inc. and I have been placed in charge of assembling the underlying sales documentation (invoices and purchase orders) with regard to the Inventor's Greenhouse v. Hasbro, Inc. matter and recently to create sales summary information in a form requested by Plaintiffs' counsel.

2. As background to the document production efforts undertaken by Hasbro in this matter, I refer this Court an affidavit I previously prepared and attached as Exhibit D to Defendants' Memorandum in Support of their Objection to Plaintiffs' Motion to Adjudge Defendants in Contempt.

3. To the best of my knowledge as the individual at Hasbro in charge of accessing the information, Hasbro has provided the underlying sales information where available and Hasbro has provided a sales summary pursuant to a request first made by the Plaintiffs on September 8, 2006. The data provided has come from multiple systems in multiple countries around the world.

4. Hasbro, Inc. has produced seven (7) boxes of printed invoice copies for the products that have been requested by the Plaintiffs. On being told to provide the information in an electronic format, Hasbro further provided ten (10) CD-Roms containing all of the sales/purchase order information for the products that have been requested by the Plaintiffs that are available from our multiple systems that maintain such information. As the information requested covers several years and multiple sales organizations, there may be sales organizations for which sales of the 28 products occurred in, yet for which we have no summaries or invoices (especially in small locations that were not on the SAP system for all of the period in question). We have diligently gathered all sales related information for each of the 28 products and provided all summary and invoice information that is available from our SAP system and from other pre-SAP systems where available.

5. Over 40 people in over a dozen organizations worldwide were involved in the production of all the sales invoices/purchase orders. I conservatively estimate that Hasbro spent 500 man-hours associated only with this production and that this cost Hasbro $8000. My estimate is based upon overtime worked to generate invoice images and programming work conducted to generate reports.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY THIS 21st DAY 0F September, 2006

Dan Ratigan

Subscribed and sworn to before me this 21st day of September, 2006.

Natalie Butler
Notary Public
My commission expires:

393207_1.doc

My Commission Expires on
January 14, 2007