M & K MEREDITH & KEYHANI, PLLC
www.meredithkeyhani.com

September 21, 2006

Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizen Plaza, 8th Floor
Providence, RI 02903
Via Facsimile: (401) 751-0604

RE: Inventor's Greenhouse v. Hasbro, Inc. CA NO: 05-246S

Dear Todd:

With respect to the letter you faxed to me today (September 21, 2006) in which you state that you enclosed a CD-ROM with information you identified in your email correspondence, please have your clients (IS group) certify that what you call "sales summary information" are in fact sales information kept in the ordinary course of business downloaded directly off of your clients' SAP System for the thirty-one (31) items at issue by running queries for the fields being requested including:

Information in English language, product name, in U.S. dollars, by SKU numbers, dates, annual sales, and for their global thirty-nine (39) reporting entities etc.

As you know, Defendants have in the past used the term "sales summaries" for documents/information produced which Plaintiffs objected to because they were incomplete on their face for many reasons including the fact that did not include many toys that were clearly in dispute, did not include sales of all SKU numbers under which products were/are being sold, etc. and were not certified as to whether they were information that Defendants maintain in their ordinary course of business, i.e., originated and downloaded directly off of Defendants' SAP global sales information system - it would be more appropriate to refer to the information we have requested as Defendants' "SAP downloaded sales information."

Very truly yours,

[signature]

Dariush Keyhani[1]

cc: Mark B. Morse, Esq.

[1] Admitted before the Southern District, Eastern District, and Western District of NY and NJ Bar

NEW YORK OFFICE
330 MADISON AVENUE
6TH FLOOR
NEW YORK, NEW YORK 10017
212.760.0098 TELEPHONE
212.202.3819 FACSIMILE

PRINCETON OFFICE
5 INDEPENDENCE WAY
SUITE 300
PRINCETON, NJ 08540
609.945.7406 TELEPHONE
609.228.4031 FACSIMILE