ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

September 21, 2006

**VIA FACSIMILE AND REGULAR MAIL**

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

Re: Inventor's Greenhouse, et al. v. Hasbro, Inc., et al.
C.A. No. 05-246S

Dear Dariush:

Pursuant to the email correspondence I provided to you, enclosed please find sales summary information in this eleventh (11th) CD-ROM. As I have indicated, the information does not have a conversion to U.S. dollars in all cases because of limitations in the program.

Very truly yours,

Todd D. White

TODD D. WHITE
TDW:sjt

Enclosures

cc: Mark B. Morse, Esq. (w/out encl.)

*394180_1.doc*