## 10. Product Development Effort Contract

Phase: I

Date: 5/13/96

| *Project Variables* | *Phase 1* | *Phase 2* | *Current* | *Allowed Variance* | |
|---|---|---|---|---|---|
| Phase 2 Review | 6/17/97 | 6/17/97 | | +3 wks | |
| Tool Start | 7/21/97 | 7/21/97 | | +3 wks | |
| QN Issued (ATS) | 5/4/98 | 5/4/98 | | +3 wks | |
| Distribution Quantity Date | 6/1/98 | 6/1/98 | | +3 wks | |
| "A" Price | $23.49 | $23.49 | | +/- $ 0 | |
| Capital Costs (Tooling/Artwork) | $147,310 | $157,310 | | +10% | |
| Gross Margin | 56.0% | 55.6% | | 55 % minimum | |
| PTP | 17.1% | 17.1% | | 17 % minimum | |
| Market Requirements - | Forecast Units | Forecast Units | Forecast Units | Potential | Breakeven |
| 1998 | 300 | 300 | | 360 | 90 |
| 1999 | 250 | 250 | | | |

**Additional Considerations:**

•

HA004584