Page 85

**Q. in a focus group if you have an idea?**
A. It would just be friends, kids of friends of mine, just informal, very informal, nothing formal.
**Q. And do you just watch them interact with a prototype or something?**
A. Yes.
**Q. Other than communications with people at Hasbro, from the time you and Mr. Baer and Mr. Pelovitz received a copy of the draft agreement to the time you finally executed it, did you have communications with anyone about how they were going to market the toy itself?**
A. No.
**Q. Did you have communications about how far along in the process of developing this toy they were at?**
A. Yes.
**Q. What did you hear?**
A. That they were pretty much ready to go.
**Q. Who did you speak to about that?**
A. Steve Toth.
**Q. Is it your memory that Steve told you they were pretty much ready to go before you guys actually signed the agreement?**
A. Well, I believe they started shipping it in

Page 86

December for summer. So it had to be very far along at that point.
**Q. Do you presently represent any inventor that has a toy that's still being marketed right now, still being sold right now?**
A. No. There's things in the pipeline.
**Q. The reason I ask is if I went out to a Toys R Us or something, is there anything out there that's part of your process that is --**
A. Yes, there's one.
**Q. What's that?**
A. That's the confidential one that I can't, but it is being marketed.
**Q. Without revealing confidentiality, and if it is, I don't -- can you just tell me the generic type, not specifically?**
A. Sure. It's a pre-school learning toy.
**Q. And as far as you know, right now that's something available to the general public?**
A. Yes. Absolutely.
**Q. And is the confidentiality agreement because of the company you're working with in not wanting to discuss the specifics of it?**
A. Yes.

Page 87

**Q. I'm going to show you a copy of the inventor license agreement that the reporter has kindly marked for me as A.**
**(DEFENDANT'S EXHIBIT A MARKED FOR IDENTIFICATION)**
**Q. Just take a quick look and familiarize yourself with that to make sure that's correct.**
A. Yes.
**Q. Okay. And is that a copy of your signature on the last page in the left under Inventor's Greenhouse?**
A. Yes.
**Q. Let's turn to the page number one under section one which is Licensed Property. Just read that to yourself, and I'll have some questions about it, but you can at least familiarize yourself with that.**
A. Okay.
**Q. Okay. I assume this is the actual description as in this agreement when you executed the contract?**
A. Yes, it is.
**Q. All right. In the third line down, not sentence, but third line down, in the middle it says "pre-school tool toy." See that in the middle?**
A. Yes.

Page 88

**Q. What's that term mean to you with respect to this contract?**
A. I think what it means to me is an object that is used to perform a specific task, something like that, with a face.
**Q. So would Chuck be in that category?**
A. I suppose if it had a specific purpose and it had a face, and I don't remember what Chuck said or did when he talked, but if it had relationship to teaching the child how to drive, let's say, or how to use a car, then I suppose it would fit into this.
**Q. Is it your understanding Chuck actually predated this contract, though?**
A. Yes.
**Q. Do you know if the idea of Chuck predated pitching the idea of talking tools to anybody at Hasbro?**
A. I don't know that.
**Q. Okay. Based on your definition, would a talking piano fit into that pre-school tool toy?**
A. Again, I think if it was -- I guess what I feel is that there's a -- the way it's defined here is very broad. We all know that.
**Q. Right.**