Q. Are you referring to the content of the letter.
A. Yes. I'm not saying it didn't happen. I don't remember that that was a suggestion -- or, a recommendation.
Q. Do you remember if ever a license agreement was entered into between Gary Carlin and Hasbro?
A. On this product?
Q. Yes.
A. No.
Q. You don't remember --
A. I'm sorry. I don't get what you're getting at.
Q. Gary Carlin submitted a prototype for his idea submission to Hasbro, correct?
A. No.
MR. HALL: Objection.
BY MR. KEYHANI:





Q. What did he submit?
A. A video.
Q. Okay. Gary Carlin submitted a video describing his prototype and idea to Hasbro?
A. Demonstrating his idea.
Q. Demonstrating his idea. Did Hasbro end up licensing that idea submission from Gary Carlin?
MR. HALL: Objection.
THE WITNESS: Oh, yes.

A. I'm going to say in -- it was probably in the '98
toy catalog.
Q. And that would mean it was created before 1998?
A. Correct. A year before, probably.
Q. Does it usually take about a year from creation
to showing up in the catalog?
MS. GALVIN: Object to form. Go ahead.
THE WITNESS: Oh, I'm -- yes.





BY MR. KEYHANI:
Q. Can you describe Chuck's personality?
MR. HALL: Objection to form.
BY MR. KEYHANI:
Q. Can you describe what the Chuck-like personality
refers to specifically?
A. It was a friendly voice-responsive character
created to add personality to an inanimate
vehicle being a truck.
Q. Who created Chuck the Truck?
A. A designer in boys' toys that worked in the Tonka
group.
Q. Do you know the name of the person?
A. No, I do not.
Q. This person was an employee at Hasbro?
A. Yes.
Q. At the time you received Gary's idea submission,

THE WITNESS: Though there's characterization





elsewhere, I do not remember those specific items
as part of Gary's submission.
BY MR. KEYHANI:
Q. What items are you referring to?
A. I'm referring to the -- what I'll call the back
panel of the tool bench and what are the nails
that are in the base surface.
Q. Who created this tool bench?
A. A designer at Hasbro's Cincinnati office.
Q. Do you know the designer's name?
A. No, I do not.
Q. Did you have a relationship with the designer?
A. At the time --
Q. Yes.
A. -- I'm sure I did.
Q. What's your basis for believing that this
particular designer created this item? I'm
referring to the tool bench.
MR. HALL: Objection.
BY MR. KEYHANI:
Q. How do you know the designer created the tool
bench?
A. Well, specifically, I don't.

Q. So what's your basis for stating that a designer
created it?
A. It's the process of the way product is developed.
Q. So you don't know for a fact whether a designer
at Hasbro, in fact, created this bench?
A. Yes, I know for a fact that a designer at Hasbro
created this bench. Who he is, I do not recall,
or she.
Q. Excuse me? Go ahead. Continue.
A. I was just specifying he or she.
Q. Okay. Again, what is your basis for knowing that
a designer at Hasbro created this tool bench?
A. My basis is the fact that when it was presented
at this product presentation that I referred to
earlier, it was presented by the designer that
created and developed it.
Q. When was it presented?
A. I do not know the year or the date.
Q. Do you know if it was prior to or after Gary
Carlin's idea submission?
A. Oh, it was after.
Q. After what, Gary Carlin's idea submission?
A. Yes.

A. It was a child-size, freestanding tool bench that
was characterized, and as a part of that product
and accessories were hand-held tools.
Q. Would you say that this tool bench had Chuck-like
personality as you defined earlier in this
deposition today?





A. Yes.
Q. Why did you think this tool bench was similar to
Gary Carlin's idea submission?
A. It wasn't the tool bench. It was the tools that
came with it -- or, specifically, accessories
sold in conjunction with the tool bench.
Q. Why did you think those items were similar to
Gary Carlin's idea submission?
A. They were characterized and they talked.
Q. Were they tools?
A. Yes.
Q. Did you think the bench was a tool?
A. No.
Q. But there were tools on the bench that you
thought were similar?
A. Yes.
MR. KEYHANI: I'd like to enter this as the next
exhibit. I think this would be number 4.