EXHIBIT A


DILL PRESSMAN
QUARTER POUNDER
MICHAEL BOLTIN
JAMES WOOD
STRETCH
TONKA
GENNY NAIL
DANNY BENCH
JERRY VICE
MOE DRÖHR
6-30-00