EXHIBIT B

**Exhibit B, Excerpts of Joe Khan's testimony from his deposition taken on October 3, 2006:**

25

Q. What's the relationship between the Talking Tool Bench and the Talking Tools?
A. Okay. The Talking Tool Bench is the advertiseable toy that started the Talking Tools line.
Q. How was Talking Tools explained to you?
A. I was told that we were going to do a line of talking tools. and that they were going to start with the Talking Tool Bench.

29

Q. I'm asking you in your -- I'm asking. If this appears to be the description of the Talking Tools that you worked on?
A. This sounds similar to the Talking Tools I worked on.
Q. That's all I'm asking. Why?
A. Because these are tools and they talk.

33

Q. So the Talking Tool Bench was the first product of the Talking Tool's line?
A. Right. And it was followed by other Talking Tools.

34

Q. What other Talking Tools were followed?
A. There was a screwdriver, a tape measure, some pliers, and that's all I remember.

34

Q. Is that correct? Is it correct that the tape measure, the screwdriver and the tool bench were all part of the Talking Tool's line of toys?
A. Yes.

34

Q. How were these toys similar, such that they were put in the same line of toys?
A. They were tools that would talk, similar to really, at that time, all the rest of the Tonka toys.

Q. Why were they called tools? Do you know?
A. Because they were shaped like tools. They characterized screwdrivers and workbenches and hammers and nails.

38

Q. I'll ask the question again. It's my understanding you said earlier that it wasn't clear to you whether the Talking Tools concept came from inside or from outside; is that correct?
A. I don't remember where the idea came from.

42

Q. Okay. Do you recognize the picture on the second page?
A. Yes.
Q. What is that?
A. That is the Talking Tool Bench.

42

Q. Is that the product you said was the

43

first product of the Talking Tool line of toys?
A. Yes.

48

Q. Has the term royalty ever been used amongst you guys in the group?
A. Yeah. Yes.
Q. And what does that refer to?
A. That is money that is paid from the project or, you know, from the sale of the toy, to some outside source.

49

Q. Sure. If somebody is going to be getting a royalty payment on a line of products, that would have to be somebody not working for Hasbro?
A. Yes.

50

Q. No, I'm looking at number three. The two percent royalty across the segment. What segment would they be talking about?
A. The tool's segment.

Q. Is that the Talking Tools?
A. Yeah.
Q. Isn't the tool bench a talking tool?
A. It's a talking tool bench. It was part of the tools line.
Q. So if there was a two percent royalty for the Talking Tools, wouldn't there be a two percent royalty for the tool bench?
MR. WHITE: Objection.

51

A. I guess I wasn't really connected with that -- with those matters.

52

Q. Fair enough. How do you read this,

53

that you were cc'd on it and it's coming from your boss?
A. It looks like that there's a two percent royalty for the tools, across this segment.
Q. And would that include the tool bench, from looking at this e-mail?
A. Yes.

69

Q. Is it your recollection, or was it your understanding, that the Talking Tape Measure was part of Talking Tools?
A. Yes.
Q. Was the tool bench part of Talking Tools?
A. Yes.