EXHIBIT C

**Exhibit C, Excerpts of Wendy Buelsing's testimony from her deposition taken on October 3, 2006:**

15

Q. What toys are you talking about?
A. The tape measure, yes. The talking take measure, first of all, I remember as being part of the line.
Q. What line?
A. The Talking Tools line. And I remember that we wanted to have it measure things, or tell you how long something is. I also remember it being potentially cost prohibitive. So I don't know that we ended up being able to do that or not.
Q. So when you guys were working on the Talking Tape Measure, you were thinking about making it tell you how much you measure things or not?
A. Yes.

16

Do you know what -- I'm looking at this second page. Do you know what -- I'm sorry, looking at the first page of it.
A. Yeah.
Q. Do you know what an inventor review record is, what this form is?
A. Oh.
Q. Sorry.
A. I have not -- no, I don't know this form. I know inventor -- you know, we would see inventor's ideas, but I don't know this form. Or if I've seen it, I've forgotten.
Q. What's the date on this form?
A. 11/30/98.
Q. Can you read the description to

17

yourself, the names Talking Tools and the description?
A. Um-hum. Read it to myself? I did.
Q. Yeah, read it to yourself.
A. Um-hum. Yeah.
Q. Is that familiar to you, the description?
A. Well, no. I haven't seen this before, if that's what you're asking, or this description.
Q. No, I'm just saying, the concept

description, familiar to you?

A. Yes. I mean it sounds like what to do with the tape measure. Yeah.

Q. In your recollection, is that sort of the description of the kind of products you were working on?

A. Yes, although -- it is. These weren't necessarily meant to be educational toys, just so we know that. It's like it tells you what to do, to measure the way -- and it tells you if you're doing it right or wrong.

We didn't -- maybe we might have had that worked in on the tape measure, but again, I don't remember that we were able to make that work. But the others were more just -- they were fun. They were



"ouch, oooch, good job, buddy," that sort of thing.

But the idea -- I mean having a Talking Tool to line, absolutely. I mean that's exactly what we had.