EXHIBIT D

# LICENSE REQUEST

PRODUCT OR CHARACTER NAME (and aliases): **Talkin' Tools**

CONTRACT NO.: 4402

LICENSOR(S)

Name: **Inventors's Greenhouse**
Address: **21 Melrose Street #2**
**Boston, MA 02116-4705**
Contact: **Gary Carlin**
Phone: **617-422-0922**
Fax: **617-422-0924**
E-mail Address: **garycarlin@aol.com**

LICENSEE:
___ Hasbro Corporate
___ Hasbro International
_X_ Hasbro Toy Group
___ Hasbro Games Group
___ Hasbro Interactive

U.S. FEDERAL I.D. # OR S.S. # (for U.S. Licensors): **SS # 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**

LICENSING AGENT (if applicable):
Name:
Address:
Contact:
Phone:

PAYEE (if different from Licensor):

(1) Name: **MicroPROS Technology Solutions**
Address: **35 Scott Avenue**
**Nashua, NH 03062**
Contact: **Robert M. Pelovitz (SS # 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)**
Phone: **603-880-7625**

(2) Name: **R. H. Baer Consultants**
Address: **134 Mayflower Drive**
**Manchester, NH 03104**
Contact: **Ralph H. Baer (SS # 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)**
Phone: **603-647-8407**

DATE OF AGREEMENT: **9/29/00**

PRODUCT(S) DESCRIPTION:

**A.** Licensor's Submission or Licensed Characters:
**A pre-school tool toy having a fanciful "face" embedded in the operating elements of tool or its casing and an electronic voice-producing chip which issues audible statements evocative of the function of the tool and triggered by those functions. Sample disclosed is a tape measure with a smiling face and voice which issues statements pertinent to issuing or retracting the tape or measuring an object, determined by the user's interaction with the tape spool. Does not include non-speaking tools or a speaking workbench or other accessories which speak or which do not speak, but the product is limited to the speaking tool as described in the first sentence above.**

**B.** Submission's Unique Innovation (for Inventor Licenses only):
**Tools as talking characters -- first to add Chuck-like personality to items other than vehicles for Tonka.**

**C.** Hasbro's Product(s) Using Submission or Characters (if known):
**Currently not identified.**

GRANT: _X_ Manufacture & Sell
___ Option

DURATION: **Till end of product**

TERRITORY: **Worldwide**

RENEWAL:

RESTRICTIONS ON DISTRIBUTION CHANNELS: _X_ No
___ Yes: ______________

HA 00165

ROYALTY RATE:

A. PRIMARY PRODUCT:
   (1) __3__ % Net Sales
   (2) _____ % FOB Sales (if different)
   (3) _____ % Net Sales for Interactive Uses.

B. SUBLICENSING
   (1) Primary Product _______ % Net Royalties Received
   (2) Merchandising _______ % Net Royalties Received
   (3) Entertainment _______ % Net Royalties Received

ADVANCE: **$15,000** DUE: **ASAP**

ROYALTY GUARANTEE: DUE:
(Inclusive of Advance)

PATENTS, TRADEMARKS, COPYRIGHTS SELL-OFF PERIOD:

A. Ownership:
   (1) Patent:
   (2) Trademark:
   (3) Copyright:

B. Licensor's Registrations/Applications:

C. Required Notices:

D. Responsibility for Costs:

INITIAL ON-SALE DATE: **Toy Fair 2001** REQUIRED ADVERTISING:

ADDITIONAL COMMENTS: (Please list any points of particular note)
**Royalty and advance are split evenly between 3 Licensors.**

Requested by: [signature] Date: 10-5-00

Approved by: [signature] Date: 10/5/00

Approved by: [signature] Date: 10/5/00

Approved by: [signature] Date: 10/5/00