UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. CA NO: 05-246 S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

**DEFENDANTS' MOTION TO STRIKE**

NOW COMES the Defendant Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby move to strike the deposition subpoenas served upon Wal-Mart and Target by the Plaintiffs, as well as any documents obtained pursuant to those subpoenas. Plaintiffs failed to notice the Defendants about the issuance of these subpoenas and obtained documents in violation of Rule 45(b)(1) of the Federal Rules of Civil Procedure.

Defendants refer this Court to their attached Memorandum of Law in Support of this Motion.

Withdrawn per letter from Defendants' counsel of 10/26/06.
David L Martin
USMJ
10-27-06