UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. CA 05-246 S

HASBRO, INC., and HASBRO INTERNATIONAL, INC.,
Defendants.

**ORDER**
**DENYING IN FULL**
**MOTION TO ADJUDGE IN CONTEMPT**
**AND REQUEST FOR EXPENSES**

The Court, having been advised by the parties that they have resolved their outstanding discovery issues, see Letter from White to Martin, M.J., of 10/26/06, and consistent with the procedure stated in the Court's memorandum and order of 10/18/06, see Memorandum and Order Denying in Part Motion to Adjudge Defendants in Contempt (Document ("Doc.") #64) at 27, hereby DENIES in full Plaintiffs' Motion to Adjudge Defendants in Contempt (Doc. #36) and also DENIES in full Defendants' request for expenses associated with assembling the invoices and purchase orders. The hearing scheduled for October 30, 2006, is canceled.

So ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 27, 2006

BY ORDER:

Deputy Clerk