**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| v. | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO PRODUCE EXPERT WITNESS DISCLOSURES**

Now come Plaintiffs, Inventor's Greenhouse, Micro Pros Technology Solutions, and R. H. Baer Consultants move this Court to extend the deadline for producing expert witness disclosures on the issue of damages.

In the Court's August 28, 2006 Order, the Court extended discovery deadlines for Expert Discovery Disclosures to October 3, 2006 and closed Expert Discovery on October 30, 2006. However, since this time numerous disputes had arisen between the parties regarding discovery of Defendants' sales information necessary for Plaintiffs' expert witness to review, analyze and upon which to produce its Expert Disclosures on the issue of damages. As the parties were finally able to resolve their discovery disputes regarding Defendants' sales information last week Friday (October 27, 2006), Plaintiffs' expert has expressed the need for three weeks to produce its Expert Disclosures on the issue of damages in light of the newly obtained sales information from Defendants.

Plaintiffs' counsel have communicated with Defendants' counsel regarding this matter, but have not yet heard back from them regarding their position.

WHEREFORE, Plaintiffs in light of the recently obtained sales information from Defendants respectfully request an extension until November 20, 2006 to produce its Expert Disclosures on the issue of damages.

Date: October , 2006

Respectfully submitted,

Plaintiffs,
By their attorneys,

/s/ Mark B.Morse
MARK B. MORSE
RI Bar Registration Number 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (telephone)
(401) 273-0937 (facsimile)
Mark@morselawoffice.com

/s/ Dariush Keyhani
DARIUSH KEYHANI
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com
(Appearing *Pro Hac Vice*)

**CERTIFICATE OF SEVICE**

I hereby certify that on this 30 day of October, 2006, I have served or caused to be served a true copy of the within document through Electronic Case Filing (ECF).

Todd D. White, Esq.
Jeffrey Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Mark B. Morse
Mark B. Morse