**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| -against- | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**PLAINTIFFS' WITHDRAWAL OF MOTION TO EXTEND DEADLINE TO PRODUCE EXPERT WITNESS DISCLOSURES AND AFFIDAVIT OF COMPLIANCE**

Now come the Plaintiffs and herein move to withdraw their Motion to Extend Deadline to Produce Expert Witness Disclosures filed through ECF on or about October 30, 2006 on the grounds that said disclosures have been forwarded to Defendants' Counsel Todd White, Esq. by fax on November 17, 2006.

Date: November 17, 2006
Respectfully submitted,
Plaintiffs,
By their attorneys,

**/s/ Mark B. Morse**
MARK B. MORSE, Esq.
RI Bar Registration Number 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (telephone)
(401) 273-0937 (facsimile)
mark@morselawoffice.com

/s/ Darisuh Keyhani
DARIUSH KEYHANI
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com
(*Appearing Pro Hac Vice*)
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day November, 2006, I have caused he within to be filed electronically by ECF, and that t the following counsel of record for defendants.

Jeffrey Techentin, Esq.
Todd D. White , Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Mark B. Morse
Mark B. Morse