UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246 S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' BRIEF STATEMENT OF UNDISPUTED FACTS**

1. The Agreement around which the dispute before this Court revolves is an "Inventor License Agreement," executed by the Plaintiffs and the Defendants, with an effective date of September 29, 2000. (See attached Exhibit A.)

2. On November 30, 1998, the Plaintiffs submitted a model or prototype of a talking toy tape measure with written materials to Steve Toth, an employee of Hasbro's Tonka Group located in Cincinnati, Ohio. (See attached Exhibit B.)

3. On January 19, 1999, the talking toy tape measure model or prototype was returned to Mr. Gary Carlin with a note that the Tonka Group had passed on the submission. (See attached Exhibit C.)

4. In February of 1999, the talking toy tape measure model or prototype and written documentation was sent to Dave Maurer of Hasbro's Pre-school Group in Pawtucket, Rhode Island. (See attached Exhibit D.)

5. In March of 1999, the talking toy tape measure model or prototype was returned to Gary Carlin with a note indicating that Hasbro's Pre-school Group had passed on the submission. (See attached Exhibit E.)

6. In late September 2000, Steve Toth contacted Gary Carlin indicating that Hasbro was in the process of developing a talking work bench and talking toy tools. Mr. Toth

indicated that he recalled that Mr. Carlin had brought in a submission of a similar toy tool idea a year and a half earlier and indicated Tonka's desire to enter into an Inventor's License Agreement with Mr. Carlin and his business partners. (See Deposition Testimony of Gary Carlin, I, *attached as* Exhibit F.)

7. Mr. Toth informed Mr. Carlin that Tonka had independently developed a talking workbench but felt obligated to compensate Mr. Carlin and his business partners on the talking tool toys that were developed in conjunction with that workbench. (See Exhibit F at 60:4-24)

8. An agreement was finally reached on or about December 18, 2000 and was backdated to indicate a date of September 29, 2000. (See Exhibit A.)

9. The Agreement indicated that the Inventors would get paid a 3% royalty on speaking tools and listed versions of the item other than the tape measure to be "hammer, screwdriver and pliers." (See Exhibit A at 1 & 5.)

10. The Agreement indicated that "the Item does not include non-speaking tools or a speaking workbench or other accessories which speak or which do not speak, but the product is limited to the speaking tool as described above." (See Exhibit A at 1.)

For the Defendants,
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White_______________

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
jtarantino@apslaw.com
twhite@apslaw.com
jtechentin@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, I electronically filed the attached Defendants' Brief Statement of Facts with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

_/s/ Todd D. White_______________

*398531_1.doc*