Storage Location:

Package Contents: 1 talking tape measure

Comments: ST 1st revd 11/30/98; recd 12/2/98; rtnd 1/19/99.

Update

| Company | Inventor Name | Phone |
|---|---|---|
| Inventor's Greenhouse | (Carlin, Gary) | 561-540-6279 |

[Associate Inventor]

---

| Type | Name | Image | Last Modified | D |
|---|---|---|---|---|
| | 5815_a.jpg |  | 12/14/1998 | X |

Note the following regarding file uploads:

- Name your files with descriptive names before uploading
- If you upload a file having the same name as an existing file, the existing file will automatically be overwritten.

File: Choose File no file selected

Upload File

EXHIBIT B

0001

Gary Carlin
*President*
INVENTOR'S GREENHOUSE
198 Tremont Street PMB # 505
Boston, MA 02116-4705
Tel: 617-422-0922
Fax: 617-422-0924
Email: garycarlin@aol.com

# Talking Tools
## ...Get the job done!!

First there is the

*Talkin' Tape Measure*

Talkin' Tape Measure plays games with you: There is a little guy inside the Tape Measure who

*Asks you to measure stuff.... And tells you how big or long it is!
*Asks you to measure, say, two inches ... and tells you if you're close or too short or too long!

Then there is the

*Talkin' Scale*

Kids love to weigh things... they'll have loads of fun weighing household objects and hearing the weights...

For added fun try and find something that weighs a certain weight...ie Find something that weighs less than 1 pound. That's right good job!

*Talkin' Hammer*

It's safe and light-weight.... but is sure sounds light the real thing when you hit something with like a plastic nail.

* It also tells you how great you are when you hit the nail right on the head! Maybe it plays a little victory song, too.

And then there is the

*Talkin' Saw*

- It tells you in no uncertain terms when you sawing a crooked line!
- It makes real sawing noises, too!
- Naturally, it comes with foam blocks and sheets to be cut up

Finally, there is

*Talkin' Drill*

It "yells" right over the drill sound when you're not holding the drill straight!
Of course, it comes with foam pieces, too.