0004

HASBRO

615 Elsinore Place
Cincinnati, Ohio
45202-1171

January 19, 1999

Mr. Gary Carlin
Inventor's Greenhouse
8 Park Plaza #505
Boston MA 02116

Dear Gary:

Per our telephone conversation, we are returning your concept "Talkin' Tools". We have reviewed this item in a recent Product Conference meeting and have determined that it would fit better with Playskool. You mentioned you have someone else you promised to show it to first. Please contact Dave Maurer in Rhode Island when this item is available for him to review for Playskool.

Thanks for your interest.

Sincerely,

Joan

Joan A. Barngrover
Senior Coordinator

/jab
Enclosure

cc: J. Kipling

AIRBORNE EXPRESS - Express

FUN IDEAS FROM

Kenner

Playskool

Tonka

EXHIBIT
C