A. Yes.

Q. And you just testified one of the reasons is that you wanted to rush and get this shown to --

A. Yeah. I don't remember how long it took, but whatever it was -- well, first I had to work out an agreement with Ralph. It may have been a few months.

Q. Okay. Within a few months, though, you think, probably?

A. Yeah. It wouldn't have been longer than three months. It could have been as short as a month and up to three months.

Q. Now, the tape measure was given to Steve Toth first, correct?

A. That's right.

Q. And at that time, you didn't have a measure bear; is that right?

A. That's right.

Q. And then that tape measure came back, and the documents indicate January. I think it's January 19 of 1999. Does that seem consistent?

A. That's when they sent it, yeah.

Q. Okay. And then thereafter, did you physically hand deliver the tape measure to Dave Maurer?

EXHIBIT D

A. I went and presented it to him.

Q. And, again, is model the right word?

A. Model.

Q. Okay. So you brought the model to Dave Maurer, and that would have been sometime in January of '99 or maybe even February of '99?

A. Yes, that sounds about right.

Q. And then that model was returned to you sometime thereafter, correct?

A. That's right.

Q. By the time the model was returned to you, do you know if you had shown the measure bear to Dave Maurer?

A. No. I know that I hadn't shown it to him.

Q. You had not. So you showed the measure bear to Dave Maurer sometime after the tape measure was returned?

A. Yes.

Q. And did you physically present the model, the tape -- excuse me -- the measure bear model to Dave Maurer?

A. Yes.

Q. And was that in Pawtucket?

A. Yes.