global concept & technology acquisition

[Inventors] [Submissions] [Category Reviews][Category Filter] [Administration]

[General] [Legal]

# Talkin' Tools

| | |
|---|---|
| Last Updated: | 08/10/05 10:41:50 AM |
| Category Path: | Preschool\Preschool Basics |
| Turned Over To: | Horan,Darlene |
| Status: | No Interest |
| Group: | Unspecified |
| Location: | U.S. - RI - 1027 Newport Avenue |
| Owner: | Maurer,David |
| Storage: | |
| Package Contents: | |
| Initial Review Date: | 02/12/1999 |
| Receive Date: | |
| Return Date: | |
| Archive Date: | |
| Project Number: | |
| Start Date: | |
| Show Date: | 03/02/1999 Field Review Only |
| End Date: | |
| Review: | DM revd 2/12/99. 3/2/99 CS - VJ likes interactive tools - no one else overly excited about this execution. RETURN. 3/10/99 DM CD to rtnd & materials rtnd. |

Update

EXHIBIT

E