0005

# TALKING TAPE MEASURE

## (Functional Design)

**Author:** Robert M. Pelovitz
**Date:** July 21, 1997 {rev. 9/9/97}

## MEASURING MODES

The Talking Tape Measure demonstration will have three modes. In two modes, the device will be interactive with the child. The third allows the child to use the device without activating the internal electronics. The modes are as follows:

In mode 1 (Measure IT mode), the child will be asked to measure objects (e.g. in the room). The tape measure will respond by speaking (in feet & inches) the length of the object.

In mode 2 (Show ME mode), the tape measure will prompt the child by asking them to extend the tape to a particular length. The child responds by pulling the tape out until they find the right length. The tape measure then remediates by telling the child how they've done and offering hints if the measured length was wrong.

In mode 3, the tape measure may be used by the child as a standard tape measure, without activating the internal electronics.

## BUTTONS AND THEIR FUNCTIONS

There are a total of 4 buttons and an On/Off switch (demo unit only). ***NOTE: Please turn off power when not in use by pressing toggle switch down.*** The function of each are discussed below. The two mode buttons (Measure IT and Show ME) will be RED in color. The Enter key will be GREEN. This will help younger children who cannot read the text associated with each button. In this way, the system can for example say to the child "Let's go.....Please press the GREEN button to get started".

***{Measure IT}*** - This button acts as an On/Off button, and when pressed to turn the system on, places it in mode 1.

***{Show ME}*** - This button acts as an On/Off button, and when pressed to turn the system on, places it in mode 2.

***{rewind button}*** - This button is built into the shaft of the tape nozzle. It depresses only when the tape measure is fully rewound

***{Enter Button}*** - This button is used by the child to tell the system when he is ready for the system to either check his answer to a question (mode 2) or speak the length (mode 1).

EXHIBIT
G



0005

**SCENARIO**

The child will first activate the tape measure by pressing either of the two mode buttons, which will wake up the tape measure in the selected mode. The buttons should be slightly recessed in the finished product so as to ensure they are not hit mistakenly.

Once awakened, the mode will be spoken first (e.g. **"Measure IT"**), followed by a greeting message (**"Hi, I'm Toby the talking tape measure. Let's play some measuring games!"**). Gameplay then continues in this mode per the descriptions below. Pressing the other mode button will place the system in the other mode and the system will respond by saying (e.g. "Let's play Show ME"). Pressing the current mode button again will turn off the unit (i.e. Put it into sleep mode) and the message **"bye-bye, let's play again real soon!"** will be played. Implementing the system in this manner alleviates the problem of the child hitting a button by mistake when intending to use the system in mode 3. Were this not anticipated, it might be frustrating for the child (the system might attempt to prompt the child with questions and other speech although they wanted to use the device as a passive tape measure).

The tape measure will then enter either Mode 1 or Mode 2 depending upon which switch was depressed. A description of the scenarios for each of these modes follows.

***NOTE: Implementing the system as described above allows the child to measure continuously without rewinding completely after each measurement. This is preferable in my view, however we will need to test the system to make sure that the system will not lose count, for example if the child quickly yanks the tape. {Initial testing indicates that this should not present a problem}***

**Measure IT Mode (1):**

System - **"Let's Play" "Measure IT"** ..... **"Use my tape to measure something around you"** ..... **"When you're ready, press the GREEN button and I'll tell you how long it is"**

At this point, if the tape measure senses (switch not pressed) that the tape is not fully wound, it will tell the child **"Please make sure I'm wound up all the way so we can get started!"**. While waiting, if more than 20 seconds goes by, the tape measure will say, **"Don't forget" "Please make sure I'm all wound up all the way so we can get started!"**. If another 20 seconds goes by and the child has not complied, the system will say **"bye-bye, let's play again real soon!"** and go to sleep. If the child complies or if the tape was wound up initially, the system will reply

**"Super! Now let's get going!"**.

The system then waits for a maximum of 30 seconds. During this time, if the tape is being pulled, the system will track the increment/decrement of the tape. If after 30 seconds the child has still not pressed the green button, but the tape has been pulled, the system says
**"Well, I felt you move my tape, but you haven't pressed my green button yet?"** .....

If the tape has not been pulled, the system says
**"I'm still waiting for you"** .....

The system then waits another 30 seconds. If the child still does not respond, the system will say **"bye-bye, let's play again real soon!"** and go to sleep.

If the child complies, the system will reply by telling the child the length of the object measured, for example **"Great! What you measured is"** ..... **"?" "feet/foot" "?" "inch/inches"**.

The system then initiates a second pass by saying **"Let's measure something else!"** .....
and then loops around and continues with - **"When you're ready, press the GREEN button"**

The child may stop by either pressing the current mode button or by selecting a new mode. Additionally, as described above, if the child does not depress the green button the system will shut off automatically (sleep) after 60 seconds.

