| Sales Org | SKU/Item | Description | Year | | Month |
|---|---|---|---|---|---|
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 04 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 05 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 06 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 07 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 08 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 09 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 10 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 11 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 02 | 12 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 03 | 01 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 03 | 04 |
| 100 | 062010000 | YARD CREW LAWN MOWER | 20 | 04 | 09 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 01 | 12 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 02 | 01 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 02 | 02 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 02 | 03 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 02 | 04 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 02 | 05 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 02 | 08 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 02 | 10 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 01 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 02 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 03 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 04 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 05 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 06 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 08 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 09 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 03 | 10 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 04 | 02 |
| 100 | 062010001 | YARD CREW MOWER W/IRC | 20 | 04 | 09 |
| 100 | 062010140 | COOL CREW MOWER HALF PALL | 20 | 04 | 03 |
| 100 | 062010140 | COOL CREW MOWER HALF PALL | 20 | 04 | 09 |
| 100 | 062010700 | YARD CREW MOWER | 20 | 03 | 04 |
| 100 | 062010700 | YARD CREW MOWER | 20 | 03 | 05 |
| 100 | 062010700 | YARD CREW MOWER | 20 | 03 | 07 |
| 100 | 062010700 | YARD CREW MOWER | 20 | 04 | 09 |
| 100 | 062010950 | COOL CREW MOWER (W/NP) | 20 | 03 | 02 |
| 100 | 062010950 | COOL CREW MOWER (W/NP) | 20 | 03 | 03 |

EXHIBIT

J

| Quanitity | Sales Amount |
|---|---|
| 11433 | 163210.26 |
| 7266 | 89906.85 |
| 1500 | 19946.19 |
| 474 | 6532.11 |
| 24 | 306.99 |
| 84 | 1092.69 |
| 39 | 526.50 |
| 189 | 2451.87 |
| 16191 | 213344.28 |
| - 3 | - 40.50 |
| - 99 | - 1256.31 |
| 0 | 4802.07 |
| | |
| 219 | 2956.50 |
| 2361 | 32135.13 |
| 5262 | 69933.00 |
| 15009 | 202643.37 |
| 1971 | 28407.84 |
| - 30 | - 405.00 |
| - 24 | - 304.56 |
| - 1482 | - 20007.00 |
| 168 | 2268.00 |
| 231 | 3108.78 |
| 96 | 1286.28 |
| 6 | 81.00 |
| 516 | 6956.28 |
| 372 | 4893.12 |
| 36 | 486.00 |
| - 9 | - 111.78 |
| 9 | 121.50 |
| 48 | 648.00 |
| 0 | - 849.96 |
| | |
| 1199 | 365167.44 |
| 0 | 23308.56 |
| | |
| 35 | 7106.40 |
| 1963 | 398567.52 |
| - 31 | - 6294.24 |
| 0 | 25492.32 |
| | |
| 14122 | 180313.02 |
| 5524 | 71038.26 |