| Sales Org | SKU/Item | Description | Year | |
|---|---|---|---|---|
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840000 | TONKA TALKIN' TOOL BENCH | 20 | 04 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 02 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 03 |
| 100 | 904840001 | TONKA TALKIN' TOOL BENCH | 20 | 04 |
| 100 | 904840400 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840400 | TONKA TALKIN' TOOL BENCH | 20 | 01 |
| 100 | 904840400 | TONKA TALKIN' TOOL BENCH | 20 | 04 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 02 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 02 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 02 |
| 256 | 90484 | DUSTY MY TALKIN' TOOL B | 20 | 02 |
| 256 | 9048471 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 9048471 | DUSTY MY TALKIN' TOOL B | 20 | 01 |
| 256 | 9048471 | DUSTY MY TALKIN' TOOL B | 20 | 01 |

EXHIBIT
K

| Month | Quanitity | Sales Amount |
|---|---|---|
| 12 | -210 | -5247.90 |
| 11 | -16 | -399.84 |
| 10 | 23922 | 585313.28 |
| 09 | 77854 | 1921270.46 |
| 08 | 75212 | 1863050.88 |
| 07 | 8574 | 207036.76 |
| 05 | 64 | 1607.36 |
| 04 | 96 | 720.00 |
| 04 | 42 | 1049.58 |
| 03 | -24 | -599.76 |
| 02 | 86 | 2149.14 |
| 01 | -143 | -3361.07 |
| 07 | -4 | -99.96 |
| 06 | -6 | -149.94 |
| 05 | 3498 | 27984.00 |
| 09 | 0 | 60302.50 |
| 12 | 16248 | 406037.52 |
| 11 | 103982 | 2550332.64 |
| 10 | 41714 | 1011885.36 |
| 09 | 14374 | 350948.76 |
| 07 | -266 | -6314.84 |
| 05 | 3320 | 26560.00 |
| 04 | -26 | -649.74 |
| 03 | -582 | -13884.18 |
| 02 | -636 | -15218.64 |
| 01 | 206 | 5160.44 |
| 05 | 354 | 2124.00 |
| 09 | 0 | 85402.50 |
| 09 | 960 | 22790.40 |
| 08 | 40 | 949.60 |
| 09 | 0 | 1250.00 |
| | | |
| 12 | 32 | 1279.36 |
| 11 | 2250 | 77961.00 |
| 10 | 2356 | 94124.91 |
| 09 | 4246 | 169635.93 |
| 08 | 494 | 19577.40 |
| 07 | 146 | 5837.08 |
| 05 | 2 | 50.00 |
| 05 | 78 | -79.96 |
| 04 | 100 | 0.00 |
| 02 | -4 | -159.92 |
| | | |
| 11 | 1250 | 49975.00 |
| 10 | 128 | 5117.44 |
| 09 | 1128 | 45097.44 |