UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

INVENTOR'S GREEN HOUSE,
MICRO PRO'S TECHNOLOGY SOLUTIONS,
and R.H. BAER CONSULTANTS,

RECEIVED
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903

OCT 3 2006

Plaintiffs,

-vs-

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,

Defendants.

---

Examination Before Trial of STEPHEN M. TOTH, taken pursuant to the Federal Rules of Civil Procedure, in the law offices of HODGSON RUSS LLP, One M & T Plaza, Suite 2000, Buffalo, New York, taken on August 22, 2006, commencing at 10:10 A.M., before VALERIE A. ROSATI, Notary Public.

Sue Ann Simonin Court Reporting

421 Franklin Street
Buffalo, New York 14202
(716) 882-8059
Fax (716) 882-8099

NATIONAL COURT REPORTERS
NCRA
ASSOCIATION

8337 Ziblut Court
Niagara Falls, New York 14304
(716) 297-8059
Fax (716) 297-8710

EXHIBIT
M

elsewhere, I do not remember those specific items as part of Gary's submission.
BY MR. KEYHANI:
Q. What items are you referring to?
A. I'm referring to the -- what I'll call the back panel of the tool bench and what are the nails that are in the base surface.
Q. Who created this tool bench?
A. A designer at Hasbro's Cincinnati office.
Q. Do you know the designer's name?
A. No, I do not.
Q. Did you have a relationship with the designer?
A. At the time --
Q. Yes.
A. -- I'm sure I did.
Q. What's your basis for believing that this particular designer created this item? I'm referring to the tool bench.
MR. HALL: Objection.
BY MR. KEYHANI:
Q. How do you know the designer created the tool bench?
A. Well, specifically, I don't.

Q. So what's your basis for stating that a designer created it?
A. It's the process of the way product is developed.
Q. So you don't know for a fact whether a designer at Hasbro, in fact, created this bench?
A. Yes, I know for a fact that a designer at Hasbro created this bench. Who he is, I do not recall, or she.
Q. Excuse me? Go ahead. Continue.
A. I was just specifying he or she.
Q. Okay. Again, what is your basis for knowing that a designer at Hasbro created this tool bench?
A. My basis is the fact that when it was presented at this product presentation that I referred to earlier, it was presented by the designer that created and developed it.
Q. When was it presented?
A. I do not know the year or the date.
Q. Do you know if it was prior to or after Gary Carlin's idea submission?
A. Oh, it was after.
Q. After what, Gary Carlin's idea submission?
A. Yes.