UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| v. | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now come Plaintiffs, Inventor's Greenhouse, Micro Pros Technology Solutions and R.H. Baer Consultants ("Plaintiffs") and hereby oppose Defendants' Motion for Partial Summary Judgment on Plaintiffs' Complaint for Breach of Contract, Unjust Enrichment, Breach of Fiduciary Duty and Misappropriation of Ideas. There are numerous material facts in dispute and plaintiffs have established they can recover on the aforementioned counts.

In Support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment, Plaintiffs attach their Memorandum of Law and Plaintiffs' Statement of Facts in Dispute.

Date: December 18, 2006

Respectfully submitted,
Plaintiffs,
By their attorneys,

MARK B. MORSE

/s/ Mark B.Morse
RI Bar Registration Number 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (telephone)
(401) 273-0937 (facsimile)
Mark@morselawoffice.com

DARIUSH KEYHANI

/s/ Dariush Keyhani
DARIUSH KEYHANI
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com
(Appearing *Pro Hac Vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2006 I electronically filed the attached Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

John Tarantino, Esq.
Todd D. White, Esq.
Jeffrey Tecehntin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Dariush Keyhani
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com