# EXHIBIT 3

HASBRO

815 Elsinore Place
Cincinnati, Ohio
45202-1171

January 19, 1999

Mr. Gary Carlin
Inventor's Greenhouse
8 Park Plaza #505
Boston MA 02116

Dear Gary:

Per our telephone conversation, we are returning your concept "Talkin' Tools". We have reviewed this item in a recent Product Conference meeting and have determined that it would fit better with Playskool. You mentioned you have someone else you promised to show it to first. Please contact Dave Maurer in Rhode Island when this item is available for him to review for Playskool.

Thanks for your interest.

Sincerely,

Joan A. Barngrover
Senior Coordinator

/jab
Enclosure

cc: J. Kipling

AIRBORNE EXPRESS - Express

FUN IDEAS FROM

Kenner

PLAYSKOOL

Tonka

AB2-day 7055798072
3 10 99

HASBRO

March 10, 1999

Gary Carlin
Inventor's Greenhouse
8 Park Plaza, Suite #505
Boston, MA 02116

Dear Gary,

Pursuant to your phone conversation with Dave Maurer, I am returning your concepts, "Barney Around the World and Talking Tools."

Please call if you have any questions.

Sincerely,

Darlene Horan
DV

Darlene Horan
Inventor Liaison

DH:dv

Enclosure

HA 00639

concept2shelf.com [Inventors] [Submissions] [Category Reviews] [Tech Review] [Category Filter] [Administration]

[General] [Legal] [Video]

## Talking Tools

| Category | Status | Start Date | End Date | |
|---|---|---|---|---|
| Preschool\Preschool Basics | Category Review | | | X |

[Add Category Review]

Last Updated: 03/01/99 10:10:42 AM

Submission ID: 7361

Submission Name: Talking Tools

Owner: Maurer, David

☑ Concept ☐ Technology

Category Path: None

Description: collection of preschool tools that work and talk and teach. loaded with special projects and personality that preschoolers will love.

License:

Current Manufacturer:

Status: Review

Initial Review Date: 02/12/99 (MM/DD/YY) Receive Date: 02/19/99 (MM/DD/YY)

Target Receive Date: (MM/DD/YY) Return Date: (MM/DD/YY)

Project Number:

Parent Number:

Location: U.S. - RI - 1027 Newport Avenue

Storage Location:

140

Package Contents: 1 model

Comments:

| Company | Inventor Name | Phone |
|---|---|---|
| Inventor's Greenhouse | (Carlin, Gary) | 617-422-0922 |

[Associate Inventor]