# EXHIBIT 4

[Inventors] [Submissions] [Category Reviews] [Category Filter] [Administration]

**Information items in Red will be moved to the category review section or deleted.**

[General] [Legal]

# Talkin' Tools

| Category | Status | Location | Start Date | End Date | |
|---|---|---|---|---|---|
| Preschool\Preschool Basics | No Interest | U.S. - RI - 1027 Newport Avenue | | | X |
| Preschool\Preschool Basics | Inventor to Send Sample | U.S. - OH - Cincinnati | 12/04/98 | 01/15/99 | X |

[Add Category Review]

Last Updated: 06/02/99 11:02:03 AM

Submission ID: 5815

Submission Name: Talkin' Tools

Owner: [redacted]

Submission Type: [redacted]

Category Path: Boys\Vehicles

Description: Variety of tools with speech tells you what to do -- measure - weigh, etc. You do activity. It tells you if you are doing right or wrong.

License:

Current Manufacturer:

Status: [redacted]

Initial Review Date: 11/30/1998

Receive Date: 02/19/1999

Target Receive Date:

Return Date: 03/10/1999

Project Number: #22624

Parent Number:

Location: [redacted]

# Talkin' Tools

**Last Updated:** 08/10/05 10:41:50 AM

**Category Path:** Preschool\Preschool Basics

**Turned Over To:** [redacted]

**Status:** [redacted]

**Group:** [redacted]

**Location:** [redacted]

**Owner:** [redacted]

**Storage:**

**Package Contents:**

**Initial Review Date:** 02/12/1999

**Receive Date:**

**Return Date:**

**Archive Date:**

**Project Number:**

**Start Date:**

**Show Date:** 03/02/1999 Field Review Only

**End Date:**

**Review:** DM revd 2/12/99. 3/2/99 CS - VJ likes interactive tools - no one else overly excited about this execution. RETURN. 3/10/99 DM CD to rtnd & materials rtnd.

[redacted]

HA004540

Storage Location:

Package Contents: 1 talking tape measure

Comments: ST 1st revd 11/30/98; recd 12/2/98; rtnd 1/19/99.

| Company | Inventor Name | Phone |
|---|---|---|
| Inventor's Greenhouse | (Carlin, Gary) | 561-540-6279 |

[Associate Inventor]

| Type | Name | Image | Last Modified | D |
|---|---|---|---|---|
| | 5815_a.jpg |  | 12/14/1998 | X |

Note the following regarding file uploads:

- Name your files with descriptive names before uploading
- If you upload a file having the same name as an existing file, the existing file will automatically be overwritten.

File: no file selected