# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, AND R.H. BAER CONSULTANTS

vs. : C.A. NO. 05-246S

HASBRO, INC. AND HASBRO INTERNATIONAL, INC.

DEPOSITION OF GARY CARLIN

Produced, sworn and examined on May 25, 2006, at 9:00 A.M. before Linda S. Taylor, a Notary Public, on behalf of the Defendants at the Law Offices of Adler, Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence, Rhode Island.

APPEARANCES

For the Plaintiff:

MEREDITH & KEYHANI, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
BY: DARIUSH KEYHANI, ESQ.

For the Defendant:

ADLER, POLLOCK & SHEEHAN, INC.,
One Citizens Plaza
Providence, Rhode Island 02903
BY: TODD D. WHITE, ESQ.

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401)437-3366

initial description of a talking tool and the fact that it said "could include" to me was just using some examples.
Q. All right. If you look at the description, how many specific tools or tool related items are mentioned in the description?
MR. KEYHANI: Objection, form.
Q. In the definition section.
A. How many actual tools are?
Q. Right, specifically named tools are there.
A. I think it's four, isn't it? Tape measure, hammer, screwdriver and pliers. So that would be four.
Q. Did you have any concern it should be greater than that?
A. No. I mean, I felt we were covered.
Q. When this language was included in a draft, did you have a -- did you mention that workbench, the term workbench should be broader and include something called a tool bench?
A. No.
Q. Is there any distinction in your mind between a workbench and a tool bench?
A. The way Hasbro executed them?



Q. I'm first just talking just about the term.
A. The word?
Q. The word.
A. No.
Q. What is the distinction in your mind as to the way Hasbro executed them?
A. Well, the first one was a workbench that had a face. The back of the bench had an actual face that talked and moved. In the new one, it's essentially a collection of three giant tools sitting on a workbench.
Q. What are the giant tools witting on a workbench?
A. Which ones are they?
Q. Yeah.
A. One is a drill. One is a -- I can't remember. The drill is the one that stands out because it's the largest. Then there's two other ones that are also characterized. So they're the ones speaking to you. And it almost seems as though it's just basically the three tools with legs on the bottom.
Q. In the new version, does the workbench also have -- the bench itself have a character?
A. No.
Q. No face on the workbench?



(DEPONENT SHAKING HEAD)
Q. And no interaction with the workbench?
A. What do you mean, "no interaction"?
Q. The drill, for example, does that say anything to the workbench?
A. No. It talks to the child, yeah.
Q. Right. And I'm just wondering if in this communication with the child it makes any reference to the workbench such as "hold steady" or?
A. It may. It may.
Q. At what point did you become concerned after executing this agreement that you and your fellow partners were not getting paid on all that you believe you should be paid on?
A. At what point did I become concerned?
Q. I'm trying to get a timeline.
A. Timeline?
Q. Right.
A. Okay. I think that it would be the next round of introductions. So a year later.
Q. Okay. So it would be your understanding that sometime in 2001?
A. Yes.
Q. Would it be at the end of -- would it be a full



year?
A. End of the year, yeah.
Q. What was it that raised a concern?
A. I guess it was the meeting that we had in September. I think it was September of 2001 where the purpose of the meeting was to present GI Joe ideas.
Q. What GI Joe ideas were you trying to present?
A. Just new. New concepts. I think there was about seven or nine of them. And I was with Ralph who was the inventor.
Q. Just let me pause. Ralph was the inventor of the new GI Joe concepts?
A. Yes, and also one of the inventors of the Talkin' Tools.
Q. Right.
A. But the purpose of the meeting -- I called the meeting. The purpose was to meet with Dave Maurer and present new GI Joe concepts. And so we did that. We went in there with all kinds of excitement and enthusiasm for the ideas, and apparently Hasbro had a different agenda at that meeting is what I wound up feeling later. That at the end -- after listening to our pitch on all

Page 106

these GI Joe items, out came a box of assorted other tools. And then -- which was a complete, I felt, sneaky maneuver on their part because I was not at all prepared. I was not told that that was going to be part of the meeting. And so then that's when I saw the three new tools, and there was a -- it was a very off the cuff discussion about what was and wasn't a tool. And Ralph was -- you know, we went through, and Ralph said things. And, frankly, I just sat there shocked that this was happening at this meeting. I did not -- I felt that they were all tools. I want to get that clearly on the record, that I never agreed that the lawnmower was not a tool. Ralph did say something like that. I think he spoke out of turn without thinking. And I was not comfortable with it from that day until now. And spoke -- in fact so much so that I got on the phone with Bob that night and we talked at great length, it was an agonizing discussion, about what had happened and it was very unsettling. And Bob also did not agree or did agree that those were all tools.

So that was the first -- to answer your question, that was the first point I became

Page 107

concerned that this line was expanding, more tools were coming out, and we weren't going to be getting credit for it.

Q. All right. I'm just going to go back so I can fully understand this. Do you have anything that gives you an independent memory of specifically when that meeting was? I know you've said the fall of 2001. Can you pinpoint it?

MR. KEYHANI: Objection. I think he said September of 2001.

MR. WHITE: Which is the fall. I grant you it's more specific than the fall.

