# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO
PROS TECHNOLOGY SOLUTIONS,
and R.H. BAER CONSULTANTS

vs. C.A. No.: 05-246S

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.

Deposition of STEVEN D'AGUANNO, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, on Tuesday, August 29, 2006, at the Law Office of Mark B. Morse, 111 Wayland Avenue, Providence, Rhode Island, before Alesha M. Cerrito, Notary Public, convening at 10:05 a.m.

APPEARANCES:

Meredith & Keyhani, PLLC
BY: DARIUSH KEYHANI, ESQ.
Counsel for Plaintiffs

Adler, Pollock & Sheehan, P.C.
BY: TODD D. WHITE, ESQ.
Counsel for Defendants

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

with the dedicated people. They may have a developmental need to explore the concept further or to engage the outside inventors in some developmental activity. Usually, that results in some kind of an agreement, either option agreement or for some fee. We have a certain amount of time and some outside entities that will do some work. But for the most, that's not the standard method.

Q. I just had a question before you continue going on. In order to protect the integrity of the confidentiality of an idea, how do you keep track of who has seen the idea, or do you not keep track of that?

A. As individuals, we don't keep track of individuals seeing individual ideas. We don't keep track of that. You know, you're talking about an environment which all these people are working on product development; it's full of new ideas. This whole environment is new ideas. All these people have to be professional and respect confidentiality.

Q. So if an idea comes from the outside and it's presented at a line review, everybody will know that it came from the outside?

A. It could be known that it came from the outside,



yes. Now, to be clear on my answer. When you're at a first idea review, a meeting where your agenda is showing ideas from the outside, obviously, these things came from the outside.

But when these dedicated groups have taken in an idea for review, they're going to have their own internal meetings, which it may or may not be noted that an idea is coming from the outside.

For the most part, they'd rather it not be known because it shouldn't even matter. We want the best ideas no matter where they come from.

So we're going to have a line review in which we're showing a whole line of Tonka vehicles. One of them may be from an outside inventor. There's really no need to identify that it came from the outside.

Q. Is there ever a problem where someone in the internal -- strike that. Is there ever a problem where you have somebody working at Hasbro that sees an idea at a line review or presentation that came from the outside and then this person may run with it and call it his or her own?

A. There's certainly the possibility that you'll have people do that. That isn't really an experience that we have. I think the person in concept



acquisition acting as an agent is always protecting the inventor's idea. And there are people who will say, "I don't think that's a unique idea. We've had that idea or whatever," and we will vent that out among us. We will say, "Did you really? What's the history? What did you have?"

There are too many ideas in the world for everybody to know all the ideas. But the concept acquisition people, they're pretty good about remembering things and knowing things, and it's amazing how good their memories can be. They're very diligent about making sure that the most honest and fair thing is done with the inventor's ideas, that means protecting the ideas.

Yes, there will be occasions where internal people will say, "I already thought of it, whatever." And we'll say, "Are you working on it? Are you doing it?" And we'll vent that out and see if there's validity in that.

Also, the concept acquisition people can't possibly know everything. So it's very common that they bring in something and we find out that there's probably something very, very similar or the same idea already in the works that has been



worked on internally. And we try and turn around and return the concept. It's possible with that feedback -- that's the understanding in the community. We don't know everything going on. We have too big an organization for developing products for people who are mostly on the road.

They're not the final -- the concept acquisition people are not the final authority in, "That's a unique, unknown idea to us." It's us collectively.

Q. At what point in the chain of events, going from the submission of the idea to the concept acquisition individual all the way to implementation of the idea, are the inventors informed of the status of their submission?

A. Well, theoretically, they're informed what stage their concept is in all along the way.

They may be involved because of some technological expertise or some design capability; they may be involved in the developmental process. For the most part, I want to have my concept acquisition people always there as their agent, rather than the direct contact at the exclusion of the concept acquisition people. I'd rather have that.