EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, AND R.H. BAER CONSULTANTS | : | |
| vs. | : | C.A. NO. 05-246S |
| HASBRO, INC. AND HASBRO INTERNATIONAL, INC. | : | |

DEPOSITION OF FRANKLIN LABARBARA

produced, sworn and examined on October 13, 2006, at 11:00 A.M. before Linda S. Taylor, Notary Public, taken on behalf of the Defendant, at the Law Offices of Adler, Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence, Rhode Island before:

APPEARANCES

For the Plaintiff:

MEREDITH & KEYHANI, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
BY: DARIUSH KEYHANI, ESQ.

For the Defendant:

ADLER, POLLOCK & SHEEHAN, INC.,
One Citizens Plaza
Providence, Rhode Island 02903
BY: TODD D. WHITE, ESQ.

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401)437-3366

eight weeks or so of time, we'll determine whether or not we want to continue with the idea or send the idea back. The process of documenting the idea also and the -- between documenting the idea and having an NDA established, it also allows us flexibility with regards to prior art, and we're also able to react accordingly to the inventor with regards to if we've seen something before or if we haven't seen something before.

Q. Would this eight week period you mentioned be before presentation to the group or after presentation to the group?

A. The eight week period happens -- within that eight week period, we'll have presented the idea to the group.

Q. So within the eight week period, you and David Maurer, for example in your group, would have taken in the idea amongst yourselves, reviewed it, and then presented it to a group?

A. Correct. Yes.

Q. After the group reviews the idea is when you decide whether to turn it away or to accept it?

A. If the idea has made it through the initial -- our initial conversations, i.e. the conversation



between Dave and myself, and it goes to presentation, then at that point we would decide whether or not, the team would decide whether or not they would find it interesting to put into their product line. At that point, after some further investigation, again, this is the team doing the investigation, we say in touch with them and act as conduit with the inventor, and then we get back to the inventor and let them know whether or not we're going to proceed.

Q. If an inventor gets a letter that turns down their idea, that means that your company has decided not to pursue this idea; is that correct?

A. That's correct. Yes.

Q. Does Hasbro keep track of all the individuals who have been exposed to the idea presented by the inventor?

A. No.

Q. How could Hasbro protect the integrity and confidentiality of the idea if it does not keep track of who's seen the idea?

A. Well, I could tell you that it would be extremely poor practice for us to have -- to get into a situation where we would be deceitful or



have other people initiating development of a similar idea that we just sent back. We base a lot of our product -- a lot of our product initiatives have royalties attached. It's a pretty common business model for us. So it's more of an understanding that we have with the community and within the building that ideas are usually held in high regard and everyone's property deserves respect, whether it's internally generated or externally generated.

So we have -- I basically would say it's based on trust, and it also probably falls into some performance parameters that we would apply to folks working in house so that they be honest and open with regards to the ideas that they work on and the inspiration that sort of triggered those ideas.

Q. So besides reliance on this claimed trust, does Hasbro have any other policies and/or procedures in place to keep track of who exactly at Hasbro has been exposed to an idea that's been submitted by an outside inventor?

A. No.

Q. Then it is possible that somebody at one of these group review meetings could have seen an idea and



then later present it themselves; is it not?

MR. WHITE: Objection. You can answer.

A. Yes, it's possible.

Q. What does Hasbro do to protect against this possibility?

A. I could tell you that our -- it's in our best interest as a group, a group that I manage, to make sure that the inventor is informed of the fact that a similar idea or idea -- similar idea has been -- is being developed in house. Then we would go back, typically we would go back to the inventor, and make mention of this. And if we can -- if there's reason for doing a business deal, we will go back and do a business deal with the inventor.

Q. So really the outside inventors really have to rely on employees at Hasbro acting honestly and trustworthy to protect their inventions; is that correct?

A. That's correct. Yes.

Q. And if at any time any employee of Hasbro would not act honestly, it is possible that the integrity of an inventor's invention could be compromised; is that right?

The lawn mower is tough but not mean or angry. He leads because the others can't help but follow. He would never send another tool to do a job he wouldn't do first. He understands, as all leaders do, that there is a right tool for every job. No one ever questions Mike's leadership."
Q. Based on your recollection and your work at Hasbro, do you know a product known Big Mike the Mower?
A. I'm aware of Big Mike the Mower, yes.
Q. How are you aware of Big Mike the Mower?
A. I've seen it in the package briefly.
Q. Is Big Mike the Mower part of the talking tools line of toys?
A. Yes.
(PLAINTIFF'S EXHIBIT 4 MARKED FOR IDENTIFICATION)
Q. Exhibit Number 4 is Bate number HA 00258, HA for Hasbro production. It's titled Inventor Review Record. Please take a few moments to review this to yourself.
A. Okay.
Q. Are you familiar with this form?
A. I'm familiar with this form. Not this particular document, but this form.



Q. Are you familiar with this idea submission presented in this document?
A. No.
Q. Have you in your time at Hasbro had any conversations or communications about the idea submission presented in this document besides your communication with your attorney which is privileged?
A. I don't recall.
Q. Did you ever speak to Mr. Maurer about talking tools submission in this form?
A. I don't recall.
Q. Were you working with Mr. Maurer at the time this idea submission was presented?
A. No.
(RECESS TAKEN)
MR. KEYHANI: Back on the record. Just a few questions.
Q. Are you familiar with SAP system?
A. I know of the system. I'm not -- when you say familiar, I don't have intimate knowledge of it.
Q. Have you ever used the system?
A. No.
Q. Have you ever been convicted of a crime?



A. No.
Q. Or any -- you said there was no litigation you've been brought into before? Or let me step back. Let me restate that question.
Have you ever been sued in a civil case before?
A. No.
Q. Have you ever been brought into any litigation before?
A. No.
MR. KEYHANI: I don't have any other questions.
MR. WHITE: Very briefly.
EXAMINATION BY MR. WHITE
Q. Mr. LaBarbara, you mentioned the term concepts sketch. What does that mean?
A. Concepts sketch are series of sketches that are generated to sort of evolve an idea, and they're usually used to work up to a final version of product.
In the case of many of the items that we're talking about, there are many sketches generated. They could take many different forms and they can look very different from the product that's finally



out on the market, and that's just a normal part of the process we go through.
And the one, I believe, if I may refer back to Exhibit 1, I would consider this a concept sketch.
Q. Did Hasbro produce that which is being illustrated in Exhibit 1?
A. Yes.
Q. In that exact form?
A. Well, I would -- based on this sketch, I know the -- this seems to be a Joe Bore (phonetic), I believe that's Joe Bore's signature, and I know that he was a designer that we used frequently to do concept generation work for the company.
Q. Have you seen at some point in time the actual workbench that Hasbro produced?
A. Yes.
MR. WHITE: Let's go off for a second.
(OFF THE RECORD)
(DEFENDANT'S EXHIBIT A-C MARKED FOR IDENTIFICATION)
Q. Mr. LaBarbara, I'm going to show you what's just been marked Defendant's Exhibit A through C. I'd just ask you to take a quick look at those.