# EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, AND R.H. BAER CONSULTANTS | : | |
| vs. | : | C.A. NO. 05-246S |
| HASBRO, INC. AND HASBRO INTERNATIONAL, INC. | : | |

DEPOSITION OF GARY CARLIN

Produced, sworn and examined on May 25, 2006, at 9:00 A.M. before Linda S. Taylor, a Notary Public, on behalf of the Defendants at the Law Offices of Adler, Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence, Rhode Island.

APPEARANCES

For the Plaintiff:

MEREDITH & KEYHANI, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
BY: DARIUSH KEYHANI, ESQ.

For the Defendant:

ADLER, POLLOCK & SHEEHAN, INC.,
One Citizens Plaza
Providence, Rhode Island 02903
BY: TODD D. WHITE, ESQ.

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401)437-3366

A. Well, line review, it's just a meeting where products are put in front of -- on a table, basically, in front of a group of people and discussed as far as what the concept is, what it does, why it's fun, how they see it being marketed, how does it perform. So it depends on what stage it's at. It's just another way of going through the entire line of new products and then showing how and where things are going.
Q. Okay. And no one indicated to you whether it made that line review; is that correct?
A. I don't know.
Q. What was your next communication with Steve or anybody at Kenner about this specific issue?
A. The next one was a reject which happened in January.
Q. January of '99?
A. Right. Yes.
Q. Just so I can put it in context, is your job a bit like an actor in New York, where you know that there's going be a lot of rejections before you get --
A. Absolutely.
Q. All right. So how did you get informed of the



reject?
A. I don't remember if it was a letter, an e-mail or a phone call.
Q. Other than knowing that the concept was rejected by the folks at Kenner, did you get any other information from that communication?
A. It was just a basic doesn't fit in our line at this time type of response.
Q. What did you do thereafter?
A. Called up Dave Maurer and made an appointment to show it to Playskool.
Q. Did you know Dave Maurer prior to a phone inquiry?
A. Yes.
Q. How do you know Dave?
A. Same way I know Steve, through both working at the company and also through having presented ideas to him previously.
Q. Did you have more personal interaction with Dave Maurer when you were at Hasbro than you would have with Steve Toth?
A. No.
Q. About the same amount?
A. About the same amount.
Q. Can you recall any ideas that you had pitched to



Dave Maurer before this idea?
A. Also, just -- I mean, his areas were pre-school and activity toys. So I can't recall specifics. But, yes, there were other ideas that I've pitched along the way to him.
Q. So you contacted him sometime after January of 1999?
A. No. It was in January.
Q. In January?
A. Yeah.
Q. All right. And did you call him?
A. Again, I probably either e-mailed his assistant or called his assistant and set up a meeting. I think I had other products I showed him as well at that meeting.
Q. Do you know when this meeting took place?
A. In January, but I'm not sure of the date.
Q. Who attended that meeting?
A. Just me and Dave.
Q. Now, you know -- do you know that you brought the tape measure prototype?
A. Yes.
Q. And you said you think had other products?
A. I'm sure I did.



Q. Were they unrelated to the talking tools?
A. Unrelated.
Q. Okay. Can you recall any of the other products that you brought?
A. No. I have the sheet in my file, but I can't remember at this time.
Q. Was the meeting at Hasbro in Pawtucket?
A. Yes.
Q. And tell me what you can recall of that meeting.
A. Also got a very positive response from Dave on the tape measure and also requested it to be held.
Q. Is a request to be held a precursor to an option?
A. It's the best thing you can -- best response you can get at a meeting like that.
Q. That's the best you're going to have?
A. Yeah.
Q. Okay. And when someone makes a request to be held, do they say how long they need to hold this concept for?
A. No. Always longer than we want, though.
Q. Of course. When they hold the concept, does that inhibit you from pitching this concept to somebody else?
A. In the case of an actual prototype, yes.