EXHIBIT 12




Tools are in same scale as
tools with the workbench:

Tape Measure: 4 x 4 inches
Wood: 4 inches,
7 inches when extended



Torque/Tension Diagram




◎ OUT OF PAPER

| | |
|---|---|
| ITEM NO: 904840000 | REVISION: INITIAL |
| PRODUCT NAME: TONKA TALKIN' TOOLS WORK BENCH | DRAWN BY: K.H. YEUNG |
| NOT TO SCALE SHEET 1 OF 2 | DATE: 11/20/2000 |