EXHIBIT 13

Gary Carlin
President
INVENTOR'S GREENHOUSE
198 Tremont Street PMB # 505
Boston, MA 02116-4705
Tel: 617-422-0922
Fax: 617-422-0924
Email: garycarlin@aol.com

March 20, 2001

Dave Maurer
Hasbro Toys
1027 Newport Avenue
Pawtucket, RI 02861

Dear Dave,

With reference to Talkin' Tools, as I mentioned to you via telephone, based upon the features and functions of the prototype I viewed at Toy Fair, the inventors and I feel it is unfair for the "Talkin' Tools Workbench" to be excluded from our invention descriptions and royalties.

Here's our point of view:

As you may recall, we originally showed the concept of the Talking tools to Hasbro in November 1998. At this meeting I provided descriptions of the concepts I discussed (see attached). The concept was liked and our demonstration unit held for further review by both the boys group (Tonka) and the preschool group. Ultimately, the unit was returned by both groups.

In December 2000, I received a call from Steve Toth. He advised me that the Tonka group decided to develop a line of talking tools and felt obliged to compensate us based upon our introduction of the concept to Tonka. He also mentioned that Tonka was developing a talking workbench, but felt it should not be included within our agreement since the idea had not emerged from the Talkin' Tools idea. I asked Steve to describe the workbench concept so that I could better understand Tonka's intent and to insure that, based upon this description, we would feel comfortable excluding it from our agreement. He described the item as a workbench which, though a stand-alone item, would contain a speaker and audio to interact with our proposed Talkin' Tools. Based solely upon this description, we agreed to exclude the workbench from our agreement.

My first opportunity to see a functional demonstration of the proposed Talkin' Tools Workbench came at Toy Fair this past February, several months after our agreement date. During the demonstration, I was surprised to find that the workbench differed considerably from, and as a

result did not represent, Steve's description. In my view, it included tools and accessories that were very much an extension of the Talkin' Tools idea.

More specifically, it is my understanding that the workbench is intended to be a separate product from the Talkin' Tools and includes it's own tools, such as a hammer, saw, nails and wood. Generally speaking, these items interact with the workbench in the same manner proposed by our Talkin' Tools demonstration unit and more expressly discussed in my presentation (attached) to Hasbro. Additionally, the workbench and its associated items bare personalized faces. Again, this concept was contained in the demonstration unit and my presentation of Talkin' Tools to Hasbro. Further, the workbench bares the name I presented to Hasbro.

Considering these factors, it appears the idea for the Talkin' Tools Workbench in its current state, is an extension of my original submission. That is to say, Talkin' Tools was the germ of the idea leading to the development of the Talkin' Tools Workbench demonstration unit. Though we agreed in our contract to exclude the workbench, we did so based upon a fundamentally different representation of this product. As a result, I am requesting that Hasbro reconsider this position.

I would appreciate the opportunity to discuss this matter with you, or others whom you may suggest, in further detail. I will call you shortly. Thank you and best regards.

Cordially,

Gary Carlin

Cc: Robert Pelovitz
Ralph Baer

Enc: Inventor Records
Product descriptions
Overview
Hasbro Letter