# EXHIBIT 15

## LICENSE REQUEST

PRODUCT OR CHARACTER NAME (and aliases):
Talkin' Tools

CONTRACT NO.: 4402

LICENSOR(S)

Name: Inventors's Greenhouse
Address: 21 Melrose Street #2
Boston, MA 02116-4705
Contact: Gary Carlin
Phone: 617-422-0922
Fax: 617-422-0924
E-mail Address: garycarlin@aol.com

LICENSEE:
___ Hasbro Corporate
___ Hasbro International
X Hasbro Toy Group
___ Hasbro Games Group
___ Hasbro Interactive

U.S. FEDERAL I.D. # OR S.S. # (for U.S. Licensors): SS # 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

LICENSING AGENT (if applicable):
Name:
Address:
Contact:
Phone:

PAYEE (if different from Licensor):

(1) Name: MicroPROS Technology Solutions
Address: 35 Scott Avenue
Nashua, NH 03062
Contact: Robert M. Pelovitz (SS # 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)
Phone: 603-880-7625

(2) Name: R. H. Baer Consultants
Address: 134 Mayflower Drive
Manchester, NH 03104
Contact: Ralph H. Baer (SS # 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)
Phone: 603-647-8407

DATE OF AGREEMENT: 9/29/00

PRODUCT(S) DESCRIPTION:

A. Licensor's Submission or Licensed Characters:
**A pre-school tool toy having a fanciful "face" embedded in the operating elements of tool or its casing and an electronic voice-producing chip which issues audible statements evocative of the function of the tool and triggered by those functions. Sample disclosed is a tape measure with a smiling face and voice which issues statements pertinent to issuing or retracting the tape or measuring an object, determined by the user's interaction with the tape spool. Does not include non-speaking tools or a speaking workbench or other accessories which speak or which do not speak, but the product is limited to the speaking tool as described in the first sentence above.**

B. Submission's Unique Innovation (for Inventor Licenses only):
***Tools as talking characters -- first to add Chuck-like personality to items other than vehicles for Tonka.***

C. Hasbro's Product(s) Using Submission or Characters (if known):
***Currently not identified.***

GRANT: X Manufacture & Sell
___ Option

DURATION: Till end of product

TERRITORY: Worldwide

RENEWAL:

RESTRICTIONS ON DISTRIBUTION CHANNELS: X No
___ Yes: ___

HA 00165

ROYALTY RATE:

A. PRIMARY PRODUCT:

(1) 3 % Net Sales

(2) ____ % FOB Sales (if different)

(3) ____ % Net Sales for Interactive Uses.

B. SUBLICENSING

(1) Primary Product ______ % Net Royalties Received

(2) Merchandising ______ % Net Royalties Received

(3) Entertainment ______ % Net Royalties Received

ADVANCE: **$15,000** DUE: **ASAP**

ROYALTY GUARANTEE: DUE:
*(Inclusive of Advance)*

PATENTS, TRADEMARKS, COPYRIGHTS

A. Ownership:

(1) Patent:

(2) Trademark:

(3) Copyright:

B. *Licensor's Registrations/Applications:*

C. Required Notices:

D. Responsibility for Costs:

SELL-OFF PERIOD:

INITIAL ON-SALE DATE: **Toy Fair 2001**

REQUIRED ADVERTISING:

ADDITIONAL COMMENTS: *(Please list any points of particular note)*
**Royalty and advance are split evenly between 3 *Licensors*.**

Requested by: [signature] Date: 10-5-00

Approved by: [signature] Date: 10/5/00

Approved by: [signature] Date: 10/5/00

Approved by: [signature] Date: 10/5/00

HA 00166