# EXHIBIT 16


Tonka
3 4 5 6
Tonka


Tonka
Tonka


DILL PRESSMAN
QUARTER POUNDER
MICHAEL BOLTIN
JAMES WOOD
Tonka
STRETCH
LENNY NAIL
DANNY BENCH
JERRY VICE
MOE DRÖHR


BARNEY TRUBBLYTE
DREW DRIVER
TAD JUSTABLE
CLANCY HAMMER
ROY VICE
BOB RATCHET


DILL PRESSMAN
QUARTER POUNDER
MICHAEL BOLTIN
JAMES WOOD
BENNY NAIL
JOHNNY BENCH
JERRY VICE
MOE DRÖHR
BOTTLE OPENER OPTIONAL