# EXHIBIT 18

<u>Introducing Tonka's Talkin' Tools</u>

Tonka's Talkin' Tools combines hands-on play with fun and friendly talking characters for your little tough guy.




Tonka Talkin' Tools is an interactive workbench filled with friendly "building buddy" characters that come to life. This exciting playset comes with ~~3~~ talkin' tool characters who say funny and encouraging phrases as your son tackles real hands-on building fun with his favorite buddies. No job is too big or small for Tonka's Talkin' Tools! ~~Hammy the~~ Clancy Hammer, Drew Driver, Barney Tao Justable and ~~Ernie Inches~~ will love playing with your little tough guy as they build together for long-lasting fun. Even ~~Willie The~~ Rot Vice Workbench joins in on all the excitement with his friendly comments, lights and sounds. Watch the amazement in your child's eyes when this interactive workbench comes alive! as your child . .

So now, your son can enjoy fun building play with his new buddies. And...since Talkin' Tools comes from Tonka, you can have the peace of mind to know that they are tough,