# EXHIBIT 19

Hasbro™

# Concept Brief

| Assortment/Item Name | Date | 07/31/00 |
|---|---|---|
| Tonka's Talkin' Tools | Project # | 26147 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Line Year | 2001 | Spring ☐ | | Fall ☒ | | Other ☐ |
| A Price | US | $24.99 | Retail Price | US | $29.99 | |
| | EU (US$) | | | EU (US$) | | |
| PDL | Dave Voss | | Resource Priority | A ☐ | B ☒ | C ☐ |
| Team Recommendation | | Pursue ☒ | | Drop ☐ | | Redirect ☐ |

**Line Strategy Summary**

Opportunity to build a new and unique character segment for Tonka. Will allow the brand to expand the line into different areas of tough boy toys.

**Consumer Thrill**

Tonka Talkin' Tools combines real hands-on play with fun and friendly talking characters for your little tough guy.

**Product Features: Define the top 3 and how they relate to product appeal**

| | |
|---|---|
| 1 | Interactive workbench and tool characters will truly "come to life" with funny phrases and sounds. |
| 2 | Real hands-on play pattern will provide long-lasting building fun. |
| 3 | Cute and friendly character voices make compelling try-me in retail aisle. |

| Packaging Structural Direction | | | | |
|---|---|---|---|---|
| Modular - Platform | Closed Box | ☐ | Blister Card | ☐ |
| | Window Box | ☐ | Other | ☐ |
| | Try-me | ☒ | | |

**Name Suggestions (3-5)**

| | | |
|---|---|---|
| Cute Names - TBD | | |
| | | |

**Desired Age**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| User | Age | 2 & up | | Purchaser | Age | Moms | |
| | Sex | Male ☒ | Female ☐ | | Sex | Male ☐ | Female ☒ |

**Consumer Research Recommendation**

**Miscellaneous Issues requiring discussion**

HA 003459

©Copyright Hasbro, Inc