# EXHIBIT 22

# TALKIN' TOOLS 07/31/00

## DAN

- Saw feature/nail - not natural; maybe incorporate a claw on the hammer → more logical
  - didn't sawing behind the blade

## DUNCAN

- Missing the personality
  - focus on the workbench (have a face) - workbench does all the talking — have the tools interact w/ the workbench
  - then the extension is a self-contained personality
  - explore → * talking mouth - giving different reactions
  - allows you to sell a talking tool down the line.
  - something that can be advertised very strongly
  - add in a couple of other tools (screwdriver, wrench, etc...
  - need to see the personality from the side of the toy (need to see mouth, add ears, etc...)
  - the workbench is the real magic
  - * more personality

— What would you do w/ the hammer, screwdriver, etc
  - get the play pattern set for the extension products

- Vice is a good icon (don't sqeeze me so tight)

* tape measure would be great!

* potential up to 500 (forecast level)

- ~~suggest moving~~ electronics down in the hammer handle...
  ~~concern~~ the components will loosen w/ hitting movement ✓
- package → w/o his hat it's hard to recognize w/ the character
  - maybe put the [illegible] in the corner
- ~~[illegible]~~ nail on the piece of wood (hammer)
- tape measure (inventor issues)
- ~~[illegible]~~ [illegible] on the screwdriver compared to the other toys
  - ~~[illegible]~~ character
- make sure value of the actual tool comes through
- promotion → discount off the basic when you buy the tool bench
- look at a tool belt
- maybe add [illegible] put (circle) on the [illegible]
- SA concerned about [illegible] screwdriver handle
- [illegible] accessory piece [illegible]
- ~~[illegible]~~ the difference between the hammer on the tool bench & the [illegible] hammer
- the [illegible] might be difficult for Moms to understand (concern)
  - maybe a wrench or pliers

* ~~maybe focus~~ on screwdriver, hammer, tape ~~measure~~ [illegible]
* GM → strive for 60% (58.0% TAPE MEASURE)
* 150 M PER TOY (FORECAST)
  450 FORECAST

* CONCEPT TESTING - PUT A BUNCH OF TOOLS ONLINE & ASK MOMS