# EXHIBIT 23

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER