# EXHIBIT 24

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER