# EXHIBIT 25

~~WENDY BUELSING~~ JOE KHAN

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R. H. BAER CONSULTANTS, Plaintiffs, vs. HASBRO, INC. and HASBRO INTERNATIONAL, INC., Defendants, | CASE NO. 05-246S |

| | |
|---|---|
| DEPOSITION OF: | JOE KHAN |
| TAKEN: | By the Plaintiff |
| DATE: | October 3, 2006 |
| TIME: | Commencing at 9:00 a.m. |
| PLACE: | Cincinnati Marriott Northeast<br>9664 Mason-Montgomery Road<br>Mason, Ohio 45040 |
| BEFORE: | Barbara J. Enneking, CVR<br>Notary Public-State of Ohio |



fcd9d700-5a06-11db-951b-00034779e2a9

~~WENDY BUELSING~~ JOE KHAN

Page 22

A. The robots were an extension of the talking truck line, and so it was robots that would talk and interact similarly, the way that the truck did.
Q. What would they say?
A. What would they say. They would -- for example, the largest robot, the first one, if you moved his arm, which happened to be similar to a scoop on a -- like a backhoe, it would talk about digging and how much it enjoyed that.
Q. What other things would a robot truck say?
A. They would make jokes. They would talk about -- they would recognize what part of the truck was moving sometimes, and react appropriately.
So if you dumped the dump bed on the robot, it would talk about moving dirt. I think it would also recognize if it was being rolled, and it would say something like, "wheeee, we're moving."
Q. The robots had wheels on them?
A. Um-hum. They were robot trucks.
Q. Oh. When did you first learn about Talking Tools?
A. I'm not sure. I'm not sure of the

Page 23

time.
Q. Approximately?
A. Honestly, I don't remember. I remember it was the last year that I was there, the last year before they moved to Rhode Island.
Q. What was the last year you were there?
A. I think it was 2000.
Q. Where did the concept "Talking Tools" come from?
A. I'm not really sure.
Q. Did you come up with it?
A. No.
Q. Who was in your group that worked on Talking Tools?
A. Dave Voss worked on it. Carl Kristofferson may have worked on it, and there was one other designer, and I don't recall his name.
Q. Do you recall a guy named Duncan?
A. That name is familiar, but I don't think he worked on that line.
Q. So David and Carl and yourself were all designers?
A. David was my supervisor.
Q. What was his job title?

Page 24

A. I don't recall.
Q. What about Carl?
A. He was also a senior designer.
Q. Did Dave or Carl come up with Talking Tools?
A. I don't recall.
Q. Do you know if Talking Tools came out from an outside inventor?
A. No, I don't.
Q. When you say you don't, you don't know either way, whether it was inside or outside?
A. Right. Yes.
Q. The Talking Tools concept could have come from the outside?
A. I don't think it did because it was not -- it wasn't presented in that way.
Q. Who presented it?
A. My recollection is that Dave Voss came to me and asked for me to design a talking tool bench.
Q. Is the term, "Talking Tools" synonymous with the Talking Tool Bench?
MR. WHITE: Objection. You can answer.
A. Can you elaborate? I don't understand.
Q. Sure. Maybe it's not a good question.

Page 25

What's the relationship between the Talking Tool Bench and the Talking Tools?
A. Okay. The Talking Tool Bench is the advertiseable toy that started the Talking Tools line.
Q. How was Talking Tools explained to you?
A. I was told that we were going to do a line of talking tools, and that they were going to start with the Talking Tool Bench.
Q. About when was this?
A. It was the last year I was there, which I think was 2000.
Q. And you said David Voss told you this?
A. Yeah.
Q. He brought you into the office and said this to you?
A. It was probably a group meeting with the Tonka Group.
Q. I'd like to enter into the record the plaintiff's first exhibit for today.
(Whereupon deposition Exhibit No. 1 was marked for identification).
Q. Plaintiff's exhibit one is three pages. The first page is Hasbro Bates number 258, and the second and third page is the plaintiff's Bates number

~~WENDY BUELSING~~ JOE KHAN

Page 34

Q. What other Talking Tools were followed?
A. There was a screwdriver, a tape measure, some pliers, and that's all I remember.
Q. So the screwdriver and the tape measure and the Talking Tool Bench were all part of the Talking Tool's line of toys?
MR. WHITE: Objection. Mischaracterizes his testimony. You can answer.
Q. Is that correct? Is it correct that the tape measure, the screwdriver and the tool bench were all part of the Talking Tool's line of toys?
A. Yes.
Q. How were these toys similar, such that they were put in the same line of toys?
A. They were tools that would talk, similar to really, at that time, all the rest of the Tonka toys.
Q. Why were they called tools? Do you know?
A. Because they were shaped like tools. They characterized screwdrivers and workbenches and hammers and nails.
Q. Let's go to the last page of this exhibit, 3464, HA3464. At the top it says, "Talking

