# EXHIBIT 27




See all the COOL CREW toys →

Are they tools or are they buddies? They're both! COOL CREW toys "bring everyday household items to life" -- in preschool proportions. These friendly-faced tools offer plenty of make-believe play.

Kid-sized tools with big personalities



Each COOL CREW toy comes with one or more built-in talking friends whose zany sayings are an open invitation to join the crew. It's fun to get to know Chompin Mike the Mower, Dusty the Talking Vacuum and the rest of these happy buddies.

Fun--and more!

See COOL CREW in Action!
CHARLIE COAL THE GRILL
DUSTY THE TALKING VACUUM
TEAM TALKIN' TOOL BENCH
Check out the COOL CREW Commercials!
CHARLIE COAL THE GRILL

2 to 3 yrs.

3+ yrs.

Play Styles
COOL CREW encourages the following play styles:

Let's Imagine™

Let's Move™

Let's Figure it Out™







More Toys