# EXHIBIT 28

# BIG MIKE MOWER




Big Mike Mower is the the Leader of a tough but efficient crew of yard power tools of which there is never a job too tough! " His work is never Done "

The Lawn Mower is tough but not mean or angry, he leads because the others can't help but follow. He would never send a another tool to do a job he wouldn't do first.
He understands as all leaders do that " there is a right tool for every job".

No one ever questions Mike's Leadership.