# EXHIBIT 29

Hasbro

January 30, 2003

Dear Licensor:

Please find enclosed royalty reports for the quarter ended December 29, 2002.

As in the past, if royalties earned this quarter are less than $200.00 a check will be issued once cumulative royalties exceed $200.00.

Please address any questions directly to me at (401) 431-8036 or via email at phagy@hasbro.com.

Sincerely,

Pamela Hagy

Pamela Hagy
*Manager, Corporate Royalties*

enclosures

HASBRO, INC. 200 NARRAGANSETT PARK DRIVE, P.O. BOX 200 PAWTUCKET, RI 02862-0200 USA PHONE: (401) 431-8697

ROBERT PELOVITZ
D/B/A MICROPROS TECHNOLOGY SOLUTION
35 SCOTT AVE
NASHUA NH 03062

R O Y A L T Y   S T A T E M E N T (F09R095)
ORG: 100 HASBRO AMERICAS
FOR PERIOD ENDING: 4TH QUARTER 2002

PAYEE: 0000126100

| ITEM NO: | DESCRIPTION | QUANTITY IN UNITS | SALES AT ACTUAL | DISCOUNT AMOUNT | NET SALES VALUE | ROYALTY EARNED | LESS ADVANCE | ROYALTIES PAYABLE | RATE % $ | ASSORT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | <----- C U R R E N T | | | P E R I O D -----> | | | | | |
| 062130000 | YARD CREW WEEDTRIMMER | | | | | | | | | |
| | SALES | 30 | 300.00 | 30.00 | 270.00 | 2.70 | .00 | 2.70 | 1.000 % | |
| LESS DEFECTIVES | | 0 | | | | | | | | |
| 925300001 | TALKIN' TOOLS BASIC ASST WAVE 2(6) | | | | | | | | | |
| | SALES | 6 | 54.54 | 5.46 | 49.08 | .49 | .00 | .49 | 1.000 % | |
| LESS DEFECTIVES | | 0 | | | | | | | | |
| ** TOTAL ** | | | | | | | | | | |
| CONTRACT #0004402-2 | | 36 | 354.54 | 35.46 | 319.08 | 3.19 | .00 | 3.19 | | |
| **** GRAND TOTAL **** | | | | | | | | | | |
| PAYEE #0000126100 | | 36 | 354.54 | 35.46 | 319.08 | 3.19 | .00 | 3.19 | | |

INVENTOR'S GREENHOUSE
198 TREMONT ST #505

BOSTON MA 02116

ROYALTY STATEMENT (F09R095)
ORG 100: HASBRO AMERICAS
FOR PERIOD ENDING: 4TH QUARTER 2002

PAYEE: 0000106764

<------------------CURRENT PERIOD---------------->

| ITEM NO: | DESCRIPTION | QUANITY IN UNITS | SALES AT ACTUAL | DISCOUNT AMOUNT | NET SALES VALUE | ROYALTY EARNED | LESS ADVANCE | ROYALTIES PAYABLE | RATE | % $ | ASSORT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 065120000 | YARD CREW TALKING RAKE | | | | | | | | | | |
| | SALES | 3163 | 10125.26 | 911.27 | 9213.99 | 92.14 | 0.00 | 92.14 | 1.000% | | 065410000 |
| | LESS DEFECTIVES | 0 | | | | | | | | | |
| 065120000 | YARD CREW TALKING RAKE | | | | | | | | | | |
| | SALES | 3408 | 10905.60 | 981.50 | 9924.10 | 99.24 | 0.00 | 99.24 | 1.000% | | 065410002 |
| | LESS DEFECTIVES | 0 | | | | | | | | | |
| 065130000 | YARD CREW TALKING SHOVEL | | | | | | | | | | |
| | SALES | 3163 | 10125.26 | 911.27 | 9213.99 | 92.14 | 0.00 | 92.14 | 1.000% | | 065410000 |
| | LESS DEFECTIVES | 0 | | | | | | | | | |
| 065130000 | YARD CREW TALKING SHOVEL | | | | | | | | | | |
| | SALES | 3408 | 10905.60 | 981.50 | 9924.10 | 99.24 | 0.00 | 99.24 | 1.000% | | 065410002 |
| | LESS DEFECTIVES | 0 | | | | | | | | | |
| ** TOTAL ** CONTRACT #0004402-1 | | 13142 | 42061.72 | 3785.55 | 38276.17 | 382.76 | 0.00 | 382.76 | | | |
| **** GRAND TOTAL **** PAYEE #0000106764 | | 13142 | 42061.72 | 3785.55 | 38276.17 | 382.76 | 0.00 | 382.76 | | | |

HA004341