# EXHIBIT 30

Hasbro

February 28, 2003

Dear Licensor:

Please find enclosed royalty reports for the quarter ended December 29, 2002.

As in the past, if royalties earned this quarter are less than $200.00 a check will be issued once cumulative royalties exceed $200.00.

Please address any questions directly to me at (401) 431-8188 or via email at jfernandes@hasbro.com

Sincerely,

Joe Fernandes
*Manager, Corporate Royalties*

enclosures

PAYEE: 0000126100
ROBERT PELOVITZ
D/B/A MICROPROS TECHNOLOGY SOLUTION
35 SCOTT AVE
NASHUA NH 03062

R O Y A L T Y R E P O R T
H A S B R O I N T E R N A T I O N A L, INC
411 HASBRO SA UK
FOR MONTH OF DECEMBER 2002

PROGRAM ID: FO9R272

| | UNITS | SALES | DISCOUNT | NET SALES | ROYALTY EARNED | LESS ADVANCE | ROYALTY PAYABLE | RATE | ASSRTMNT |
|---|---|---|---|---|---|---|---|---|---|
| CONTRACT: 0004402-2 | | | | | | | | | |
| COUNTRY: UNITED KINGDOM | | | | | | | | | |
| ITEM: 062011020 YARD CREW - BIG MIC MOWE | | | | | | | | | |
| SALES--> | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | 1.000 % | |
| LESS DEF--> | 0 | | | | | | | | |
| ** TOTAL UNITED KINGDOM | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL CONTRACT 0004402-2 | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL DECEMBER | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL ORG 411 | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL PAYEE 0000126100 | 1,925 | 23,548.44 | 2,162.88 | 21,385.56 | 213.86 | 0.00 | 213.86 | | |

PROGRAM ID: FO9R272

# ROYALTY REPORT
HASBRO INTERNATIONAL, INC
411 HASBRO SA UK
FOR MONTH OF DECEMBER 2002

PAYEE: 0000126217
RH BAER
D/B/A RH BAER CONSULTANTS
134 MAYFLOWER DRIVE
MANCHESTER NH 03104

| | UNITS | SALES | DISCOUNT | NET SALES | ROYALTY EARNED | LESS ADVANCE | ROYALTY PAYABLE | RATE | ASSRTMNT |
|---|---|---|---|---|---|---|---|---|---|
| CONTRACT: 0004402-3<br>COUNTRY: UNITED KINGDOM | | | | | | | | | |
| ITEM: 062011020 YARD CREW - BIG MIC MOWE<br>SALES--><br>LESS DEF--> | <br>1,038<br>0 | <br>13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | 1.000 % | |
| ** TOTAL UNITED KINGDOM | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL CONTRACT 0004402-3 | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL DECEMBER | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL ORG 411 | 1,038 | 13,236.39 | 1,508.95 | 11,727.44 | 117.27 | 0.00 | 117.27 | | |
| ** TOTAL PAYEE 0000126217 | 1,925 | 23,548.44 | 2,162.88 | 21,385.56 | 213.86 | 0.00 | 213.86 | | |