# EXHIBIT 33

** Note - Internation Sales are calculated by taking the average exchange reate for the currency for the year and multipiyin
Average exchange rate is calculated by adding up all exchange rates for the year and dividing by number of occurences.

| SKU | Sales org | FirstOfDescription | [illegible] | Unit of Meas | Currency | YR | | SumOfValue |
|---|---|---|---|---|---|---|---|---|
| 02002 | 0820 | PLAYSKOOL TALKING FISH POLE | 23 | EA | TWD | 2003 | $ | 25,818 |
| 02002 | 0820 | PLAYSKOOL TALKING FISH POLE | 75 | EA | TWD | 2004 | $ | 11,769 |
| 06201 | 0541 | PLA BIG MIKE MOWER | 18209 | EA | EUR | 2006 | $ | 292,555 |
| 06201 | 0553 | PLA BIG MIKE MOWER | 90 | EA | CHF | 2006 | $ | 2,138 |
| 06201 | 0601 | PLA BIG MIKE MOWER | 48 | EA | EUR | 2004 | $ | 366 |
| 06201 | 0601 | PLA - COOL CREW MOWER | 1702 | EA | EUR | 2005 | $ | 18,539 |
| 06201 | 0601 | PLA - COOL CREW MOWER | 3392 | EA | EUR | 2006 | $ | 33,593 |
| 06201 | 0601 | PLA BIG MIKE MOWER | 1038 | EA | GBP | 2002 | $ | 8,501 |
| 06201 | 0601 | PLA BIG MIKE MOWER | 12313 | EA | GBP | 2003 | $ | 100,617 |
| 06201 | 0601 | PLA BIG MIKE MOWER | 9831 | EA | GBP | 2004 | $ | 80,350 |
| 06201 | 0601 | PLA - COOL CREW MOWER | 10930 | EA | GBP | 2005 | $ | 84,466 |
| 06201 | 0601 | PLA - COOL CREW MOWER | 517 | EA | GBP | 2006 | $ | 4,005 |
| 06201 | 0840 | PLA-COOL CREW MOWER | 41 | EA | MYR | 2004 | $ | 3,007 |
| 06201 | 0840 | PLA-COOL CREW MOWER | 88 | EA | MYR | 2005 | $ | 5,672 |
| 06201 | 0840 | PLA-COOL CREW MOWER | 18 | EA | MYR | 2006 | $ | 900 |
| 06201 | 1200 | YARD CREW LAWN MOWER | 385 | CA | MXN | 2002 | $ | 287,595 |
| 06201 | 1200 | YARD CREW LAWN MOWER | 2528 | EA | MXN | 2002 | $ | 623,524 |
| 06201 | 1200 | YARD CREW LAWN MOWER | 1187 | EA | MXN | 2003 | $ | 89,796 |
| 06201 | 1200 | YARD CREW LAWN MOWER | 3 | EA | MXN | 2004 | $ | 75 |
| 06201 | 1300 | PLA COOL CREW CHOMPIN MIKE THE MOWER | 6401 | EA | CAD | 2006 | $ | 105,681 |
| 06201 | 5400 | PLA COOL CREW CHOMPIN MIKE THE MOWER | 1521 | EA | AUD | 2006 | $ | 33,398 |
| 06201 | 5500 | PLA COOL CREW CHOMPIN MIKE THE MOWER | 2490 | EA | NZD | 2006 | $ | 75,189 |
| 06208 | 0521 | PLA GAB THE TALKING TELEPHONE | 7057 | EA | EUR | 2004 | $ | 70,570 |
| 06208 | 0521 | PLA GAB THE TALKING TELEPHONE | 2842 | EA | EUR | 2005 | $ | 18,540 |
| 06208 | 0521 | PLA GAB THE TALKING TELEPHONE | 2 | EA | EUR | 2006 | $ | 15 |
| 06208 | 0539 | PLA GAB THE TALKING TELEPHONE | 30 | EA | EUR | 2005 | $ | 149 |
| 06208 | 0840 | PLA-COOL CREW TELEPHONE | 320 | EA | MYR | 2004 | $ | 8,643 |
| 06208 | 0840 | PLA-COOL CREW TELEPHONE | 75 | EA | MYR | 2005 | $ | 2,622 |
| 06208 | 5500 | PLA-COOL CREW TELEPHONE | 329 | EA | NZD | 2006 | $ | 2,247 |
| 06212 | 1200 | YARD CREW CHAINSAW | 384 | CA | MXN | 2002 | $ | 190,080 |
| 06212 | 1200 | YARD CREW CHAINSAW | 2537 | EA | MXN | 2002 | $ | 415,209 |
| 06212 | 1200 | YARD CREW CHAINSAW | 1306 | EA | MXN | 2003 | $ | 115,108 |
| 06212 | 1200 | YARD CREW CHAINSAW | -8 | EA | MXN | 2004 | $ | (1,933) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06213 | 0601 | PLA YARD CREW ZIP TRIMMER | 1248 | EA | EUR | 2005 | $ | 10,783 |
| 06213 | 0601 | PLA YARD CREW ZIP TRIMMER | 4941 | EA | GBP | 2003 | $ | 31,063 |
| 06213 | 0601 | PLA YARD CREW ZIP TRIMMER | 3630 | EA | GBP | 2005 | $ | 21,656 |
| 06213 | 0601 | PLA YARD CREW ZIP TRIMMER | 36 | EA | GBP | 2006 | $ | 90 |
| 06215 | 0830 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 61 | EA | SGD | 2004 | $ | 4,061 |
| 06215 | 0830 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | -43 | EA | SGD | 2005 | $ | (2,969) |
| 06215 | 0830 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 48 | EA | SGD | 2006 | $ | 1,711 |
| 06215 | 0840 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 60 | EA | MYR | 2004 | $ | 3,023 |
| 06215 | 0840 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 202 | EA | MYR | 2005 | $ | 29,925 |
| 06215 | 0840 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 40 | EA | MYR | 2006 | $ | 3,179 |
| 03506 | 0521 | PLA DUSTY THE TALKING VACUUM CLEANER | 9424 | EA | EUR | 2004 | $ | 132,740 |
| 06506 | 0521 | PLA DUSTY THE TALKING VACUUM CLEANER | 2536 | EA | EUR | 2005 | $ | (11,193) |
| 06506 | 0525 | PLA DUSTY THE TALKING VACUUM CLEANER | 1000 | EA | EUR | 2004 | $ | 14,251 |
| 06506 | 0525 | PLA DUSTY THE TALKING VACUUM CLEANER | 0 | EA | EUR | 2005 | $ | - |
| 06506 | 0533 | PLA DUSTY THE TALKING VACUUM CLEANER | 4805 | EA | EUR | 2004 | $ | 106,254 |
| 06506 | 0533 | PLA DUSTY THE TALKING VACUUM CLEANER | 1243 | EA | EUR | 2005 | $ | 11,599 |
| 06506 | 0533 | PLA DUSTY THE TALKING VACUUM CLEANER | -5 | EA | EUR | 2006 | $ | (110) |
| 06506 | 0541 | PLA COOL CREW DUSTY THE VACUUM CLEANER | 43874 | EA | EUR | 2005 | $ | 835,056 |
