EXHIBIT 34

# National Medal of Technology

*The President of the United States awards the National Medal of Technology to our Nation's leading innovators.*



The National Medal of Technology is the nation's highest honor for technological achievement. The medal celebrates remarkable people whose vision, creativity, and brilliance truly reflect the uniquely American spirit of innovation. That spirit makes it possible for our county to lead the world in scientific discovery and technological development. The laureates serve as an inspiration to the next generation of innovators. We seek your nominations for the National Medal of Technology, America's equivalent to the Nobel Prize. The prestigious NMT is awarded to individuals, teams of individuals, or companies. We encourage diverse and high quality nominations. They could be your colleague, mentor or associate. Information about the Medal may be found at www.technology.gov/medal. The U.S. Department of Commerce's Technology Administration administers the National Medal of Technology.

**National Medal of Technology**
**Technology Administration**
**U.S. Department of Commerce**
*Mildred Porter, Director*
Phone: 202/482-5572
E-mail: nmt@technology.gov Fax: 202/482-6275

**www.technology.gov/medal**

## RECIPIENTS OF THE NATIONAL MEDAL OF TECHNOLOGY

**2004**

Ralph H. Baer, *Engineering Consultant*
Roger L. Easton, *RoBarCo*
Gen-Probe Incorporated
IBM (Microelectronics Division)
Industrial Light & Magic
Motorola, Inc.
PACCAR Inc

**2003**

Jan D. Achenbach, *Northwestern Univ.*
Watts S. Humphrey, *Software Eng. Inst. of Carnegie Mellon Univ.*
Robert M. Metcalfe, *Polaris Venture Partners*
*Corning Team:* Rodney D. Bagley, Irwin M. Lachman, & Ronald M. Lewis
UOP LLC
WARF

**2002**

Calvin H. Carter, Jr., *Cree, Inc.*
Haren S. Gandhi, *Ford Motor Co.*
Carver A. Mead, *California Institute of Technology*
John J. Mooney & Carl D. Keith, *Engelhard Corp. (Ret)*
*Team of:* Nick Holonyak, Jr., *Univ. of Illinois at Urbana-Champaign*, M. George Craford, *Lumileds Lighting &* Russell Dean Dupuis, *Georgia Inst. of Tech.*
DuPont (Division Award)

**2001**

John A. Ewen, *Catalyst Research Corp.*
Arun N. Netravali, *Lucent Technologies--Bell Labs*
Sidney Pestka, *Univ. of Medicine & Dentistry of New Jersey, Robert Wood Johnson Medical School*
Jerry M. Woodall, *Yale University*
The Dow Chemical Co.

**2000**

Douglas C. Engelbart, *Bootstrap Institute*
Dean Kamen, *DEKA Research & Dev. Corp.*
*Corning Team:* Donald B. Keck, Robert D. Maurer, & Peter C. Schultz, *Heraeus Amersil, Inc.*
IBM (Division Award)

**1999**

Glen Culler, *Culler Scientific Systems Corp.*
Raymond Kurzweil, *Kurzweil Technologies, Inc.*
Robert Swanson, *K&E Management, Ltd. (Posthumous Award)*
Robert Taylor (Ret.)
Symbol Technologies, Inc.

**1998**

Denton A. Cooley, *Texas Heart Institute*
Robert Fraley, Robert Horsch, Ernest Jaworski, & Stephen Rogers, *Monsanto Team*
Kenneth L. Thompson & Dennis M. Ritchie *Bell Laboratories, Lucent Technologies*
Biogen, Inc.
Bristol-Myers Squibb Co.

**1997**

Norman R. Augustine, *Lockheed Martin Corp.*
Ray M. Dolby, *Dolby Laboratories Inc.*
Robert S. Ledley, *Georgetown Univ. Medical Ctr.*
Vinton Gray Cerf, *MCI* & Robert E. Kahn, *Corp. for National Research Initiatives*

**1996**

Ronald H. Brown, *U.S. Secretary of Commerce, 1993-1996 (Posthumous Award)*
Johnson & Johnson
Charles H. Kaman, *Kaman Corp.*
Stephanie L. Kwolek, *DuPont Company (Ret.)*
James C. Morgan, *Applied Materials, Inc.*
Peter H. Rose, *Krytek Corp.*

**1995**

Edward R. McCracken, *Silicon Graphics, Inc.*
*IBM Team:* Praveen Chaudhari, *IBM TJ Watson Research Ctr.*; Jerome J. Cuomo, *North Carolina State Univ.*; & Richard J. Gambino, *State Univ. of New York at Stony Brook*
The Proctor & Gamble Co.
3M
Sam B. Williams, *Williams International*
Alejandro Zaffaroni, *Alza Corp.*

**1994**

AMGEN
Corning Inc.
Joel S. Engel, *Ameritech, Inc.* & Richard Frenkiel, *AT&T Consumer Products*
H. Joseph Gerber, *Gerber Scientific, Inc.*
Irwin M. Jacobs, *Qualcomm, Inc.*

**1993**

Amos E. Joel, Jr., *AT&T Bell Laboratories*
William H. Joyce, *Union Carbide Corp.*
George Kozmetsky, *IC² Institute*
George Levitt, *DuPont Corp.* & Marinus Los, *American Cyanamid Corp.*
Hans W. Liepmann, *Cal Tech Univ.*
William D. Manly, *Martin Marietta Energy Systems & ORNL*
Kenneth H. Olsen, *Digital Equipment Corp.*
Walter L. Robb, *General Electric Corp.*

**1992**

William H. Gates, III, *Microsoft Corp.*
W. Lincoln Hawkins, *AT&T Bell Laboratories*
Joseph M. Juran, *Juran Institute*
Charles D. Kelman
Merck & Co., Inc.
Delbert H. Meyer, *AMOCO Chemical Co.*
Paul B. Weisz, *Univ. of Pennsylvania & MOBIL Corp.*
N. Joseph Woodland, *IBM*