M &K MEREDITH &
KEYHANI, PLLC

www.meredithkeyhani.com

December 19, 2006

Honorable Judge William E. Smith
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: Inventor's Greenhouse v. Hasbro, Inc.
05-246S

Honorable Judge Smith:

We represent the plaintiffs in the above referenced matter.

Plaintiffs' respectfully request that oral arguments be heard on Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment.

Very truly yours,

Dariush Keyhani / JM

Dariush Keyhani[1]

[1] Admitted before the Southern District, Eastern District, and Western District of NY and NJ Bar

NEW YORK OFFICE

330 MADISON AVENUE
6TH FLOOR
NEW YORK, NEW YORK 10017
212.760.0098 TELEPHONE
212.202.3819 FACSIMILE

PRINCETON OFFICE

5 INDEPENDENCE WAY
SUITE 300
PRINCETON, NJ 08540
609.945.7406 TELEPHONE
609.228.4031 FACSIMILE