# EXHIBIT A

**In The Matter Of:**

*Inventor's Greenhouse, et al v.*
*Hasbro, Inc. and Hasbro International, Inc.*

---

*Steven D'Aguanno*
*August 29, 2006*

---

*Reporting Associates*
*10 Dorrance Street*
*Westminster Square Building Suite 617*
*Providence, RI 02903*
*(401) 351-1660*

*Original File 082906.ASC, 129 Pages*
*Min-U-Script® File ID: 1969049817*

**Word Index included with this Min-U-Script®**

Page 77

that's numbered "6506 Home Crew Dusty The Magic Talkin' Vacuum." Do you have that in your —
A: Yes.
Q: Does that picture refresh your recollection as to the product in the picture?
A: Yes.
Q: Are you familiar with that product?
A: Yes.
Q: Can you tell me a little bit about the product, how it works and what it does?
A: Similarly to the other products. It's a characterized device that the child will use ~~to~~ ~~hear~~ as a vacuum cleaner. And there are phrases that come from the vacuum relative to vacuuming.
MR. KEYHANI: Thank you. I'd like to enter Plaintiff's Exhibit 4 into the record. Plaintiff's Exhibit 4 is two pages that are Bates Stamped — Hasbro Bates Stamped No. 2856 — well, the first page is Hasbro Bates Stamped 2856. The second page we submit is a page printed off of the Hasbro website, but you can determine for yourself if it is that or not.
PLAINTIFF'S EXHIBIT NO. 4 MARKED FOR I.D.: Hasbro documents. (2pp)
Q: Do you recognize the item sketched on page 2856 —

Page 78

Bates No. 2856 on the first page of the exhibit?
A: Do I recognize this?
Q: Do you recognize the product?
A: I believe so.
Q: Is it a Hasbro product?
A: Looks like it. A rough sketch of a Hasbro product. I don't know if it's a Hasbro product.
Q: Do you know what this piece of paper might be or where it comes from?
A: This piece of paper?
Q: Yes, the paper that's Bates No. 2856.
A: No, I really don't.
Q: You don't know if this is from marketing or from R and D?
A: No. It's unfamiliar to me. The format of it is unfamiliar to me.
Q: Could you read the description, the first line of the product?
A: Yeah.
Q: Do you believe that this is a sketch of the same product that you looked at in the previous exhibit — was that Exhibit 3? Yeah. Which was numbered 6201, Yard Crew Big Mike Mower?
A: I don't know that. It could be.
Q: Okay. You don't know. It's — yeah.

Page 79

A: I don't know.
Q: If you could turn the page and look at what we submit to be a page from Hasbro's website. At the top it says, "For little folks with big imaginations."
A: Uh-huh.
Q: Do you recognize this page?
A: The page? No.
Q: Do you recognize the product and the picture at the top of the page?
A: Yes.
Q: What is that product?
A: That looks like a Hasbro workbench, toy workbench.
Q: Are you familiar with that product?
A: Somewhat, yes.
Q: How are you familiar with the product?
A: Again, through the development process, seeing it in development, in multiple stages of prototype and design, sketching, three-dimensional.
Q: Do you know if that is a product that was created internally or externally?
A: I — I — my recollection — I would not be able to remember that in any definitive manner. My raw recollection is that it was an internal creation, but I don't know that for certain.

Page 80

Q: What is your basis for thinking that it was an internal creation?
A: I just don't recollect any reference to any inventor or conversations about this item during this development. I remember a designer working on it and a designer standing there presenting it in meetings.
Q: Who was the designer for this item?
A: I'm thinking it was a fellow named Ed Duncan. I'm not certain of that, but I think it was him.
Q: Does he still work with Hasbro?
A: No, he does not.
Q: Does the name Joe Khan, K-H-A-N, mean anything to you?
A: Joe Khan does not ring a bell with me.
Q: Could you read that first couple of lines underneath the picture that we're discussing of the toolbench or the bench, I'm sorry?
A: (Witness complies.) Yes.
Q: Who puts these things together, these pages together; do you know?
A: I have no idea.
Q: Considering the toys that we've looked at in Exhibit 3 and Exhibit 4, I'd like for you to go back to the Inventor Review Record, specifically