# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, :
MICRO PROS TECHNOLOGY :
SOLUTIONS, AND R.H. BAER :
CONSULTANTS :
:
vs. : C.A. NO. 05-246S
:
HASBRO, INC. AND HASBRO :
INTERNATIONAL, INC. :

DEPOSITION OF FRANKLIN LABARBARA produced, sworn and examined on October 13, 2006, at 11:00 A.M. before Linda S. Taylor, Notary Public, taken on behalf of the Defendant, at the Law Offices of Adler, Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence, Rhode Island before:

APPEARANCES

For the Plaintiff:
MEREDITH & KEYHANI, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
BY: DARIUSH KEYHANI, ESQ.

For the Defendant:
ADLER, POLLOCK & SHEEHAN, INC.,
One Citizens Plaza
Providence, Rhode Island 02903
BY: TODD D. WHITE, ESQ.

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401)437-3366





(COMMENCED AT 11:30 A.M.)
FRANKLIN LABARBARA
Being duly sworn, deposes and testifies as follows:
THE REPORTER: Would you state your full name for the record, please.
THE DEPONENT: Franklin LaBarbara.
EXAMINATION BY MR. KEYHANI
**Q. Hi, Franklin. Can I call you Frank?**
A. Sure.
**Q. Thanks for coming in. Sorry for wasting your time this morning with these issues, but we have to do what we need to do. Have you been deposed before?**
A. No.
**Q. In any litigation?**
A. No.
**Q. Can you tell me a little bit about your educational background to start?**
A. Sure.
**Q. What is your educational background?**
A. I went to Syracuse University for industrial design. It's a five year program. Graduated from there, I believe '84. It's been a while now. Other than that, that's the highest level. I have a bachelor's degree in industrial design.

INDEX


| DEPONENT | PAGE |
|---|---|
| FRANKLIN LABARBARA | |
| EXAMINATION BY MR. KEYHANI | 3 |
| EXAMINATION BY MR. WHITE | 40 |
| RE-EXAMINATION BY MR. KEYHANI | 45 |


EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| PLAINTIFF'S | | |
| 1 | DOCUMENT ENTITLED INTRODUCING TONKA'S TALKIN' TOOLS | 27 |
| 2 | DOCUMENT ENTITLED FOR LITTLE FOLKS WITH BIG IMAGINATIONS | 34 |
| 3 | DOCUMENT ENTITLED BIG MIKE MOWER | 37 |
| 4 | INVENTOR REVIEW RECORD | 38 |
| DEFENDANT'S | | |
| A | DRAWING STAMPED HA004965 | 41 |
| B | DRAWING STAMPED HA004963 | 41 |
| C | DRAWING STAMPED HA004962 | 41 |






**Q. Can you lay out for us the different jobs you held since graduating from the university in sequence?**
A. Upon graduation, I started at a small product design consulting office out on Long Island for about a year. And then soon after that, started to take interest in getting into the toy business. So I interviewed at Hasbro and Fisher Price and wound up going to Hasbro, and that was in December of '85.
**Q. What got your interest in the toy business?**
A. Just having a natural interest in drawing, building things, making things, coming up with ideas, things like that. And so...
**Q. Have you been at Hasbro since 1985?**
A. Yes. Since December '85.
**Q. Almost 21 years?**
A. Yeah.
**Q. What was the first job you took at Hasbro?**
A. I was a designer in the advanced R&D department.
**Q. What were your responsibilities in that position?**
A. It was a -- I was responsible for working within that team to come up with new business opportunities for the company, new product



COPY

Page 13

face, eyes, mouth, and that can be either -- based on the items that I've seen in the market, it could either be three dimensional representation or it could be a virtual representation on some LCD screen.

**Q. You don't have to look at your lawyer. That's fine.**

**Besides the talking tools product that you mentioned or products, do you know talking tools in any other context?**

MR. WHITE: Objection. You can answer. You can answer. We sometimes put objections for the form of the question for a later reference, but you can answer.

A. Okay.

**Q. Your attorney will object from time to time.**

A. No, that's fine. I'm aware, and forgive me, I cannot remember the actual brand, but there was -- outside of the product lines that we've created within Tonka and Playskool, there was a talking tool bench by, I want to say, V-Tech, but I'm not 100 percent sure. But to my knowledge, that's it.

**Q. So the only other talking tool you know is the tool bench, the work bench?**

Page 14

Yes, other than the competitor's product

A. ~~The competitor product~~ that I mentioned~~, yeah.~~

**Q. And what is it called?**

A. It's -- I don't have -- I don't recall the full name of it, but it was a product put out by, I believe it was, V-Tech or one of those companies that does preschool ELAs, and it was sort of an educational talking tool bench.

**Q. That's the only other talking tool that you know about?**

A. Yes.

**Q. Does Hasbro put out a talking tool bench?**

A. Yes.

**Q. Is that also part of the talking tools line of toys?**

A. I would consider it part of the role play line of talking toys; not necessarily a line of tools, but a comprehensive line of talking toys that happen to be role play toys.

**Q. Can you explain that further?**

A. Child scale, products that relate to a child on their scale that allow them to sort of play out, pretend adult activities or aspirational activities, we typically apply the term role play to because they're role playing, they're pretend

Page 15

playing, and it is a broad and pretty consistent category for us to participate in as a toy company.

**Q. Are you saying that the, and correct me if I'm wrong, are you saying that the talking tool bench that was developed by Hasbro was not developed with other talking tools?**

MR. WHITE: Objection. You can answer.

**Q. Or my question is was it developed? Was the talking tool bench that you're referring to developed with other talking tools at Hasbro?**

A. Well, I believe there's a -- my opinion, there's sort of a chain of events that happened off of the development of Chuck My Talking Truck. And insomuch that if you're talking about the origin of the talking tools within Hasbro, I always look at those products as evolving out of Chuck My Talking Truck, Tonka dump truck, which I'm sure you're familiar with.

**Q. So you're saying the tool bench developed not from talking tools?**

A. My opinion is that the whole talking tool or talking role play product line in Tonka evolved out of the Chuck My Talking Truck product. That's my

Page 16

opinion, yes.

**Q. Why do you say it's your opinion?**

A. Well, because I've been in this business long enough, I would -- I have a pretty strong idea that once we developed Chuck My Talking Dump Truck, that the idea of adding personification to Chuck My Talking Dump Truck just made sense to exploit and put into other products within the Tonka brand.

And if you look at Tonka, you've got vehicles, other classic categories, as I mentioned before, would be role play, and there's collectibles and all those other things. But for pre-schoolers, vehicles ~~in~~ and role play are very popular categories. So it makes sense to just transcend the approach to personalizing or personifying a vehicle and then take that thinking and spill it out into role play.

**Q. What is the basis for your opinion?**

A. My basis for my opinion is primarily it's based on the fact that it's normal for us to take something if we see something that looks like -- we have something that looks like it's going to be fairly successful, gaining some heat, we look at taking some of the same elements in that product and turning it into a line, if you will, or turning