# EXHIBIT C

# In The Matter Of:

*Inventor's Greenhouse, et al. v.*
*Hasbro, Inc., et al.*

---

*David L. Maurer*
*May 23, 2006*

---

*Reporting Associates*
*10 Dorrance Street*
*Westminster Square Building Suite 617*
*Providence, RI 02903*
*(401) 351-1660*

*Original File MAY23TM.TXT, 106 Pages*
*Min-U-Script® File ID: 0989835709*

**Word Index included with this Min-U-Script®**

Page 29

A: It is basically what the name implies. It's a characterized talking tool bench that had various accessories on it that also talked.
Q: Based on your understanding, who and when was that developed, the Talkin' Tool Bench?
A: I don't know. As I say, I was not in Cincinnati. This was all done there, so I do not know.
Q: I understand you weren't there, but are you familiar with any of the people involved in coming up with it, the timing, anything about who and when the Talkin' Tool Bench was developed?
A: Not really.
Q: You know of nobody that was involved in creating the Talkin' Tool Bench?
A: I couldn't say for sure.
Q: Who was — who had your job in Cincinnati?
A: Steve Toth.
Q: Steve Toth. So he would have reviewed the idea if it had come in from the inventor and so forth and so on?
A: Yes, he would have.
Q: Are you aware whether the Talkin' Tool Bench concept came in from an outside inventor or was it created in-house?
A: As far as I know, it didn't come from outside.

Page 30

Q: As far as you know, it was — the Talkin' Tool Bench was created by Hasbro in-house?
A: As far as I know.
Q: What is your basis for believing that?
A: I don't believe we paid any royalty on it.?
Q: I didn't ask if you paid royalty on it. It's a little different question I'm asking.
What is your basis for believing that the Talkin' Tool Bench was created by Hasbro in-house?
A: I don't see any evidence to the contrary.
Q: You don't see any evidence to the contrary. So you have no basis for believing that the Talkin' Tool Bench was created in-house by Hasbro; is that what you're saying?
MR. WHITE: Objection.
You can answer.
A: I don't believe I have any factual information or have not had any conversations with anybody that I could say it was or it wasn't. My belief, having looked at the licensed property description, and the fact that the licensed property description excludes the tool bench, indicates to me that the tool bench was already conceived and being worked on prior to Gary Carlin's submission.
Q: Besides your interpretation of the licensing

Page 31

agreement, you don't have any other basis for knowing whether the tool bench was created in-house or not?
A: I wouldn't have that information. I would have no way of knowing.
Q: I didn't ask if you had. Just to clarify, besides your interpretation of the contract, you have no basis to believe whether the tool bench was created in-house or by inventors?
A: No, I don't. My belief is that if it had been created by an inventor, we would be paying royalty on it. So my belief, based on what I know, limited as it may be, is that it was created in-house.
Q: Who decides when a particular product — strike that.
Who decides whether royalties are to be paid on a particular product or not at Hasbro?
A: I would say that my function has a big - a large say in that.
Q: How so?
A: Because we are the closest to the inventor community. We are the most aware of what items have been presented by the inventor community. And if we felt we had an obligation to the

Page 32

inventor community, based on a legitimate submission, we would make our best effort to see that that obligation was followed up on.
Q: So if you recommend particular products or identify particular products or toys that you believe fall within the scope of a contract, a licensing agreement, Hasbro will follow your determination as to whether a product is or is not within the contract?
A: I would say they would consider the recommendation.
Q: Who would make the final decision?
A: It would be a number of people involved in the category.
Q: In the category, what does that mean?
A: Well, for instance, if it was Playskool, it would probably be a decision between the heads of R & D, heads of Marketing and the general manager. And that's probably the case in every category.
Q: So head of R & D, the general manager, and the head of Marketing or the Marketing representative?
A: Either.
Q: Who is the Marketing representative or head of Marketing that oversees Playskool right now?
A: Well, essentially the general manager is a