# EXHIBIT D

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

COPY

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,

Plaintiffs,

vs. No. 05-246 S

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,

Defendants.

DEPOSITION OF:

DEREK STOTHARD

THURSDAY, NOVEMBER 16, 2006

Reported by: MARK I. BRICKMAN, CSR, RPR
License No. 5527

that, but there's no doubt if a designer's consistently coming up with great new ideas, he would get a good reputation and people would recognize him as a good designer.

Q. Are you familiar with a line of products called Talking Tools? 12:16

A. Yeah. 12:16

Q. Did you invent Talking Tools? 12:16

A. Did I? 12:16

Q. Yes. 12:16

A. No. 12:16

Q. Did anybody in your group invent Talking Tools? 12:16

A. The idea came up in -- from the Tonka team, yeah. 12:16

Q. So the idea of Talking Tools you believe was created within your group? 12:16

A. Yeah. 12:16

Q. When did you first learn about the concept of Talking Tools? 12:16

A. Well, the -- one year we did Chuck the Talking Truck, and he was very successful as an item, so kind of belatedly after that, the next spring, we said, "Well, we spent all this money on TV. We've got this great character. Let's take that forward and -- and hit lower price points for the non-holiday season," and so we did -- 12:16

Q. Who in -- was it your group that came up with the Talking Tools concept? 12:23
A. Yeah. 12:23
Q. Do you know who styled that name for the -- for the product? 12:23
A. The name? 12:23
Q. Yeah. 12:23
A. No. I'm not sure who came up with the name. I know Carl Christopherson I think was the designer who came up with the project, and from memory, he was the one that presented that idea? 12:23
Q. In your group? 12:23
A. Yeah. Yeah. And I'm not sure where the name came from. 12:23
Q. What was the concept of Talking Tools? How was that going to work? Explain that. 12:23
MR. WHITE: Objection. 12:24
You can answer. 12:24
MR. KEYHANI: Let me reask -- strike that question if I could. Ask another question. 12:24
Q. Can you describe Talking Tools to me? 12:24
A. Yeah. There were some tools like a saw or a screwdriver, I think, where they had faces on them much as we'd been doing from Chuck in '98 onwards. 12:24
They had faces on them and they had a switch. 12:24

If you could read my question again, please. 12:52
(Record read). 12:52
THE WITNESS: I don't remember that it was called Talking Tools. 12:52
MR. KEYHANI: Q. What was presented to you from Steve Toth? 12:52
A. Steve Toth explained -- I don't think he pre -- I don't remember him presenting an idea to me. He explained that when he saw the Talking Tools, the idea that we were pro -- progressing, he said that he thought he'd seen something similar, wanted to check his records to see if that was true, and then he told us he had seen something similar and he wanted to talk to the inventor. 12:53
I don't recall him ever showing me exactly what was being presented by the inventor. 12:53
Q. What -- when was this? 12:53
A. I don't know the date. At some point during the development of the tool bench and those ancillary items, whenever they were presented internally. 12:53
It might have been, you know, as part of this -- this -- this meeting here that you've got the documentation here (Indicating). 12:53 12:53
Q. Is that the review phase? 12:53
A. Yeah. It might have been then. 12:53
Q. So prior to the review phase, you were not 12:53

aware of an idea submission from the outside entitled Talking Tools?
A. I definitely wasn't -- wasn't -- wasn't aware of that idea submission when the project started and the team started working on it. 12:54
I was made aware of it by Steve Toth -- and I'm not sure whether this review phase is when he raised his hand and told us about that or not. I can't remember when it was he first saw this idea and said he thought he'd seen something similar. 12:54
Q. Let me draw your attention to Exhibit 4. It's three pages, Hasbro Bate number 258. Also Plaintiff's Bate number 1 and Plaintiff's Bate number 2 (Indicating). 12:54
If you could take a moment to look at these three pages. 12:54
A. (Complying). 12:55
Q. Start with the first page, 2 -- Hasbro Bate number 258. 12:55
Do you recognize this type of form, inventor review record? 12:55
A. No. I don't -- didn't get to see these. 12:55
Q. You've never seen one of these before? 12:55
A. I don't think so, no. 12:55
Q. And you never saw this one before? 12:55
A. Correct. 12:55

that it appears to have an identical name and the description that you can see otherwise appears to be very similar?

A. What do you mean by "relationship"? I mean, clearly there are similarities between the two. What Carl came up with and this describes -- I mean, there are some differences, but there's a lot of similarities. 12:58

Is that what you mean? 12:59

Q. Do you think -- do you think Carl may have sat in on one of these meetings and picked up the idea? 12:59

A. I believe that he didn't. 12:59

Q. Why? 12:59

A. Because he presented the idea as his own idea, and I don't -- I don't -- as far as I'm aware, Steve Toth didn't present this to the Tonka design team or to me. 12:59

So I don't -- I don't -- I'm not aware that Carl ever saw this. I don't think Steve ever presented this to the Tonka team in Cincinnati. 12:59

I -- my understanding is Carl came up with the idea himself and then Steve after the event said, "Hey, I think I've seen something." 12:59

Q. So you know for a fact that nobody in your group ever sat in on the idea submission -- strike that. 12:59

You know for a fact that nobody from your group was present when Steve Toth presented Talking Tools idea 12:59

to Hasbro in one of those review meetings you discussed earlier?

MR. WHITE: Objection. 13:00

You can answer. 13:00

THE WITNESS: I don't know for a fact, but I don't believe he did. I don't believe anybody on the Tonka team saw this idea. 13:00

I don't -- I don't know whether Steve Toth ever presented it in Cincinnati to the Cincinnati team or not, even. 13:00

MR. KEYHANI: Q. If you knew that he did present it to the Cincinnati team, would that change your confidence level that nobody in your group was exposed to this idea? 13:00

A. Well, you'd have to ask them. I don't -- I don't believe that any of them did see it because it was a surprise to everybody on the team, I think, when Steve first raised the question and said, "I think I've seen something similar." 13:00

So I think that the team working on it was surprised. 13:00

Q. I'm just, you know, going to try to see based on sort of your experience in the business and common sense. 13:00

Do you really -- are you really saying under 13:00