# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

INVENTOR'S GREEN HOUSE,
MICRO PRO'S TECHNOLOGY SOLUTIONS,
and R.H. BAER CONSULTANTS,

Plaintiffs,

-vs-

HASBRO, INC. and
HASBRO INTERNATIONAL, INC.,

Defendants.

RECEIVED
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903

OCT 3 2006

---

Examination Before Trial of STEPHEN M. TOTH, taken pursuant to the Federal Rules of Civil Procedure, in the law offices of HODGSON RUSS LLP, One M & T Plaza, Suite 2000, Buffalo, New York, taken on August 22, 2006, commencing at 10:10 A.M., before VALERIE A. ROSATI, Notary Public.

MR. HALL: I think you're asking him to give a definition of a pretty wide spectrum. I don't believe you've narrowed that down. I don't believe it's a question in a proper form.
MR. KEYHANI: Okay. That's why I'm asking him.
BY MR. KEYHANI:
Q. What is the definition of a tool? Go ahead. You can answer. When the attorneys object, they can object and then you can answer the question, unless you're instructed not to answer the question. So you can answer the question.
A. Okay. A tool to me has always been a small, hand-held item, typically fitting in -- or, typically like a hammer, screwdriver, pliers, that fit in a toolbox used at a workbench.
Q. Does it have to be hand-held for it to be a tool?
MS. GALVIN: You just asked for his definition and he gave it to you.
MR. KEYHANI: I understand.
THE WITNESS: Yes.
BY MR. KEYHANI:
Q. Steve, is a lawn mower a tool?
A. No.

IBIT 7 /66

elsewhere, I do not remember those specific items as part of Gary's submission.

BY MR. KEYHANI:

Q. What items are you referring to?

A. I'm referring to the -- what I'll call the back panel of the tool bench and what are the nails that are in the base surface.

Q. Who created this tool bench?

A. A designer at Hasbro's Cincinnati office.

Q. Do you know the designer's name?

A. No, I do not.

Q. Did you have a relationship with the designer?

A. At the time --

Q. Yes.

A. -- I'm sure I did.

Q. What's your basis for believing that this particular designer created this item? I'm referring to the tool bench.

MR. HALL: Objection.

BY MR. KEYHANI:

Q. How do you know the designer created the tool bench?

A. Well, specifically, I don't.

Q. So what's your basis for stating that a designer created it?
A. It's the process of the way product is developed.
Q. So you don't know for a fact whether a designer at Hasbro, in fact, created this bench?
A. Yes, I know for a fact that a designer at Hasbro created this bench. Who he is, I do not recall, or she.
Q. Excuse me? Go ahead. Continue.
A. I was just specifying he or she.
Q. Okay. Again, what is your basis for knowing that a designer at Hasbro created this tool bench?
A. My basis is the fact that when it was presented at this product presentation that I referred to earlier, it was presented by the designer that created and developed it.
Q. When was it presented?
A. I do not know the year or the date.
Q. Do you know if it was prior to or after Gary Carlin's idea submission?
A. Oh, it was after.
Q. After what, Gary Carlin's idea submission?
A. Yes.

MR. HALL: Objection.

BY MR. KEYHANI:

Q. I'll rephrase that. Again, is that sentence consistent in your mind with the scope of the idea submission that Gary Carlin made to Hasbro when you were there?

A. Not quite. As I said before, the word hand-held should have been in there.

MR. KEYHANI: Okay. Plaintiffs are going to provide Plaintiff's Exhibit 7. If you could please mark that, madame reporter.

(Whereupon, a one-page Document entitled Yard Crew, Preschool Role Play, with attachments, was then received and marked as Plaintiff's Exhibit 7, for identification.)

MR. KEYHANI: Could I just take one moment to make sure that you have the same pages that I do? They should be, but -- how many pages do you have here? Off the record.

(Discussion off the record.)

BY MR. KEYHANI: