# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R. H. BAER CONSULTANTS,

Plaintiffs,

vs.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,

Defendants,

CASE NO. 05-246S

TRUE COPY

DEPOSITION OF: JOE KHAN

TAKEN: By the Plaintiff

DATE: October 3, 2006

TIME: Commencing at 9:00 a.m.

PLACE: Cincinnati Marriott Northeast
9664 Mason-Montgomery Road
Mason, Ohio 45040

BEFORE: Barbara J. Enneking, CVR
Notary Public-State of Ohio

A. I don't recall.
Q. What about Carl?
A. He was also a senior designer.
Q. Did Dave or Carl come up with Talking Tools?
A. I don't recall.
Q. Do you know if Talking Tools came out from an outside inventor?
A. No, I don't.
Q. When you say you don't, you don't know either way, whether it was inside or outside?
A. Right. Yes.
Q. The Talking Tools concept could have come from the outside?
A. I don't think it did because it was not -- it wasn't presented in that way.
Q. Who presented it?
A. My recollection is that Dave Voss came to me and asked for me to design a talking tool bench.
Q. Is the term, "Talking Tools" synonymous with the Talking Tool Bench?
MR. WHITE: Objection. You can answer.
A. Can you elaborate? I don't understand.
Q. Sure. Maybe it's not a good question.

a product line"?

A. Yes.

Q. What does that mean?

A. That means adding existing products to a -- or adding products to an existing line.

Q. Have you heard the term, "extending a product line"?

A. Yes.

Q. Is that any different than expanding it?

A. My recollection, it would be the same.

Q. What would be a natural extension of a product line, like talking trucks?

MR. KEYHANI: Objection.

A. It was -- natural extensions would be the other toys that we came up with.

Q. And what are the other toys that Hasbro came up with?

A. So there was the Talking Robot. There were proposals for a talking farm implement, the Talking Tools.

Q. Do you believe all those ideas were extensions of the concept of the talking trucks?

A. Yes.