# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R. H. BAER CONSULTANTS,

Plaintiffs,

vs.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.,

Defendants,

CASE NO. 05-246S

TRUE COPY

DEPOSITION OF: WENDY BUELSING

TAKEN: By the Plaintiff

DATE: October 3, 2006

TIME: Commencing at 11:10 a.m.

PLACE: Cincinnati Marriott Northeast
9664 Mason-Montgomery Road
Mason, Ohio 45040

BEFORE: Barbara J. Enneking, CVR
Notary Public-State of Ohio

Q. -- came from your conversations with Derek Stothard?

A. Stothard, yeah. Any royalty conversations that I would have had would have been with Derek, yes. Is that what -- yeah.

Q. So you would know nothing about what is and what is not covered by royalties, other than what Derek told you?

A. Yes.

Q. Do you have any reason to believe that the Talking Tool Bench is different from Talking Tools?

MR. WHITE: Objection.

A. Well, as I understand it -- let me back up one. My recollection of it, as I said before, is that we concepted this. We came up with ideas. We presented it and then, you know, it was news back that, hey, someone presented a tool that was similar maybe to something that we had presented.

And that because of that we had to work in a royalty on the tools. We had already developed the concept for a bench at that point, and I'm guessing that the bench was a separate idea from the tools, or what had been presented.

I've never seen what was presented as

the inventor submission, so I don't know.

Q. What's your basis for thinking that the bench was different than the other Talking Tools? Let me rephrase that to make it more clear. What is your basis for believing that the Talking Tool Bench is different from the other Talking Tools?

A. Again, I didn't see the inventor submission, and I don't know exactly if it was about anything in particular. I don't know if it was specific to a certain type of activity, if it was a specific type of tool. I don't know.

Q. Looking again at Joe's exhibit one.

A. Um-hum.

Q. Talking Tools. Does that --

A. It's just that these, I guess -- I mean if this is all they have as far as the inventor submission, I would think -- don't they usually have a tape or something a little bit more than this? But at any rate, this has a variety of tools, this speech and this was a bench.

I guess that's how they made the basis of distinction on what would be royalty, you know, and what would not.

Q. Other than your conversations with Mr.