# EXHIBIT H

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

COPY

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,

Plaintiffs,

vs. CA NO. 05-246S

HASBRO, INC., and HASBRO INTERNATIONAL, INC.,

Defendants.

DEPOSITION OF DAVID VOSS

DATE: NOVEMBER 17, 2006

TIME: 2:40 P.M.

LOCATION: 200 East Mariposa Avenue
El Segundo, CA 90245-3007

Reported By: Margaret E. Hayward
C.S.R. No. 12459

yeah. And a screwdriver.
Q Were they permanently affixed to the bench, or were they removable?
A They were all removable if I remember. Yeah.
Q And was this Talkin' Tools Workbench developed independently from the Talkin' Tools in your recollection?
A Absolutely.
Q Was this the subject matter that Mr. White spoke about today with you?
A In some reference to it.
Q What did he say?
A In reference to Derek's progression of how the item was developed?
Q Yes.
A Yeah. That he described it as Derek's impression was that it was -- as I stated, that it was the tool bench and then we developed the tools.
Q Is that your independent recollection before Mr. White spoke to you about it?
A Oh, absolutely. Yes.
Q And was the tool bench, the Talkin' Tools Workbench, and the Talkin' Tools -- were they developed by a separate group at Hasbro; or were

to Joe from your group?

A The reason we worked with Joe was because -- we always worked with Joe -- is he would add details to it. So the general idea was from probably from the group. We wouldn't get into the specific details, or you just might as well do it yourself.

Joe had so much added value. He would add a Yohoo bottle cap out of the blue. I don't think that was art directed. That was the benefit of working with Joe.

Q Was Joe a designer himself?

A Yes. Yeah.

Q He didn't work for Hasbro directly. He was a subcontractee?

A Exactly.

Q They -- did you conceive of the concept of Talkin' Tools?

A No, I don't believe I did. It's hard to tell who -- I'm not sure who came up with the idea while I was thinking about it. I didn't. I don't remember being the guy to come up with Talkin' Tools.

Q During your time at Hasbro when you worked in the group, did anybody raise their hand and say,

"I was the one that came up with Talkin' Tools"?

A No, no. Better not have.

Q Why do you say that?

A Well, because it was a shared experience. I mean it's hard, you know, to say that one person did it all.

Q When was the first time that you were exposed to the term "Talkin' Tools"?

A Well, I have no idea. Some time in that time I was in Tonka, but I don't know the exact time.

Q What about the concept? When was the first time you were exposed to the concept of Talkin' Tools?

A I don't know. I'm sorry. Don't know an exact time.

Q Who was in your group that you worked at at Hasbro?

A Joe Cohn, Carl Christopherson. I think David Lawinski was still in the group. I can't remember. He moved around a lot. Scott -- I'm sorry. I'm at a loss for his name.

Q That's okay.

A Scott was it.

Q And --

A From the design side, I should state. The designers.

Q Do you remember talking to Joe Cohn at any point and telling him that "We're going to be working on Talkin' Tools. Design something"?

A No.

Q Did anybody come to you to tell you "We're going to be talking on Talkin' Tools. Design something"?

A No. I don't remember that.

Q What is your recollection of how Talkin' Tools started in your group, the development of Talkin' Tools?

A The Talkin' Tools specifically?

Q Whatever you understand Talkin' Tools to mean.

A Talkin' Tools to me is the line that complimented the tool bench and that was -- I think the first conversation I can remember was with Derek Stothard. After presenting the tool bench, as he'd often say to us on big, more expensive items is "Boy. This would be great if it was a line. How can you make this thing a line for me? Go back and figure it out."

You know, what do you do with a tool bench

but design tools to go along with it. That's what I can remember.

Q So would you say that the Talkin' Tool Bench or Talkin' Tools Workbench and the -- these other talking tools that you're referring to are all part of the same line?

A Yeah, they were. Same -- same line.

Q They're all part of the same line of toys.

A Yes.

Q Why are -- why would you say they're part of the same line?

A Because Chuck toys were all part of the Chuck Talking Truck line. We sort of designed them all to sort of feel and fit within that same genre of play, you know, with the character personalities, and so that a shared experience with the kid in the play pattern.

Q Was Chuck the Truck in the same line of toys of the Talkin' Tool Bench and Talkin' Tools?

A It was all under Tonka.

Q Okay. My question is a little different. Was Chuck the Truck in the same line of toys as the Talkin' Tools and the Talkin' Tool Bench?

A Yeah. Yep.

Q So when we talk about a line of toys,

"Ask you to measure stuff and tells you how long it is." If I recall correctly, there was an item that we had very similar to that, that did that. "Measure two inches and tells you if you're close, short, or long." I think those two bullets I think we had.

Q Not the first bullet but the second and third bullet.

A Sounds similar to a product that we had.

Q Sorry. Go ahead.

A No. I'm done.

Q Are you saying that the -- would you say that the second and third bullets of that description are very similar to a product that was developed at Hasbro during your time there?

MR. WHITE: Objection.

THE WITNESS: It sounds very similar to a tape measure that was developed at Hasbro on my team.

BY MR. KEYHANI:

Q Do you think that this idea submission represented in this Inventor Review Record inspired a development of the tape measure that was developed in your group at Hasbro?

A No.

Q Draw your attention to Exhibit 2 that we

looked at of a tape measure with a sketch of what appears to be the tape measure speaking as you described.

A Correct.

Q Is that correct?

A Correct.

Q Do you think -- do you believe that the idea submission presented in this Inventor Review Record was an inspiration for this tape, Talkin' Tape Measure; or do you think there's no relationship?

A I think there's no relationship at all.

Q So it is your opinion that this Talkin' Tape Measure developed by Hasbro was developed completely separately from the idea submission in this Inventor Review Record; is that correct? Or do you agree with that I should say.

MR. WHITE: Objection.

BY MR. KEYHANI:

Q Let me ask the question again. There's an objection.

A Yeah, yeah.

Q Do you believe that, at least to the extent that you know from your recollection --

A Right.