# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, :
MICRO PROS TECHNOLOGY :
SOLUTIONS, AND R.H. BAER :
CONSULTANTS :
:
vs. : C.A. NO. 05-246S
:
HASBRO, INC. AND HASBRO :
INTERNATIONAL, INC. :

DEPOSITION OF GARY CARLIN

produced, sworn and examined on November 1, 2006, at 1:00 P.M. taken on behalf of the Defendant, before Linda S. Taylor, Notary Public, at the Law Offices of Adler, Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence, Rhode Island.

APPEARANCES

For the Plaintiff:
MEREDITH & KEYHANI, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
BY: DARIUSH KEYHANI, ESQ.

For the Defendant:
ADLER, POLLOCK & SHEEHAN, INC.,
One Citizens Plaza
Providence, Rhode Island 02903
BY: TODD D. WHITE, ESQ.

ORIGINAL

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401)437-3366



25 SEA VIEW AVENUE • EAST PROVIDENCE, RHODE ISLAND 02915
(401) 437-3366

**they wanted to talk to you about a line or did he say just, "Call me." Do you know that?**

A. I don't know that.

**Q. What's the best you can remember about what he said to you?**

A. He said that he recently found out that the Tonka group was developing a line of or had developed a line of talking tools that were almost identical to what we had shown him, what I had shown him, and that he felt that they had a responsibility to pay us royalties on that. And he also said that they had developed a workbench that they created internally, invented internally, and that they didn't want to pay us on that because it was invented internally, and also that it was a standalone item that had a face on it and talked, but that would interact with -- the way I understood was that it would interact with the tools that we were getting credit for.

So there would be a bench sitting next to our individual tools and that the consumer would buy both, all of them or whatever, hopefully. So they did not want to pay us on that, and they would pay us 3 percent on the tools.

**Q. Were you surprised by the call?**

A. Sure.

**Q. Were you pleased or happy by receiving the call?**

A. Sure.

**Q. All right. In response to what you've just said Mr. Toth said to you, what did you say?**

A. Well, I think my typical -- I can't remember my exact response, but probably I needed to talk to my partners about it. I remember not being happy about the workbench. It didn't seem quite right to me, but I trusted him and I trusted Hasbro. They're a good company. They were a good company when I was there.

So I probably left it at, "Let me get back to you, talk to my partners and get back to you."

**Q. Did you thereafter contact Bob and/or Ralph?**

A. Yes, both.

**Q. Do you think you did it that day?**

A. Oh, I'm sure I did.

**Q. Okay. Do you remember who you contacted first?**

A. Probably Ralph.

**Q. Do you have any memory -- was it a telephone conversation?**

A. Yes.

trying to flesh out the conversation to make sure I fully understand it.
A. No, I did not.
Q. All right. When Steve indicated that the workbench was an internal invention, did he say anything more about it as to why it was an internal invention or who invented it or how it came about?
A. No. He said -- the only thing he said was that he described -- I asked him to describe it.
Q. And what was the description as best you can remember?
A. The way I understood it, it was going to be a bench with a face that talked, and it was going to interact with our tools that he was licensing from us.
Q. When you informed Ralph and Bob about Steve claiming the workbench was an internal invention, I think you sort of indicated Ralph was even more animated than Bob was about being concerned about that, correct?
A. Right. He said something like, "BS."
Q. Did Ralph indicate why he did not believe that that could have been an internal invention?
A. Because I think he's been in the business a