# EXHIBIT J

JAMES M. KIPLING
VICE PRESIDENT
MANAGING ATTORNEY

VIA AIRBORNE EXPRESS

October 30, 2000

Inventor's Greenhouse
ATTN: Gary Carlin
21 Melrose Street #2
Boston, MA 02116-4705

Subject: "Talkin Tools" License Agreement

Dear Mr. Carlin:

Enclosed please find three (3) copies of the proposed License Agreement dated September 29, 2000 between Inventor's Greenhouse, MicroPROS, and R.H. Baer Consultants, and Hasbro, Inc. covering the above referenced property.

If acceptable, kindly so signify by signing in the spaces indicated and fowarding to MicroPROS and R.H. Baer Consultants for their signatures as well. Please return all copies to me at the letterhead address for final execution. Upon full execution, we will process the paperwork for the Advance due of Fifteen Thousand Dollars accordingly.

Feel free to contact me if you have any questions.

Very truly yours,

James M. Kipling

JMK/lphs

Enclosures

Cc: H. Bollinger
R. M. Pelovitz, MicroPROS
R. H. Baer

HA 00151

# INVENTOR LICENSE AGREEMENT

MEMORANDUM OF AGREEMENT, effective as of the 29th day of September, 2000, by and between, on the one hand, INVENTOR'S GREENHOUSE, with a principal place of business at 21 Melrose Street #2, Boston, MA 02116-4705, MICRO PROS TECHNOLOGY SOLUTIONS, with a principal place of business at 35 Scott Avenue, Nashua, NH 03062, and R.H. BAER CONSULTANTS, with a principal place of business at 134 Mayflower Drive, Manchester, NH 03104, (Inventor's Greenhouse, MicroPROS Technology, and R.H. Baer Consultants jointly referenced as "Licensor") and, on the other hand, HASBRO, INC. (the "Company"), a Rhode Island corporation with a principal place of business at 615 Elsinore Place, Cincinnati, OH 45202, and HASBRO INTERNATIONAL, INC. ("HI"), a Delaware corporation, with a principal place of business at 1027 Newport Avenue, Pawtucket, Rhode Island 02862-1059, U.S.A. (the Company and HI jointly referenced herein as "Licensee").

For and in consideration of the mutual promises, covenants and undertakings herein contained and for other good and valuable consideration by each of the other given, receipt of which is hereby mutually acknowledged, the parties hereby agree as follows:

1. LICENSED PROPERTY:

(a) Definition: "Item" means the concept, product, design, and/or invention presented by Licensor to Licensee, currently known as "TALKIN' TOOLS," and described as a pre-school tool toy having a fanciful "face" embedded in the operating elements of the tool or its casing and an electronic voice-producing chip which issues audible statements evocative of the function of the tool and triggered by those functions. The sample disclosed is a tape measure with a smiling face and voice which uses statements pertinent to issuing or retracting the tape or measuring an object, determined by the user's interaction with the tape spool. The Item does <u>not</u> include non-speaking tools or a speaking workbench or other accessories which speak or which do not speak, but the product is limited to the speaking tool as described above .

(b) Licensor's Intellectual Property Rights: Any and all intellectual property rights owned or controlled by Licensor which may be embodied in or may relate to the Item shall be deemed subject to the grant of rights contemplated by this Agreement, including, without limitation, applications for or patents issued in the Item; copyrights in the Item or in any visual or audible material related thereto; trademarks either previously used in commerce by Licensor in connection with the Item, or with respect to which Licensor has officially, and in a manner sanctioned by applicable laws, indicated its intent to use (it being understood that the mere creation or coining of a trademark by Licensor without such use does not create rights therein); and proprietary or confidential data or information or trade secrets relating to the Item or its design or manufacture, including but not limited to know how pertaining thereto.



