# EXHIBIT K

000065

Monday, September 25, 2000 TTM/Gary Carlin-Hasbro

**Subject:** TTM/Gary Carlin-Hasbro
**Date:** Mon, 25 Sep 2000 19:56:51 -0400
**From:** "Ralph H. Baer" <rhbaer@ix.netcom.com>
**Organization:** R.H. Baer Consultants
**To:** "Robert M. Pelovitz" <rpelovitz@earthlink.net>

Subject: Telecon w/ Gary Carlin, 9/25/00
re. Talking Tape Measure/Measure Bear

In a conversation between Gary Carlin and Steve Toth of Hasbro initiated by Hasbro, Toth told Gary that Hasbro (Tonka) had shown a workbench product at Toy Fair that had an excellent reception and of which they expect to sell 300 K pieces in the fall of '2001 @ $7.- ($10.-retail) and which they expect to sell more in 2002.

The workbench is interactive in some way (which I guess that means it "talks". They (Tonka) are also planning to do associated "tools" like our TTM.

The workbench, Hasbro claims, is an internal concept. Talking Tools, they recognize, they had been shown by Gary Carlin a year and a half ago - in fact, they kept our TTM for abt 6 weeks) and Gary showed the "Measure Bear" (multiple talking tool demo I ilt) to a preschool product division at Hasbro also.

I will say that I am surprised that Hasbro volunteered this information, ostensibly because they do not want any "problems" at Toy Fair. What were we gonna do....sue them? This appears to be an important product category for them. We coulda told 'em!

Steve Toth actually began to negotiate a royalty rate with Gary Carlin on the phone. He offered 2% which is too low for a start (but better than nothing!). Gary will negotiate with him further and see if he can get it up to 3% for all individual tools or 2% for both the tools and the workbench.

Don't count your chickens before the eggs are hatched, Bob. I am surprised at Hasbro's honorable attitude...let's see if it lasts and becomes a real agreement.

I looked at the arrangement we have with Gary. It calls for 1/3 for him, 1/3 for you and 1/3 for me of any license income. Let's hope that we actually see the color of real money this time. Now that would be a first!

Ralph