UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, ET AL

v. CA No. 05-246S

HASBRO INC., ET AL

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Doreen Baldwin

Deputy Clerk

ENTER:

WESmith

William E. Smith
U.S. District Judge

DATE: 2/16/07