UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| v. | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**MOTION TO REQUEST LEAVE TO PRESENT ORAL ARGUMENTS BEFORE THE HONORABLE JUDGE ERNEST C. TORRES**

Now come the Plaintiffs, Inventor's Greenhouse, Micro Pros Technology Solutions, and R. H. Baer Consultants, who herein move that this Court grant leave to present oral arguments in support of its Opposition Motion to Defendants' Motion for Summary Judgment.[1] Plaintiffs have been recently informed that the Honorable Judge William E. Smith has recused himself in this matter and the case has been assigned to the Honorable Judge Ernest C. Torres.

Currently before the Court in this matter are Defendants' Motion for Summary Judgment (and Reply) and Plaintiffs' Motion Opposing Defendants' Motion for Partial Summary Judgment. The parties presented oral arguments on the motions before Judge

[1] Although tilted "Defendants' Motion for Summary Judgment" it is in fact a motion for partial summary Judgment as the Defendants did not move for summary judgment on Plaintiffs' claims for fraud and misrepresentation.

Smith prior to his recusal.[2] However, because the matter has been before Judge Smith for over one and a half years[3] and there are numerous factual and legal issues now before the newly assigned Judge, Plaintiffs respectfully request leave for the opportunity to present oral arguments before Judge Torres on the pending motions.

Date: February 25, 2007

Respectfully submitted,
Plaintiffs,
By their attorneys,

/s/ Mark B.Morse___
MARK B. MORSE
RI Bar Registration Number 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (telephone)
(401) 273-0937 (facsimile)
Mark@morselawoffice.com

/s/ Dariush Keyhani____
DARIUSH KEYHANI
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com
(Appearing *Pro Hac Vice*)

[2] On February 5, 2007 a Hearing on the motions before Judge Smith was held.
[3] This case was originally assigned to Judge Smith in June of 2005.

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 25, 2007 the within motion was filed electronically with the Court and that the attorneys of record are as listed below:

John Tarantino, Esq.
Todd D. White, Esq.
Jeffrey Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/_Mark B. Morse_______________
Mark B. Morse