UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | ) | |
| v. | ) | CA NO: 05-246S |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO REQUEST LEAVE TO PRESENT ORAL ARGUMENTS BEFORE THE HONORABLE JUDGE ERNEST C. TORRES**

In support of Plaintiffs, Inventor's Greenhouse, Micro Pros Technology Solutions, and R. H. Baer Consultants, motion for this Court to grant leave to present oral arguments in support of its Opposition Motion to Defendants' Motion for Summary Judgment, Plaintiffs refer to the reasons as set forth in Plaintiffs' Motion. In further support, Plaintiffs aver that Judge Smith has recused himself from further proceedings in this matter, and that oral argument will assist the Court in its determination of the issues before the Court.

Date: February 25, 2007

Respectfully submitted,
Plaintiffs,

By their attorneys,

/s/ Mark B.Morse___
MARK B. MORSE
RI Bar Registration Number 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555 (telephone)
(401) 273-0937 (facsimile)
Mark@morselawoffice.com

/s/ Dariush Keyhani____
DARIUSH KEYHANI
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
(609) 945-7406 (telephone)
(609) 228-4031 (facsimile)
dkeyhani@meredithkeyhani.com
(Appearing *Pro Hac Vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 25, 2007 the within memo was filed electronically with the Court and that the attorneys of record are as listed below:

John Tarantino, Esq.
Todd D. White, Esq.
Jeffrey Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/_Mark B. Morse________________
Mark B. Morse