UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO
PROS TECHNOLOGY SOLUTIONS, and
R.H. BAER CONSULTANTS

v.

CA No. 05-246-T

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 3/15/07