UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS,
Plaintiffs,

v. CA NO: 05-246 L

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
Defendants.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby move for summary judgment on the Plaintiffs' Complaint, including counts for Breach of Contract, Unjust Enrichment, Breach of Fiduciary Duty and Misappropriation of Ideas. There are no material facts in dispute in this matter and as a matter of law the Plaintiffs are unable to establish that they can recover on the aforementioned counts.

In Support of Defendants' Motion for Summary Judgment, Defendants attach their Memorandum of Law.

Denied after hearing:
Ronald R. Lagueux
Sr. USDJ 3/28/07