**Show ME Mode (2):**

System - **"Let's Play" "Show ME"** ….. **"I'll tell you a length to measure and you can pull out my tape to answer me"**

**"Show me" "?" "feet/foot" "?" "inch/inches".**

**"When you want me to check your answer, press the GREEN button"**

At this point, if the tape measure senses (switch not pressed) that the tape is not fully wound, it will tell the child **"Please make sure I'm wound up all the way so we can get started!".** While waiting, if more than 20 seconds goes by, the tape measure will say, **"Don't forget" "Please make sure I'm all wound up all the way so we can get started!".** If another 20 seconds goes by and the child has not complied, the system will say **"bye-bye, let's play again real soon!"** and go to sleep. If the child complies or if the tape was wound up initially, the system will reply

**"Super! Now let's get going!".**

The system then waits for a maximum of 30 seconds. During this time, if the tape is being pulled, the system will track the increment/decrement of the tape. If after 30 seconds the child has still not pressed the green button, but the tape has been pulled, the system says
**"Well, I felt you move my tape, but you haven't pressed my green button yet?"** …..
**"Show me" "?" "feet/foot" "?" "inch/inches".**
**"When you're ready, press the GREEN button".**

If the tape has not been pulled, the system says
**"I'm still waiting for you"** …..
**"Show me" "?" "feet/foot" "?" "inch/inches".**
**"When you're ready, press the GREEN button".**

The system then waits another 30 seconds. If the child still does not respond, the system will say **"bye-bye, let's play again real soon!"** and go to sleep.

If the child complies, the system will reply by telling the child checking the child's measurement and remediating as necessary:

For example, if the child is right, the system will reply **"Great! You measured" "?" "feet/foot" "?" "inch/inches".**

If the child is high (went to far), the system will reply **"Good try, but you went a bit too far"** ….. **"Wind me up a little and"** ….. **"Show me" "?" "feet/foot" "?" "inch/inches"** ….. **"When you're ready, press the GREEN button".**

If the child is low (not far enough), the system will reply **"Good try, but not quite far enough"** ….. **"Pull me out a little more and"** ….. **"Show me" "?" "feet/foot" "?" "inch/inches"** ….. **"When you're ready, press the GREEN button".**

Once the child gets the answer right, the system will initiate a second pass by saying **"Let's measure something else!"** ..... and then loops around and continues with - **"Show me" "?" "feet/foot" "?" "inch/inches".** And so on.

The child may stop by either pressing the current mode button or by selecting a new mode. Additionally, as described above, if the child does not depress the green button the system will shut off automatically (sleep) after 60 seconds.

0010

## PHRASES AND CALCULATED LENGTHS

| PHRASE | LENGTH (Seconds) | ADDRESS (Dec) | (Hex) |
|---|---|---|---|
| "Measure IT" | 1 | 0 | 0 |
| "Show ME" | 1 | 1 | 1 |
| "Hi, I'm Toby the talking tape measure. Let's play some measuring games!" | 5 | 2 | 2 |
| "bye-bye, let's play again real soon!" | 3 | 7 | 7 |
| "Please make sure I'm wound up all the way so we can get started!" | 4 | 10 | A |
| "Don't forget" | 1 | 14 | E |
| "Super! Now let's get going!" | 3 | 15 | F |
| "Let's Play" | 1 | 18 | 12 |
| "Use my tape to measure something around you" | 3 | 19 | 13 |
| "When you're ready, press the GREEN button" | 3 | 22 | 16 |
| "and I'll tell you how long it is" | 2 | 25 | 19 |
| "Well, I felt you move my tape, but you haven't pressed my green button yet?" | 4 | 27 | 1B |
| "I'm still waiting for you" | 2 | 31 | 1F |
| "Great! What you measured is" | 3 | 33 | 21 |
| "Let's measure something else!" | 2 | 36 | 24 |
| "I'll tell you a length to measure and you can pull out my tape to answer me" | 5 | 38 | 26 |
| "When you want me to check your answer, press the GREEN button" | 4 | 43 | 2B |
| "Perfect! You measured" | 2 | 47 | 2F |
| "Good try, but you went a bit too far" | 3 | 49 | 31 |
| "Wind me up a little and" | 2 | 52 | 34 |
| "Good try, but not quite far enough" | 3 | 54 | 36 |
| "Pull me out a little more and" | 2 | 57 | 39 |
| Zero | 1 | 59 | 3B |
| One | 1 | 60 | 3C |
| Two | 1 | 61 | 3D |
| Three | 1 | 62 | 3E |
| Four | 1 | 63 | 3F |
| Five | 1 | 64 | 40 |
| Six | 1 | 65 | 41 |
| Seven | 1 | 66 | 42 |
| Eight | 1 | 67 | 43 |
| Nine | 1 | 68 | 44 |
| Ten | 1 | 69 | 45 |
| Eleven | 1 | 70 | 46 |
| Inch | 1 | 71 | 47 |
| Inches | 1 | 72 | 48 |
| Foot | 1 | 73 | 49 |
| Feet | 1 | 74 | 4A |
| TOTAL | 75 sec | | |