Q. Can you give me a date in September?

A. I don't have a date, but I'm sure Hasbro would have a record of it because the GI Joe submissions were the same day.

Q. So that Hasbro would keep a record of a new or modified submission on something they're doing, correct? I'm asking you how I should track it down.

A. Because there would be a document from September from Inventor's Greenhouse where seven to nine GI Joe items were shown.

Q. You said you contacted Hasbro about these GI Joe

Page 108

concepts?

A. Yes.

Q. How soon before that meeting did you contact Hasbro?

A. Probably a week or two weeks.

Q. Did you contact Dave Maurer?

A. Or Dave's assistant, yeah.

Q. All right. Did you have the meeting in Pawtucket?

A. Yes, I did.

Q. So you've said you went and Ralph went from your side?

A. That's correct.

Q. Dave was there?

A. Dave was there.

Q. Anybody else?

A. That was it.

Q. Did you have prototypes for new GI Joe things?

A. Yes.

Q. Just tell me what some of the things you can remember were part of the GI Joe concept?

A. I mean, first, I don't remember. And second of all, I would say it's still confidential because they haven't been sold. So they're still in the idea stage.

Page 109

Q. Does Hasbro still have them?

A. No, Hasbro doesn't have them, but, I mean, they're proprietary to Ralph, really. Honestly, even if I could remember, I can't remember.

Q. That's fine. And I don't want to spend a lot of time on that if you can't. Did he have drawings?

A. No. It was some rough prototypes. Rough prototypes.

Q. And what was Dave's response to -- do you remember his response to any of these?

A. Yeah. I remember that he held onto two or three of them and passed on the others. I can't tell you which ones.

Q. Sure. How long was this meeting, as best you can remember?

A. About an hour.

Q. About an hour. Had you fully pitched the seven or nine GI Joe concepts that you had intended to pitch during this meeting?

A. Yes.

Q. All right. Did Dave bring out the new toys before you had finished the GI Joe pitch?

A. No. After.

Q. Okay. Did he actually have to leave the meeting

Page 110

and say, "I've got to show you guys something"?
A. No. He had it right there. The box was sitting there.
Q. Okay. So when you came into whatever conference room you met at, there was a box of toys that were something different than GI Joe?
A. I had no idea. I didn't even notice the box in the room.
Q. Okay. Did he indicate to you he wanted to show you three toys that Hasbro was coming out with or had come out with?
A. At the end of the meeting?
Q. Right.
A. At the end of the GI Joe, yes.
Q. That's how he introduced this -- that's how he segwayed into this new issue, right?
A. Yes.
Q. Let me just take a step back. As I understand from the agreement, you're paid on a quarterly basis?
A. That's correct.
Q. So had you been receiving payments for certain tool toys subsequent to September 29?
A. Yes.
Q. And does the quarterly payment check come to

Page 111

Inventor's Greenhouse or is it a third, a third, and a third?
A. A third/a third/a third.
Q. So they make out three different checks?
(DEPONENT NODDING)
Q. When you receive the check, do you receive a statement as to what that check corresponds to?
A. Yes.
Q. Does that statement indicate which toy it corresponds to?
A. Actually, in this case, I think they were being sold as an assortment. So not the specific toy, no.
Q. Would it indicate an SKU number on the backup document for the check?
A. Yes, I believe so.
Q. And what was your understanding between September 29 of 2000 and this meeting or just prior to this meeting of the toys you were receiving royalties on? What specific toys?
A. What was my understanding which toys?
Q. You were getting royalties on.
A. Well, there was a tape --
MR. KEYHANI: Objection, form.

Page 112

A. There was a tape measure, screwdriver, hammer, a vice. Actually, I can't -- you know, there were -- I believe there were five, and then there were two more that or three more that were added to that group, and it was a refreshed assortment. So I'm not sure at which point these all happened, but there was pliers, I think. That's all I can remember right now.
Q. Okay. But at least you can remember that you were getting some compensation for tape measure, correct?
A. Yes.
Q. You remember a screwdriver had been developed?
A. Hm-mmm.
Q. You have to say yes just for the record.
A. Oh, I'm sorry. Yes.
Q. That's okay. You remember a hammer had been developed?
A. Yes.
Q. Were you a little unsure on the vice or do you feel confident on the vice?
A. I'm a little unsure about the vice.
Q. Are you more confident on pliers?
A. Yes.

Page 113

Q. And then you thought there might be three other things that you just can't remember?
A. I think, as I recall, initially they introduced five items plus the workbench, and then that was in December when the contract was signed. And then they refreshed that assortment with new three -- I believe it was three additional tools a year later.
Q. You just can't remember --
A. At that meeting, I wouldn't have known yet necessarily.
Q. Okay.
A. I can't remember which three they were.
Q. Now, at the September 2001 meeting with you and Ralph and Dave in which the GI Joe concepts were pitched, what were the three toys that they showed you?
A. It was a weed whacker, like a hedger, an edger, chainsaw type, and the lawnmower.
Q. Did you get a chance to look at each one of these toys?
A. Yes. Very quickly.
Q. Were they in a package or were they just out in the open?