Page 35

Tools," dated 7/31/2000. Can you read through these handwritten notes for a few moments?
A. Okay.
Q. Do you recognize these notes?
A. No.
Q. Do you understand what they're about?
A. Yes.
Q. What are they?
A. These look like notes that someone would make after a concept submission.
Q. What's a concept submission?
A. It was one of the stages of design development where we would present an idea for a toy to higher-up levels of management.
Q. Who do you mean when you say we?
A. The Tonka team.
Q. So idea submissions would be made internally?
A. Yes.
Q. Could any group at the company make an idea submission?
MR. WHITE: Objection. You can answer.
Q. Well, let me ask the question again. Was there any formality with respect to idea

Page 36

submissions?
A. Yes.
Q. Could you explain that?
A. Well, there were two types of idea submissions. The standard type that happened the majority of the time was that the team, as a group, would present ideas in a preliminary stage that they were working on, to senior levels of management in order to allow for the project to continue beyond a concept stage.
And each group would do that based on their own toy line. So for example, the Tonka Group would present preliminary concepts to management for toys that were branded under the Tonka name.
Q. Who would review these ideas?
A. As far as senior management, or --
Q. Yeah. Was there other people involved in reviewing these ideas?
A. Yes.
Q. It was Duncan, I see here on this. He was typically at the meetings. I don't recall his title, and then there were a few other members of the senior management that would also do the same thing.
Q. What was Duncan's last name?

Page 37

A. I don't remember.
Q. Was he in your group?
A. No. He was a senior vice president.
Q. And what are these notes?
A. These notes describe changes to the concept that was presented to Duncan, and I imagine some other people, Dan, who I believe was Duncan's boss.
And these are basically comments that Dan and Duncan made during the presentation regarding ways that the toy could be improved.
Q. So Dan and Duncan had saw some samples of the toy before writing this sheet?
MR. WHITE: Objection.
Q. Did they review an idea, or did they see some products, when writing the sheet?
A. They reviewed sketches. So we presented sketches to Dan and Duncan, and probably a few other people, and during these meetings they would tell you what they liked and what they didn't like about the toy.
Q. What are these meetings called?
A. I don't remember what they were called.
Q. Who attends the meetings?

WENDY BUESING JOE KHAN

Page 22

A. The robots were an extension of the talking truck line, and so it was robots that would talk and interact similarly, the way that the truck did.
Q. What would they say?
A. What would they say. They would -- for example, the largest robot, the first one, if you moved his arm, which happened to be similar to a scoop on a -- like a backhoe, it would talk about digging and how much it enjoyed that.
Q. What other things would a robot truck say?
A. They would make jokes. They would talk about -- they would recognize what part of the truck was moving sometimes, and react appropriately.
So if you dumped the dump bed on the robot, it would talk about moving dirt. I think it would also recognize if it was being rolled, and it would say something like, "wheeee, we're moving."
Q. The robots had wheels on them?
A. Um-hum. They were robot trucks.
Q. Oh. When did you first learn about Talking Tools?
A. I'm not sure. I'm not sure of the

Page 23

time.
Q. Approximately?
A. Honestly, I don't remember. I remember it was the last year that I was there, the last year before they moved to Rhode Island.
Q. What was the last year you were there?
A. I think it was 2000.
Q. Where did the concept "Talking Tools" come from?
A. I'm not really sure.
Q. Did you come up with it?
A. No.
Q. Who was in your group that worked on Talking Tools?
A. Dave Voss worked on it. Carl Kristofferson may have worked on it, and there was one other designer, and I don't recall his name.
Q. Do you recall a guy named Duncan?
A. That name is familiar, but I don't think he worked on that line.
Q. So David and Carl and yourself were all designers?
A. David was my supervisor.
Q. What was his job title?

Page 24

A. I don't recall.
Q. What about Carl?
A. He was also a senior designer.
Q. Did Dave or Carl come up with Talking Tools?
A. I don't recall.
Q. Do you know if Talking Tools came out from an outside inventor?
A. No, I don't.
Q. When you say you don't, you don't know either way, whether it was inside or outside?
A. Right. Yes.
Q. The Talking Tools concept could have come from the outside?
A. I don't think it did because it was not -- it wasn't presented in that way.
Q. Who presented it?
A. My recollection is that Dave Voss came to me and asked for me to design a talking tool bench.
Q. Is the term, "Talking Tools" synonymous with the Talking Tool Bench?
MR. WHITE: Objection. You can answer.
A. Can you elaborate? I don't understand.
Q. Sure. Maybe it's not a good question.

Page 25

What's the relationship between the Talking Tool Bench and the Talking Tools?
A. Okay. The Talking Tool Bench is the advertiseable toy that started the Talking Tools line.
Q. How was Talking Tools explained to you?
A. I was told that we were going to do a line of talking tools, and that they were going to start with the Talking Tool Bench.
Q. About when was this?
A. It was the last year I was there, which I think was 2000.
Q. And you said David Voss told you this?
A. Yeah.
Q. He brought you into the office and said this to you?
A. It was probably a group meeting with the Tonka Group.
Q. I'd like to enter into the record the plaintiff's first exhibit for today.
(Whereupon deposition Exhibit No. 1 was marked for identification).
Q. Plaintiff's exhibit one is three pages. The first page is Hasbro Bates number 258, and the second and third page is the plaintiff's Bates number