| 05506 | 0541 | PLA COOL CREW DUSTY THE VACUUM CLEANER | 12131 | EA | EUR | 2006 | $ | 195,460 |
| 06506 | 0545 | PLA COOL CREW DUSTY THE VACUUM CLEANER | 29 | EA | PLZ | 2005 | $ | 2,465 |
| 06506 | 0553 | PLA COOL CREW DUSTY THE VACUUM CLEANER | 195 | EA | CHF | 2005 | $ | 6,874 |
| 06506 | 0553 | PLA COOL CREW DUSTY THE VACUUM CLEANER | 54 | EA | CHF | 2006 | $ | 1,904 |
| 06506 | 1200 | PLA COOL CREW TALKIN VACUUM-SPANISH CHIP | 375 | CA | MXN | 2003 | $ | 198,000 |
| 06506 | 1200 | PLA COOL CREW TALKIN VACUUM-SPANISH CHIP | 6404 | EA | MXN | 2003 | $ | 1,678,222 |
| 06506 | 1200 | PLA COOL CREW TALKIN VACUUM-SPANISH CHIP | 787 | EA | MXN | 2004 | $ | 12,953 |
| 06506 | 1200 | PLA COOL CREW TALKIN VACUUM-SPANISH CHIP | 0 | EA | MXN | 2005 | $ | (242) |
| 06506 | 5400 | PLA CRW DUSTY THE TALKING VACUUM | 1432 | EA | AUD | 2006 | $ | 31,460 |
| 06506 | 5500 | PLA CRW DUSTY THE TALKING VACUUM | 1792 | EA | NZD | 2006 | $ | 58,240 |
| 06539 | 0601 | PLA MAGIC TALKING GRILL | 25 | EA | EUR | 2004 | $ | 367 |
| 06539 | 0601 | PLA MAGIC TALKING GRILL | 747 | EA | EUR | 2005 | $ | 15,831 |
| 06539 | 0601 | PLA MAGIC TALKING GRILL | 5726 | EA | GBP | 2003 | $ | 89,975 |
| 06539 | 0601 | PLA MAGIC TALKING GRILL | 2865 | EA | GBP | 2004 | $ | 44,824 |
| 06539 | 0601 | PLA MAGIC TALKING GRILL | 4704 | EA | GBP | 2005 | $ | 48,842 |
| 06539 | 0601 | PLA COOL CREW BOBBY Q | 22 | EA | GBP | 2006 | $ | 62 |
| 06539 | 0820 | YC BOBBY Q THE MAGIC TALKIN GRILL | 64 | EA | TWD | 2002 | $ | 89,536 |
| 06539 | 0820 | YC BOBBY Q THE MAGIC TALKIN GRILL | 30 | EA | TWD | 2003 | $ | 15,157 |
| 06539 | 0820 | YC BOBBY Q THE MAGIC TALKIN GRILL | -3 | EA | TWD | 2004 | $ | (3,497) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06539 | 0840 | YC BOBBY Q THE MAGIC TALKIN GRILL | 99 | EA | MYR | 2003 | $ | 7,426 |
| 06539 | 0840 | YC BOBBY Q THE MAGIC TALKIN GRILL | 45 | EA | MYR | 2004 | $ | 1,459 |
| 06539 | 0840 | YC BOBBY Q THE MAGIC TALKIN GRILL | 186 | EA | MYR | 2005 | $ | 18,097 |
| 06539 | 0840 | YARD CREW TALKING GRILL | 35 | EA | MYR | 2006 | $ | 2,492 |
| 06539 | 1200 | MAGIC TALKIN GRILL | 144 | CA | MXN | 2002 | $ | 144,000 |
| 06539 | 1200 | MAGIC TALKIN GRILL | 978 | EA | MXN | 2002 | $ | 487,957 |
| 06539 | 1200 | MAGIC TALKIN GRILL | 3633 | EA | MXN | 2003 | $ | 351,959 |
| 06539 | 1200 | MAGIC TALKIN GRILL | -5 | EA | MXN | 2004 | $ | (13,288) |
| 06539 | 1200 | MAGIC TALKIN GRILL | 0 | EA | MXN | 2005 | $ | (479) |
| 06541 | 5400 | CRW TALKIN HAND TOOLS ASST | 5958 | EA | AUD | 2006 | $ | 38,727 |
| 06607 | 0541 | POCKET JUNIOR MONOPOLY | -1 | EA | DEM | 2000 | $ | - |
| 06607 | 0601 | PLA YARD CREW TALKIN' LANTERN | 111 | EA | EUR | 2004 | $ | 519 |
| 06607 | 0601 | PLA YARD CREW TALKIN' LANTERN | 1347 | EA | EUR | 2005 | $ | 9,065 |
| 06607 | 0601 | PLA YARD CREW TALKIN' LANTERN | 4853 | EA | GBP | 2003 | $ | 24,348 |
| 06607 | 0601 | PLA YARD CREW TALKIN' LANTERN | 270 | EA | GBP | 2004 | $ | 1,254 |
| 06607 | 0601 | PLA YARD CREW TALKIN' LANTERN | 1085 | EA | GBP | 2005 | $ | 4,995 |
| 06607 | 0601 | PLA YARD CREW TALKIN' LANTERN | 8 | EA | GBP | 2006 | $ | 33 |
| 06607 | 0820 | YARD CREW TALKING LANTERN | 96 | EA | TWD | 2003 | $ | 24,330 |
| 06607 | 0820 | YARD CREW TALKING LANTERN | -14 | EA | TWD | 2004 | $ | (3,912) |
| 06607 | 0820 | YARD CREW TALKING LANTERN | 9 | EA | TWD | 2005 | $ | 236 |
| 07254 | 0601 | PLA COOL CREW MAGIC TALKING WORKSHOP | 602 | EA | EUR | 2005 | $ | 15,911 |
| 07254 | 0601 | PLA COOL CREW MAGIC TALKING WORKSHOP | 1066 | EA | GBP | 2005 | $ | 19,695 |
| 07254 | 0601 | PLA COOL CREW MAGIC TALKING WORKSHOP | 1 | EA | GBP | 2006 | $ | 1 |
| 07254 | 1300 | PLA COOL CREW TEAM TALKIN TOOLBENCH | 5 | EA | CAD | 2005 | $ | 179 |
| 07254 | 1300 | PLA COOL CREW TEAM TALKIN TOOLBENCH | 576 | EA | CAD | 2006 | $ | 9,220 |
| 08121 | 0541 | PLA COOL CREW COLE THE GRILL | 3290 | EA | EUR | 2006 | $ | 51,711 |
| 08121 | 0553 | PLA COOL CREW COLE THE GRILL | 25 | EA | CHF | 2006 | $ | 881 |
| 08132 | 0561 | PLA COOL CREW LITTLE BUDDIES ASST WV1 | 541 | EA | EUR | 2006 | $ | 4,663 |
| 08132 | 5400 | PLA COOL CREW ASST | 4449 | EA | AUD | 2006 | $ | 45,486 |
| 08133 | 0541 | PLA COOL CREW MINI THE VACUUM | 4986 | EA | EUR | 2006 | $ | 36,423 |
| 08133 | 0545 | PLA COOL CREW MINI THE VACUUM | 1554 | EA | PLZ | 2006 | $ | 40,404 |
| 08133 | 0553 | PLA COOL CREW MINI THE VACUUM | 116 | EA | CHF | 2006 | $ | 1,653 |
| 08726 | 0533 | PLA CRW CHARLIE COAL GRILL BONUS PK | 2636 | EA | EUR | 2006 | $ | 63,450 |
| 90484 | 0521 | TON DUSTY TOOL BENCH | 14362 | EA | EUR | 2002 | $ | 473,946 |
| 90484 | 0521 | TON DUSTY TOOL BENCH | 9009 | EA | EUR | 2003 | $ | 86,754 |
| 90484 | 0521 | TON DUSTY TOOL BENCH | 253 | EA | EUR | 2004 | $ | 1,760 |
| 90484 | 0533 | DUSTY TOOL BENCH | 15446 | EA | EUR | 2002 | $ | 454,422 |