HA 00152

# CONFIDENTIAL

To the exclusive attention of:

Recipient: James Kipling

Company: HTG

Voice Number:

Fax Number: 1-513-579-4757

Sent By: Gary Carlin

Company: Inventor's Greenhouse

Fax Number: 617-422-0924

Voice Number: 617-422-0922

Date: 11/10/00

Time: 2:02:18 PM

Total No. Pages: 1

Subject:

## Message:

**Gary Carlin**
*President*
**INVENTOR'S GREENHOUSE**
198 Tremont Street PMB # 505
Boston, MA 02116-4705
Tel: 617-422-0922
Fax: 617-422-0924
Email: garycarlin@aol.com

James Kipling
Hasbro
615 Elsinore Place
Cinn, OH 45202

Dear Mr. Kipling,

Thanks for sending the "Talking Tools" contract. I have met with Bob and Ralph and we have the following comments and requested changes. Please let me know if you have any questions.

<u>Please note: Our comments are generally based on points that we have already negotiated with Tiger and the industry norm.</u>

1. (a) Definition: We submitted the concept of a line of talking tools. Steve Toth and I agreed that what we are licensing is the talking tools not the workbench. I want to be clear that it is the "tools" plural not "tool" that we are licensing. Please change the wording to be clear that there are more than one type of tool (i.e. Tape measure, saw, hammer, etc.)

3. (b): Based on our other deals with Hasbro (Tiger specifically) and other companies, we only would pay for the patent costs after the license period is over and if we wanted to have the rights assigned to us. Since Hasbro is receiving the lion share of the revenues from the product, during the license period this seems very fair. Please drop " any costs incurred…" And substitute " subject to the terms of this agreement Licensee shall upon Licensors written request within 120 days after termination of agreement, re-assign patents relating solely to the item as originally disclosed, Licensor reimburses Licensee for all costs of obtaining patent."
S

3. (b) (ii) Please drop "any costs incurred for renewals" this is a cost of doing business for Hasbro.

6. (a) Please spell out how future royalties will be split. Bob Welch 37.5%; Scott Frisco 37.5%; Gary Carlin 25%

6. (b) We feel it is unfair to not pay us for any product or service where Hasbro derives income. Again this was a point negotiated in our Tiger contracts. Specifically, please narrow down subparagraph 2 (a) (iii) to only include non-revenue producers like TV commercials.

6. (b) please change the definition of a close out to 60% off wholesale. This is consistent with other deals and the industry norm.

6. (b) please delete 75-year limitation on royalties, again industry norm and not fair relative to our other deals.

6. (b) (iv) we request 3 years to review records and for proceedings. Also please add: " If any examination conducted by Licensor pursuant to this section discloses an underpayment to licensor, licensee shall pay the deficiency within 15 days. If more than 5% Licensee shall pay reasonable out of pocket costs of audit not to exceed ($1500)

6. ( c) (i) please change our share of sublicensing revenues to 50%

6. (c ) (ii) please change our share to 35%

6. (v) (4) Please add "same business terms apply"

7. Please add that the Licensor agrees to spend a "reasonable" amount of time assisting licensee. And that licensee will be reimbursed a "reasonable" amount of expenses as a result of such cooperation.

8. (a) We would like to add language that says the controversy cannot be frivolous. Also, except in cases of fraud or willful breach of contract please limit our liability to 50% of total royalties paid to us.

9. Please add "if licensee defaults , royalties are still due to Licensor for all products sold. Also, If licensee defaults and not remedied within 60 days rights to licensed property revert to back to Licensor.

12. Please add "all rights and remedies under this agreement extend to Bob, Scott and Gary on a collective basis only and not individually. Unless notified to the contrary in a single writing signed by all of the individuals, Licensors rights may be exercised solely Gary Carlin, and Hasbro may rely on any actions taken or instructions given by Gary Carlin in all matters related to this agreement. "

Other: Please add if and when products go into production Hasbro will send 6 samples each at no charge to Licensor.

Please call if you have any questions or comments. Look forward to working together.

Sincerely,

Gary Carlin