HA004968

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90484 | 0533 | DUSTY TOOL BENCH | 4914 | EA | EUR | 2003 | $ | 44,212 |
| 90484 | 0533 | DUSTY TOOL BENCH | -6 | EA | EUR | 2004 | $ | (177) |
| 90484 | 0533 | DUSTY TOOL BENCH | -2 | EA | EUR | 2006 | $ | (59) |
| 90484 | 0553 | TON DUSTY TOOL BENCH | 48 | EA | CHF | 2002 | $ | 2,079 |
| 90484 | 0601 | DUSTY TOOL BENCH | 171 | EA | EUR | 2002 | $ | 4,909 |
| 90484 | 0601 | DUSTY TOOL BENCH | 3154 | EA | GBP | 2002 | $ | 48,737 |
| 90484 | 0601 | DUSTY TOOL BENCH | 4103 | EA | GBP | 2003 | $ | 31,309 |
| 90484 | 0601 | DUSTY TOOL BENCH | 1 | EA | GBP | 2004 | $ | 26 |
| 90484 | 0810 | TONKA TALKIN' TOOL BENCH(2) | 0 | EA | HKD | 2002 | $ | (210) |
| 90484 | 0810 | TONKA TALKIN' TOOL BENCH(2) | -1 | EA | HKD | 2003 | $ | (150) |
| 90484 | 1300 | DUSTY MY TALKIN' TOOL BENCH | 4416 | EA | CAD | 2002 | $ | 69,256 |
| 90484 | 1300 | DUSTY MY TALKIN' TOOL BENCH | 86 | EA | CAD | 2004 | $ | 688 |
| 92522 | 1300 | BOPPER THE SLEDGEHAMMER SEARS | 30 | EA | CAD | 2002 | $ | 132 |
| 92530 | 0810 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 7 | EA | HKD | 2002 | $ | 105 |
| 92530 | 0810 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | -9 | EA | HKD | 2003 | $ | (337) |
| 92530 | 0820 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 0 | EA | TWD | 2003 | $ | (130) |
| 92530 | 0820 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | -17 | EA | TWD | 2004 | $ | (1,530) |
| 92530 | 0820 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 17 | EA | TWD | 2005 | $ | 428 |
| 92530 | 0820 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 0 | EA | TWD | 2006 | $ | (40) |
| 92530 | 1300 | TALKIN TOOLS BASIC ASST | 2839 | EA | CAD | 2002 | $ | 14,151 |
| 92530 | 1300 | TALKIN TOOLS BASIC ASST | 6 | EA | CAD | 2003 | $ | 12 |

g by the value field.

| From | YR | AVG | USD | Price |
|---|---|---|---|---|
| TWD | 2003 | 0.029115 | $ 751.69 | $ 32.68 |
| TWD | 2004 | 0.030043 | $ 353.58 | $ 4.71 |
| EUR | 2006 | 1.259498 | $ 368,472.79 | $ 20.24 |
| CHF | 2006 | 0.804516 | $ 1,719.65 | $ 19.11 |
| EUR | 2004 | 1.244183 | $ 465.08 | $ 9.48 |
| EUR | 2005 | 1.241143 | $ 23,010.09 | $ 13.52 |
| EUR | 2006 | 1.259498 | $ 42,310.48 | $ 12.47 |
| GBP | 2002 | 1.507283 | $ 12,813.75 | $ 12.34 |
| GBP | 2003 | 1.641767 | $ 165,189.42 | $ 13.42 |
| GBP | 2004 | 1.834352 | $ 147,390.10 | $ 14.99 |
| GBP | 2005 | 1.813629 | $ 153,189.98 | $ 14.02 |
| GBP | 2006 | 1.835867 | $ 7,352.74 | $ 14.22 |
| MYR | 2004 | 0.2632 | $ 791.48 | $ 19.30 |
| MYR | 2005 | 0.264083 | $ 1,497.94 | $ 17.02 |
| MYR | 2006 | 0.271727 | $ 244.55 | $ 13.59 |
| MXN | 2002 | 0.103258 | $ 29,696.34 | $ 77.13 |
| MXN | 2002 | 0.103258 | $ 64,383.49 | $ 25.47 |
| MXN | 2003 | 0.092337 | $ 8,291.44 | $ 6.99 |
| MXN | 2004 | 0.088703 | $ 6.67 | $ 2.22 |
| CAD | 2006 | 0.887243 | $ 93,764.24 | $ 14.65 |
| AUD | 2006 | 0.749983 | $ 25,048.07 | $ 16.47 |
| NZD | 2006 | 0.632455 | $ 47,563.62 | $ 19.10 |
| EUR | 2004 | 1.244193 | $ 87,802.66 | $ 12.44 |
| EUR | 2005 | 1.241143 | $ 23,010.78 | $ 8.10 |
| EUR | 2006 | 1.259498 | $ 18.89 | $ 9.45 |
| EUR | 2005 | 1.241143 | $ 184.46 | $ 6.15 |
| MYR | 2004 | 0.2632 | $ 2,274.73 | $ 7.11 |
| MYR | 2005 | 0.264083 | $ 692.29 | $ 9.23 |
| NZD | 2006 | 0.632455 | $ 1,420.81 | $ 4.32 |
| MXN | 2002 | 0.103258 | $ 19,627.19 | $ 51.11 |
| MXN | 2002 | 0.103258 | $ 42,873.40 | $ 16.90 |
| MXN | 2003 | 0.092337 | $ 10,628.70 | $ 8.14 |
| MXN | 2004 | 0.088703 | $ (171.44) | $ 21.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EUR | 2005 | 1.241143 | $ | 13,382.89 | $ | 10.72 |
| GBP | 2003 | 1.641757 | $ | 50,997.53 | $ | 10.32 |
| GBP | 2005 | 1.813629 | $ | 39,276.68 | $ | 10.82 |
| GBP | 2006 | 1.835867 | $ | 165.23 | $ | 4.59 |
| SGD | 2004 | 0.59262 | $ | 2,406.49 | $ | 39.45 |
| SGD | 2005 | 0.601217 | $ | (1,784.89) | $ | 41.51 |
| SGD | 2006 | 0.62763 | $ | 1,073.70 | $ | 22.37 |
| MYR | 2004 | 0.2632 | $ | 795.60 | $ | 13.26 |
| MYR | 2005 | 0.264085 | $ | 7,902.80 | $ | 39.12 |
| MYR | 2006 | 0.271727 | $ | 863.90 | $ | 21.60 |
| EUR | 2004 | 1.244193 | $ | 165,153.61 | $ | 17.52 |
| EUR | 2005 | 1.241143 | $ | (13,891.98) | $ | (5.48) |
| EUR | 2004 | 1.244193 | $ | 17,730.99 | $ | 17.73 |
| EUR | 2005 | 1.241143 | $ | - | | #DIV/0! |
| EUR | 2004 | 1.244193 | $ | 132,200.43 | $ | 27.51 |
| EUR | 2005 | 1.241143 | $ | 14,396.46 | $ | 11.58 |
| EUR | 2006 | 1.259498 | $ | (138.54) | $ | 27.71 |
| EUR | 2005 | 1.241143 | $ | 1,036,435.34 | $ | 23.62 |
| EUR | 2006 | 1.259498 | $ | 246,181.04 | $ | 20.29 |
| PLZ | 2005 | 0.309292 | $ | 762.40 | $ | 26.29 |
| CHF | 2005 | 0.801279 | $ | 5,507.79 | $ | 28.25 |
| CHF | 2006 | 0.804516 | $ | 1,531.40 | $ | 28.36 |
| MXN | 2003 | 0.092337 | $ | 18,282.66 | $ | 48.75 |
| MXN | 2003 | 0.092337 | $ | 154,961.39 | $ | 24.20 |
| MXN | 2004 | 0.088703 | $ | 1,148.99 | $ | 1.46 |
| MXN | 2006 | 0.091773 | $ | (22.23) | | #DIV/0! |
| AUD | 2006 | 0.749983 | $ | 23,594.45 | $ | 16.48 |
| NZD | 2006 | 0.632455 | $ | 36,834.18 | $ | 20.55 |
| EUR | 2004 | 1.244193 | $ | 456.31 | $ | 18.25 |
| EUR | 2005 | 1.241143 | $ | 19,648.15 | $ | 26.30 |
| GBP | 2003 | 1.641757 | $ | 147,717.52 | $ | 25.80 |
| GBP | 2004 | 1.834352 | $ | 82,223.73 | $ | 28.70 |
| GBP | 2005 | 1.813629 | $ | 88,580.88 | $ | 18.83 |
| GBP | 2006 | 1.835867 | $ | 113.86 | $ | 5.18 |
| TWD | 2002 | 0.028899 | $ | 2,587.46 | $ | 40.43 |
| TWD | 2003 | 0.029115 | $ | 441.30 | $ | 14.71 |
| TWD | 2004 | 0.030043 | $ | (105.05) | $ | 35.02 |

HA004971

| | | | | | | |
|---|---|---|---|---|---|---|
| MYR | 2003 | 0.2632 | $ | 1,954.26 | $ | 19.74 |
| MYR | 2004 | 0.2632 | $ | 384.14 | $ | 8.54 |
| MYR | 2005 | 0.264083 | $ | 4,779.06 | $ | 25.69 |
| MYR | 2006 | 0.271727 | $ | 677.12 | $ | 19.35 |
| MXN | 2002 | 0.103258 | $ | 14,869.08 | $ | 103.26 |
| MXN | 2002 | 0.103258 | $ | 50,385.17 | $ | 51.52 |
| MXN | 2003 | 0.092337 | $ | 32,498.69 | $ | 8.95 |
| MXN | 2004 | 0.088703 | $ | (1,178.64) | $ | 196.44 |
| MXN | 2005 | 0.091773 | $ | (44.00) | | #DIV/0! |
| AUD | 2006 | 0.749983 | $ | 29,044.57 | $ | 4.87 |
| DEM | 2000 | 0.4717 | $ | - | $ | - |
| EUR | 2004 | 1.244193 | $ | 646.33 | $ | 5.82 |
| EUR | 2005 | 1.241143 | $ | 11,250.49 | $ | 8.35 |
| GBP | 2003 | 1.641757 | $ | 39,972.69 | $ | 8.24 |
| GBP | 2004 | 1.834352 | $ | 2,301.12 | $ | 8.52 |
| GBP | 2005 | 1.813629 | $ | 9,059.57 | $ | 8.35 |
| GBP | 2006 | 1.835867 | $ | 60.91 | $ | 7.61 |
| TWD | 2003 | 0.029115 | $ | 708.37 | $ | 7.38 |
| TWD | 2004 | 0.030043 | $ | (117.53) | $ | 8.39 |
| TWD | 2005 | 0.031128 | $ | 7.33 | $ | 0.81 |
| EUR | 2005 | 1.241143 | $ | 19,747.64 | $ | 32.80 |
| GBP | 2005 | 1.813629 | $ | 35,720.04 | $ | 33.51 |
| GBP | 2006 | 1.835867 | $ | 1.96 | $ | 1.96 |
| CAD | 2005 | 0.827265 | $ | 147.71 | $ | 29.54 |
| CAD | 2006 | 0.887243 | $ | 8,180.38 | $ | 14.20 |
| EUR | 2006 | 1.259498 | $ | 65,129.29 | $ | 19.80 |
| CHF | 2006 | 0.804516 | $ | 708.98 | $ | 28.35 |
| EUR | 2006 | 1.259498 | $ | 5,873.29 | $ | 10.86 |
| AUD | 2006 | 0.749983 | $ | 34,113.70 | $ | 7.67 |
| EUR | 2006 | 1.259498 | $ | 45,874.33 | $ | 9.20 |
| PLZ | 2006 | 0.321065 | $ | 12,972.31 | $ | 8.35 |
| CHF | 2006 | 0.804516 | $ | 1,329.86 | $ | 11.46 |
| EUR | 2005 | 1.259498 | $ | 79,915.17 | $ | 30.32 |
| EUR | 2002 | 0.949508 | $ | 450,015.68 | $ | 31.33 |
| EUR | 2003 | 1.140339 | $ | 98,928.98 | $ | 10.98 |
| EUR | 2004 | 1.244193 | $ | 2,190.09 | $ | 8.66 |
| EUR | 2002 | 0.949508 | $ | 431,477.57 | $ | 27.93 |

HA004972

| | | | | |
|---|---|---|---|---|
| EUR | 2003 | 1.140339 | $ 50,416.12 | $ 10.26 |
| EUR | 2004 | 1.244193 | $ (220.22) | $ 36.70 |
| EUR | 2006 | 1.259498 | $ (74.31) | $ 37.16 |
| CHF | 2002 | 0.647801 | $ 1,346.78 | $ 28.06 |
| EUR | 2002 | 0.949508 | $ 4,661.53 | $ 27.26 |
| GBP | 2002 | 1.507283 | $ 73,459.79 | $ 23.29 |
| GBP | 2003 | 1.641757 | $ 51,400.97 | $ 12.53 |
| GBP | 2004 | 1.834352 | $ 46.81 | $ 46.81 |
| HKD | 2002 | 0.128208 | $ (26.89) | #DIV/0! |
| HKD | 2003 | 0.128433 | $ (19.25) | $ 19.25 |
| CAD | 2002 | 0.637396 | $ 44,144.76 | $ 10.00 |
| CAD | 2004 | 0.771204 | $ 530.59 | $ 6.17 |
| CAD | 2002 | 0.637396 | $ 84.14 | $ 2.80 |
| HKD | 2002 | 0.128208 | $ 13.49 | $ 1.93 |
| HKD | 2003 | 0.128433 | $ (43.23) | $ 4.80 |
| TWD | 2003 | 0.029115 | $ (3.79) | #DIV/0! |
| TWD | 2004 | 0.030043 | $ (45.97) | $ 2.70 |
| TWD | 2005 | 0.031128 | $ 13.33 | $ 0.78 |
| TWD | 2006 | 0.030843 | $ (1.23) | #DIV/0! |
| CAD | 2002 | 0.637396 | $ 9,019.92 | $ 3.18 |
| CAD | 2003 | 0.721817 | $ 8.66 | $ 1.44 |
| | | | $ 5,404,359.83 | |

| SKU | Sales Org | First Of Description | Sum Of Billed Qty | Unit of Measure | Currency | ZYR | Sum Of Value |
|---|---|---|---|---|---|---|---|
| 02002 | 1000 | YARD CREW MAGIC TALKIN FISHING POLE | 13,458 | EA | USD | 2002 | $ 86,200.80 |
| 02002 | 5200 | YARD CREW MAGIC TALKIN FISHING POLE | 20,499 | EA | USD | 2002 | $ 104,792.27 |
| 02002 | 1000 | YARD CREW MAGIC TALKIN FISHING POLE | (28) | CA | USD | 2003 | $ (536.76) |
| 02002 | 1000 | YARD CREW MAGIC TALKIN FISHING POLE | 32,748 | EA | USD | 2003 | $ 170,665.14 |
| 02002 | 5200 | PLAYSKOOL TALKING FISHING POLE | 20,964 | EA | USD | 2003 | $ 109,778.04 |
| 02002 | 1000 | YARD CREW MAGIC TALKIN FISHING POLE | 681 | EA | USD | 2004 | $ 2,043.00 |
| 06201 | 1000 | YARD CREW MOWER W/RC | 219 | EA | USD | 2001 | $ 2,956.50 |
| 06201 | 5200 | YARD CREW MOWER W/RC | 11,811 | EA | USD | 2001 | $ 118,390.08 |
| 06201 | 1000 | YARD CREW LAWN MOWER | 60,267 | EA | USD | 2002 | $ 809,720.52 |
| 06201 | 5200 | YARD CREW LAWN MOWER | 124,629 | EA | USD | 2002 | $ 1,238,958.41 |
| 06201 | 1000 | COOL CREW MOWER (W/NP) | (10) | CA | USD | 2003 | $ (253.80) |
| 06201 | 1000 | YARD CREW LAWN MOWER | 200,158 | EA | USD | 2003 | $ 2,924,745.93 |
| 06201 | 5200 | COOL CREW MOWER (W/ NP) | 117,771 | EA | USD | 2003 | $ 1,022,256.42 |
| 06201 | 1000 | COOL CREW MOWER HALF PALLET | 221,721 | EA | USD | 2004 | $ 3,189,570.50 |
| 06201 | 5200 | COOL CREW MOWER (W/ NP) | 95,946 | EA | USD | 2004 | $ 922,069.55 |
| 03201 | 1000 | YARD CREW MOWER (W/NP) | (91) | CA | USD | 2005 | $ (2,457.00) |
| 06201 | 1000 | YARD CREW MOWER (W/NP) | 108,352 | EA | USD | 2005 | $ 1,498,989.50 |
| 06201 | 5200 | PLA COOL CREW MIKE THE MOWER | 147,020 | EA | USD | 2005 | $ 1,571,518.00 |
| 06201 | 0539 | PLA COOL CREW CHOMPIN MIKE THE MOWER | 1,000 | EA | USD | 2006 | $ 8,992.40 |
| 06201 | 1000 | PLA COOL CREW CHOMPIN MIKE THE MOWER | 53,728 | EA | USD | 2006 | $ 584,982.00 |
| 06201 | 5200 | PLA COOL CREW CHOMPIN MIKE THE MOWER | 51,444 | EA | USD | 2006 | $ 541,692.00 |
| 06208 | 1000 | PLA HOME CREW TELEPHONE W/ NEW STICKER | 15,848 | EA | USD | 2003 | $ 102,126.44 |
| 06208 | 5200 | HOME CREW GAB AND ABBEY PHONE | 33,412 | EA | USD | 2003 | $ 175,558.57 |
| 06208 | 1000 | PLA HOME CREW TELEPHONE W/ NEW STICKER | 42,824 | EA | USD | 2004 | $ 275,859.36 |
| 06208 | 5200 | PLA-COOL CREW TELEPHONE | 53,020 | EA | USD | 2004 | $ 278,923.65 |
| 06208 | 1000 | PLA-COOL CREW TELEPHONE | (1) | CA | USD | 2005 | $ (27.20) |
| 06208 | 1000 | PLA HOME CREW TELEPHONE W/ NEW STICKER | 11,944 | EA | USD | 2005 | $ 31,816.56 |
| 06208 | 5200 | PLA-COOL CREW TELEPHONE | 4,000 | EA | USD | 2005 | $ 17,200.00 |
| 06208 | 5200 | PLA-COOL CREW TELEPHONE | 1,500 | EA | USD | 2006 | $ 6,450.00 |
| 06212 | 1000 | YARD CREW CHAINSAW | 342 | EA | USD | 2001 | $ 3,420.00 |
| 06212 | 5200 | YARD CREW CHAINSAW | 14,640 | EA | USD | 2001 | $ 111,080.46 |
| 06212 | 1000 | YARD CREW CHAINSAW | 6,903 | EA | USD | 2002 | $ 65,275.20 |
| 06212 | 5200 | YARD CREW CHAINSAW | 27,366 | EA | USD | 2002 | $ 208,255.20 |
| 06212 | 1000 | YARD CREW CHAINSAW | 3 | EA | USD | 2003 | $ 30.00 |
| 06212 | 1000 | YARD CREW CHAINSAW | 1,125 | EA | USD | 2005 | $ 4,500.00 |
| 06213 | 1000 | YARD CREW WEEDTRIMMER | 369 | EA | USD | 2001 | $ 3,690.00 |

HA004974

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06213 | 5200 | YARD CREW WEEDTRIMMER | 9,993 | EA | USD | 2001 | $ | 75,809.73 |
| 06213 | 1000 | YARD CREW WEEDTRIMMER | 5,988 | EA | USD | 2002 | $ | 56,397.00 |
| 06213 | 5200 | YARD CREW TRIMMER | 23,640 | EA | USD | 2002 | $ | 180,080.90 |
| 06213 | 1000 | YARD CREW WEEDTRIMMER | 3,594 | EA | USD | 2003 | $ | 14,331.30 |
| 06213 | 5200 | YARD CREW TRIMMER | 2,991 | EA | USD | 2003 | $ | 17,384.25 |
| 06213 | 1000 | YARD CREW WEEDTRIMMER | 15 | EA | USD | 2004 | $ | 67.50 |
| 06215 | 1000 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 86,982 | EA | USD | 2004 | $ | 1,447,987.56 |
| 06215 | 5200 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 178,854 | EA | USD | 2004 | $ | 4,456,104.55 |
| 06215 | 1000 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | (4) | CA | USD | 2005 | $ | (200.00) |
| 06215 | 1000 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 60,670 | EA | USD | 2005 | $ | 380,133.50 |
| 06215 | 5200 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 57,000 | EA | USD | 2005 | $ | 1,243,623.00 |
| 06215 | 5200 | PLA COOL CREW MAGIC TALKIN KITCHEN CREW | 5,096 | EA | USD | 2006 | $ | 92,237.60 |
| 06506 | 1000 | COOL CREW DUSTY THE VACUUM | 226,162 | EA | USD | 2003 | $ | 2,894,789.24 |
| 06506 | 5200 | COOL CREW VACUUM | 288,098 | EA | USD | 2003 | $ | 2,853,305.25 |
| 06506 | 1000 | COOL CREW DUSTY THE VACUUM | (27) | CA | USD | 2004 | $ | (685.26) |
| 06506 | 1000 | COOL CREW DUSTY THE VACUUM | 132,214 | EA | USD | 2004 | $ | 2,203,690.70 |
| 06506 | 5200 | PLA-COOL CREW VACUUM | 520,802 | EA | USD | 2004 | $ | 5,256,411.32 |
| 06506 | 1000 | PLA-COOL CREW VACUUM | (5) | CA | USD | 2005 | $ | (135.00) |
| 06506 | 1000 | HOME CREW TALKIN VACUUM(NEW PKG. INIT.) | 151,329 | EA | USD | 2005 | $ | 2,079,907.00 |
| 06506 | 5200 | PLA - COOL CREW VACUUM CLEANER | 273,506 | EA | USD | 2005 | $ | 2,948,259.00 |
| 06506 | 0539 | PLA COOL CREW VACUUM CLEANER | 500 | EA | USD | 2006 | $ | 4,550.00 |
| 06506 | 1000 | PLA-COOL CREW VACUUM | 81,750 | EA | USD | 2006 | $ | 1,021,833.00 |
| 06506 | 5200 | PLA CRW DUSTY THE TALKING VACUUM | 150,164 | EA | USD | 2006 | $ | 1,536,080.00 |
| 06539 | 1000 | YARD CREW TALKING GRILL WITH IRC | 139,104 | EA | USD | 2002 | $ | 3,470,437.22 |
| 06539 | 5200 | YARD CREW TALKIN GRILL | 223,332 | EA | USD | 2002 | $ | 4,506,500.50 |
| 06539 | 1000 | YARD CREW TALKING GRILL WITH IRC | 128,192 | EA | USD | 2003 | $ | 2,921,281.64 |
| 06539 | 5200 | YARD CREW TALKING GRILL WITH IRC | 89,236 | EA | USD | 2003 | $ | 1,752,870.23 |
| 06539 | 1000 | YC BOBBY Q THE MAGIC TALKIN GRILL | (61) | CA | USD | 2004 | $ | (2,981.66) |
| 06539 | 1000 | YARD CREW TALKIN GRILL | 25,570 | EA | USD | 2004 | $ | 409,268.96 |
| 06539 | 5200 | YARD CREW TALKING GRILL | 6,864 | EA | USD | 2004 | $ | 121,441.57 |
| 06541 | 1000 | YARD CREW TALKING HAND TOOLS ASST | 19,713 | EA | USD | 2002 | $ | 63,092.60 |
| 06541 | 1000 | YARD CREW TALKING HAND TOOLS ASST | (28) | CA | USD | 2003 | $ | (806.40) |
| 06541 | 1000 | YARD CREW TALKING HAND TOOLS ASST | 55,181 | EA | USD | 2003 | $ | 124,537.60 |
| 06541 | 1000 | YARD CREW TALKING HAND TOOLS ASST | 28,683 | EA | USD | 2004 | $ | 20,651.85 |
| 06541 | 1000 | PLA MAGIC TALKING HAND TOOLS ASST | 13,068 | EA | USD | 2005 | $ | 36,590.40 |
| 06541 | 5200 | PLA MAGIC TALKING HAND TOOLS ASST | 14,112 | EA | USD | 2005 | $ | 32,598.72 |
| 06541 | 5200 | PLA MAGIC TALKING HAND TOOLS ASST | 17,388 | EA | USD | 2006 | $ | 40,166.28 |

HA004975

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05607 | 5200 | YARD CREW MAGIC TALKIN LANTERN | 14,152 | EA | USD | 2002 | $ | 73,095.91 |
| 05607 | 1000 | YARD CREW TALKIN LANTERN | 2,868 | EA | USD | 2003 | $ | 17,085.60 |
| 05607 | 5200 | YARD CREW MAGIC TALKIN LANTERN | 31,264 | EA | USD | 2003 | $ | 157,919.62 |
| 07254 | 1000 | PLA COOL CREW TEAM TALKIN TOOLBENCH | 83,424 | EA | USD | 2005 | $ | 1,913,630.00 |
| 07254 | 5200 | PLA COOL CREW TEAM TALKIN TOOLBENCH | 115,858 | EA | USD | 2005 | $ | 2,687,456.00 |
| 07254 | 1000 | PLA COOL CREW TEAM TALKIN TOOLBENCH | 20,258 | EA | USD | 2006 | $ | 247,353.00 |
| 07254 | 5200 | PLA COOL CREW TEAM TALKIN' TOOLBENCH | 21,024 | EA | USD | 2006 | $ | 497,929.00 |
| 07257 | 5200 | PLA CREW KITCHEN VALUE PACK | 43,000 | EA | USD | 2004 | $ | 1,138,705.00 |
| 08121 | 1000 | PLA CHARLIE COAL THE TALKING GRILL | 6,398 | EA | USD | 2005 | $ | 132,758.50 |
| 08121 | 5200 | PLA CHARLIE COAL THE TALKING GRILL | 13,230 | EA | USD | 2005 | $ | 218,295.00 |
| 08121 | 0539 | PLA COOL CREW COLE THE GRILL | 1,000 | EA | USD | 2006 | $ | 12,975.00 |
| 08121 | 1000 | PLA CHARLIE COAL THE TALKING GRILL | 65,638 | EA | USD | 2006 | $ | 1,361,988.50 |
| 08121 | 5200 | PLA CHARLIE COAL THE TALKING GRILL | 60,656 | EA | USD | 2006 | $ | 995,360.00 |
| 08124 | 5200 | PLA COOL CREW TOOL BENCH VALUE PK | 24,000 | EA | USD | 2005 | $ | 601,680.00 |
| 08132 | 1000 | PLA COOL CREW ASST | 36,180 | EA | USD | 2005 | $ | 260,496.00 |
| 08132 | 5200 | PLA COOL CREW ASST | 54,172 | EA | USD | 2005 | $ | 325,032.00 |
| 08132 | 0539 | PLA COOL CREW LITTLE BUDDIES ASST WV1 | 700 | EA | USD | 2006 | $ | 3,024.00 |
| 08132 | 1000 | PLA COOL CREW ASST | (57) | CA | USD | 2006 | $ | (1,641.60) |
| 08132 | 1000 | PLA COOL CREW ASST | 76,968 | EA | USD | 2006 | $ | 554,169.60 |
| 08132 | 5200 | PLA COOL CREW ASST | 73,928 | EA | USD | 2006 | $ | 441,878.00 |
| 08246 | 5200 | PLA COOL CREW VACUUM DUSTBUSTER VALUE PK | 2,000 | EA | USD | 2005 | $ | 29,500.00 |
| 08246 | 5200 | PLA COOL CREW VACUUM DUSTBUSTER VALUE PK | 16,784 | EA | USD | 2006 | $ | 256,219.00 |
| 08723 | 5200 | PLA COOL CREW CHOMPIN MIKE MOWER VALUE P | 8,500 | EA | USD | 2005 | $ | 126,905.00 |
| 08723 | 1000 | PLA CRW CHOMPIN MIKE MOWER VALUE PK | 26,908 | EA | USD | 2006 | $ | 490,801.92 |
| 08723 | 5200 | PLA CRW CHOMPIN MIKE MOWER VALUE PK | 13,314 | EA | USD | 2006 | $ | 208,119.12 |
| 08726 | 1000 | PLA CRW CHARLIE COAL GRILL BONUS PK | 4,482 | EA | USD | 2005 | $ | 100,307.16 |
| 08726 | 5200 | PLA CRW CHARLIE COAL GRILL BONUS PK | 10,976 | EA | USD | 2005 | $ | 198,994.88 |
| 08726 | 1000 | PLA CRW CHARLIE COAL GRILL BONUS PK | 2,342 | EA | USD | 2006 | $ | 52,413.96 |
| 08726 | 5200 | PLA CRW CHARLIE COAL GRILL BONUS PK | 18,666 | EA | USD | 2006 | $ | 335,219.58 |
| 08764 | 1000 | PLA COOL CREW VACUUM W/BONUS | 4,168 | EA | USD | 2005 | $ | 75,857.60 |
| 08764 | 5200 | PLA COOL CREW VACUUM W/BONUS | 9,162 | EA | USD | 2005 | $ | 136,971.90 |
| 08764 | 1000 | PLA COOL CREW VACUUM W/BONUS | 432 | EA | USD | 2006 | $ | 7,862.40 |
| 08764 | 5200 | PLA COOL CREW VACUUM VALUE PACK | 35,774 | EA | USD | 2006 | $ | 539,021.30 |
| 08807 | 5200 | PLA MIKE THE MOWER & WEED TRIMMER | 18,426 | EA | USD | 2006 | $ | 291,210.00 |
| 23231 | 5200 | YARD CREW BBQ TALKING GRILL VALUE PK | 118,796 | EA | USD | 2003 | $ | 2,387,122.46 |
| 23231 | 5200 | YARD CREW BBQ TALKING GRILL VALUE PK | 12,000 | EA | USD | 2004 | $ | 241,430.40 |
| 90484 | 1000 | TONKA TALKIN' TOOL BENCH | 362,654 | EA | USD | 2001 | $ | 8,913,967.92 |

HA004976

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90484 | 5200 | TONKA DUSTY MY TALKIN' TOOL BENCH | 11,300 | EA | USD | 2001 | $ | 204,887.50 |
| 90484 | 0810 | TONKA TALKIN' TOOL BENCH(2) | 3 | EA | USD | 2002 | $ | 14.04 |
| 90484 | 1000 | TONKA TALKIN' TOOL BENCH | 5,625 | EA | USD | 2002 | $ | 24,952.39 |
| 90484 | 0810 | TONKA TALKIN' TOOL BENCH(2) | 62 | EA | USD | 2003 | $ | 290.16 |
| 90484 | 1000 | TONKA DUSTY MY TALKIN' TOOL BENCH | 354 | EA | USD | 2003 | $ | 2,124.00 |
| 92530 | 1000 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 167,088 | EA | USD | 2001 | $ | 1,167,259.68 |
| 92530 | 5200 | TALKIN' TOOLS BASIC WAVE 2 | 16,998 | EA | USD | 2001 | $ | 95,018.82 |
| 92530 | 0810 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 3 | EA | USD | 2002 | $ | 3.12 |
| 92530 | 1000 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 6,510 | EA | USD | 2002 | $ | 45,369.72 |
| 92530 | 0810 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 387 | EA | USD | 2003 | $ | 402.48 |
| 92530 | 1000 | TALKIN' TOOLS BASIC ASST WAVE 1(6) | 9,660 | EA | USD | 2003 | $ | 16,991.40 |
| 92530 | 1000 | TALKIN' TOOLS BASIC ASST WAVE 2(6) | 6,588 | EA | USD | 2004 | $ | 14,991.00 |
| | | | | | | | | $ 86,050,202.41 |

$ 6.41
$ 5.11
$19.17
$ 5.21
$ 5.24
$ 3.00
$13.50
$10.02
$13.44
$ 9.94
$26.38
$14.61
$ 8.68
$14.39
$ 9.61
$27.00
$13.83
$10.69
$ 8.99
$10.89
$10.53
$ 6.44
$ 5.25
$ 6.44
$ 5.26
$27.20
$ 2.66
$ 4.30
$ 4.30
$10.00
$ 7.59
$ 9.46
$ 7.61
$10.00
$ 4.00
$10.00

| |
|---|
| $ 7.59 |
| $ 9.42 |
| $ 7.62 |
| $ 3.99 |
| $ 5.81 |
| $ 4.50 |
| $ 16.65 |
| $ 24.91 |
| $ 65.00 |
| $ 7.50 |
| $ 21.82 |
| $ 18.10 |
| $ 12.80 |
| $ 9.90 |
| $ 25.38 |
| $ 16.67 |
| $ 10.09 |
| $ 27.00 |
| $ 13.74 |
| $ 10.78 |
| $ 9.10 |
| $ 12.50 |
| $ 10.23 |
| $ 24.95 |
| $ 20.18 |
| $ 22.79 |
| $ 19.64 |
| $ 48.88 |
| $ 16.01 |
| $ 17.69 |
| $ 3.20 |
| $ 28.80 |
| $ 2.26 |
| $ 0.72 |
| $ 2.80 |
| $ 2.31 |
| $ 2.31 |

HA004979

| |
|---|
| $ 6.17 |
| $ 5.96 |
| $ 5.05 |
| $22.94 |
| $23.20 |
| $12.21 |
| $23.68 |
| $26.48 |
| $20.75 |
| $16.50 |
| $12.98 |
| $20.75 |
| $16.41 |
| $25.07 |
| $ 7.20 |
| $ 6.00 |
| $ 4.32 |
| $28.80 |
| $ 7.20 |
| $ 5.98 |
| $14.75 |
| $15.27 |
| $14.93 |
| $18.24 |
| $15.63 |
| $22.38 |
| $18.13 |
| $22.38 |
| $17.96 |
| $18.20 |
| $14.95 |
| $18.20 |
| $15.07 |
| $15.80 |
| $20.09 |
| $20.12 |
| $24.68 |

| |
|---|
| $18.13 |
| $ 4.68 |
| $ 4.44 |
| $ 4.68 |
| $ 6.00 |
| $ 6.99 |
| $ 5.59 |
| $ 1.04 |
| $ 6.97 |
| $ 1.04 |
| $ 1.76 |
| $ 2.28 |

| | |
|---|---|
| US SAP Sales | $ 86,050,202.41 |
| Intl SAP Sales | $ 5,404,359.83 |
| Total SAP Sales | $ 91,454,562.24 |

Note:
Currency conversion is an approximation.
Sales in business units not active on SAP not included.

Earlier Sales Summary reflected total sales of $92.4 Million.