UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREEN HOUSE, MICRO PRO'S TECHNOLOGY SOLUTIONS and R.H. BAER CONSULTANTS, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 05-246L |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., | : | |
| Defendants. | : | |

**DEFENDANTS' PRE-TRIAL MEMORANDUM PURSUANT TO COURT'S PRE-TRIAL ORDER**

**1(b) What Defendants Expect to be Proven in Defense and Witnesses to Testify.**

Defendants, Hasbro, Inc. and Hasbro International, Inc. expect to prove that there was no breach of contact as alleged by the Plaintiffs and, in fact, Defendants paid Plaintiffs on certain products that Defendants had no contractual obligation to pay all in an effort to maintain inventors' relations. Defendants expect that Plaintiffs will not be able to prove there was unjust enrichment, particularly in light of the fact that there is a claim for breach of contract. Defendants do not expect the Plaintiffs can establish Defendants had any fiduciary relationship with the Plaintiffs, no less that they breached a fiduciary duty. Defendants do not expect the Plaintiffs will be able to establish any "Misappropriation of Ideas"; liability under the Rhode Island Trade Secrets Act; or even common law "theft of idea." Finally, Defendants do not expect the Plaintiffs can establish the requisite elements to support a Fraud and Misrepresentation count.

Defendants expect to establish that the workbench and tools were conceived and developed internally by the Tonka group. Nonetheless, Defendants entered an Agreement with the Plaintiffs in an effort to avoid any dispute about product development and origination. Defendants also expect to establish that they have paid the required royalty on every toy they produced which was referenced in the License Agreement and in the Inventors' written submission.

Witnesses and Expected Testimony

1. Gary Carlin. It is expected that Mr. Carlin will testify about the toy ideas and submission made to both Tonka and Preschool Group; about the negotiations of the license agreement; about the October 4, 2001 meeting at Hasbro in which the issues of payment on the chainsaw, trimmer and lawn mower were reviewed.

2. Ralph Baer. It is expected that Mr. Baer will testify about the development of the model tape measure; about what Mr. Carlin told him concerning the negotiations of the license agreement, as well as his participation in the October 4, 2001 meeting at Hasbro.

3. Steve D'Aguanno. It is expected that Mr. D'Aguanno will testify about concept acquisition; the general work undertaken by the Tonka and Pre-school Groups; the internal development of Chuck My Talking Truck and all of its progeny; the development of other related toys at Hasbro and its competitors; the general development of the work bench at Tonka; and the process of obtaining ideas and information from outside inventors, including licensing agreements. Mr. D'Aguanno is expected to testify about general product development and the corporate structure of Hasbro with respect to the work of the designers, engineers, and marketing group in bringing a product to sale.

4. Franklin LaBarbara. It is expected that Mr. LaBarbara will testify about the Tonka Group; the work undertaken by the Pre-school Group; external inventor relationships with Hasbro; the licensing agreements used in the industry; the internal development of Chuck My Talking Truck and all of its progeny; the development of the tool bench at Tonka; and the process of obtaining ideas and information from outside inventors. Mr. LaBarbara may also testify about general product development and the corporate structure of Hasbro with respect to the inner workings of the designers, engineers, and marketing group in bringing a product to sale. (Because of scheduling and availability issues, both Mr. D'Aguanno and Mr. LaBarbara are listed as providing similar testimony. Defendants will ensure to avoid duplication.)

5. Derek Stothard. It is expected that Mr. Stothard will testify about the Tonka Group, including the development of Chuck My Talking Dump Truck and other toys that extend from that product. Mr. Stothard is expected to testify about the development of the bench and the tools that were utilized in conjunction with the bench, as well as other related toys that were developed. (Mr. Stothard may testify live or via deposition designations/video deposition.)

6. Dave Maurer. It is expected that Mr. Maurer will testify about his work as the inventor's liaison for Hasbro's Pre-School Group. Mr. Maurer will testify about his relationship with Gary Carlin; the group's review of Mr. Carlin's submission in 1999; his conversations with Mr. Carlin thereafter; communications with Mr. Carlin and the Plaintiffs thereafter all the way up until 2005; and the meeting that took place on October 4, 2001 in which certain toys were shown to Mr. Carlin and Mr. Baer. Mr. Maurer is expected to testify about role as an inventor's liaison at Hasbro, the integrity of

independent inventor's ideas and the efforts made to protect those ideas. Mr. Maurer may also testify about the development of related toys within Hasbro and the toy industry in general.

7. Steve Toth. It is expected that Mr. Toth will testify about his role as the outside inventor's liaison for Tonka Group; his communications with Mr. Carlin and the other Plaintiffs with regard to their submission; his work in the Tonka Group and review of ideas to ensure independent inventor's concept protection; his first awareness of the development of the tool bench and tools; his further communications with Mr. Carlin, including negotiating the terms of the license agreement. (Mr. Toth's testimony may be live or through deposition designations.)

8. Joe Fernandes. It is expected that Mr. Fernandes will testify about the royalty payments made by the Defendants to the Plaintiffs, including the accounting system, the information supporting general sales and the inclusion and utilization of the SAP system. Mr. Fernandes or another designee from the Defendants accounting and royalty department will testify if issues of accounting become relevant.

9. Joe Kahn. It is expected that Mr. Kahn will testify about his work at the Tonka Group as a designer; his understanding of the development of the work bench and the toy tools that were later developed; and, in general, the way that ideas were developed by the Tonka Toy designers. (Mr. Kahn may testify live or through deposition designations.)

10. Wendy Buelsing. It is expected that Ms. Buelsing will testify about her work at Tonka in the marketing group; her understanding of the development of the work bench and any toy tools that were developed thereafter; her understanding of the review

of outside inventor's ideas; and her general understanding of the interactive work between the various elements of the Tonka Group. (Ms. Buelsing may testify live or through deposition designations.)

11. Dave Voss. It is expected that Mr. Voss will testify about his work in the Tonka Group including the development of certain aspects of Chuck My Talking Dump Truck, Tucker the Talking Truck Bot, Friends of Chuck and progeny. Mr. Voss is expected to testify about the development of the work bench in question and the development of toy tools thereafter. Mr. Voss will testify about his understanding of the concepts of outside inventors and how they are utilized in the group itself. (Mr. Voss may testify live or through deposition designations/video deposition.)

12. Dave Visnick. It is expected that Mr. Visnick will testify about his affiliation with the Tonka Group, including the development of Chuck the Talking Dump Truck, Tucker the Talking Truck Bot, Friends of Chuck, including a gas station and car wash. He is expected to testify about the concept and development of the talking work bench, including the origination of that idea and the brainstorming that was involved in expanding upon that idea. He also is expected to generally testify about the expansion of ideas, the extension of toy lines and the effort that people within Tonka's various departments undertake to extend those lines and create new ideas.

13. Karl Christopherson. It is expected that Mr. Christopherson will testify about his affiliation with the Tonka Group, including the development of Chuck the Talking Dump Truck, Tucker the Talking Truck Bot, Friends of Chuck, including a gas station and car wash. He is expected to testify about the concept and development of the work bench, including the origination of that idea and the brainstorming that was

involved in expanding upon that idea. He is expected to generally testify about the expansion of ideas, the extension of toy lines and the work that people within Tonka's various departments do to extend those lines and create new ideas.

14. Paul Franer. It is expected that Mr. Franer will testify about his affiliation with the Tonka Group, including the development of Chuck the Talking Dump Truck, Tucker the Talking Truck Bot, Friends of Chuck, including a gas station and car wash. He is expected to testify about the concept and development of the work bench, including the origination of that idea and the brainstorming that was involved in expanding upon that idea. He is expected to generally testify about the expansion of ideas, the extension of toy lines and the work that people within Tonka's various departments do to extend those lines and create new ideas.

15. Todd Patrick. It is expected that Mr. Patrick will testify about his affiliation with the Tonka Group, including the development of Chuck the Talking Dump Truck, Tucker the Talking Truck Bot, Friends of Chuck, including a gas station and car wash. He is expected to testify about the concept and development of the talking work bench, including the origination of that idea and the brainstorming that was involved in expanding upon that idea. He is expected to generally testify about the expansion of ideas, the extension of toy lines and the effort that people within Tonka's various departments undertake to extend those lines and create new ideas. (Todd Patrick, Karl Christopherson, Paul Franer and Dave Visnick are all listed with similar descriptions because of availability issues.)

**2. Memorandum of Supporting Law.**

Fraudulent Misrepresentation (or Fraud and Misrepresentation).

The Plaintiff must prove that the Defendant made a false representation about a material fact concerning the existing circumstances and/or contract; that the Defendant knew that its representation was false when made; that the Defendant intended to deceive the Plaintiff by inducing the Plaintiff to rely on the false representation in either entering into the contract or the relationship; that the Plaintiff did rely on the false representation; that the Plaintiff's reliance on the false representation was reasonable under the circumstances; and that the Plaintiff suffered some loss or harm as a proximate result of the Defendant's representation. Fleet National Bank v. Anchor Media Television, Inc., 831 F.Supp. 16 (D.R.I. 1993).

Modifications to a Contract.

An agreement to modify or change a contract may be made by oral agreement even when the original contract was a written one. To establish there was a modification of the contract, the Defendant must prove that there was an offering and acceptance of the contract changes; that there was mutual assent to the contract changes; that there was consideration for the contract changes and the parties intended to be bound by the modification. The parties seeking to prove the existence of an agreement to change the terms of a contract must do so by a preponderance of the evidence. Bourg v. Bristol Boat Co., Inc., 705 A.2d 969 (R.I. 1998).

Accord and Satisfaction.

The Defendants have asserted that the October 4, 2001 meeting at Hasbro in Pawtucket between Gary Carlin, Ralph Baer and Dave Maurer served as an accord and

satisfaction. The doctrine of accord and satisfaction provides that when two parties agree to give and accept something in satisfaction of a right of action which one has against the other, and that agreement is performed, the right of action is subsequently extinguished. Lamoureaux v. Merimack Mutual Fire Insurance Co., 751 A.2d 1290, 1293 (R.I. 2000).

**3.**

**DEFENDANTS EXHIBITS**

A. 9/29/00 – Inventor License Agreement (to establish contractual obligations)

B. 10/30/01 – Email from Nicole Cook to JoAnn Bryden (to establish modification and payment on chainsaw and trimmer)

C. Talking Tape Measure Overview (to establish Plaintiffs' product overview)

D. Talking Tape Measure Functional Design (to establish tape measure functions)

E. 3/20/01 – Letter from Gary Carlin to Dave Maurer (Potential impeachment of Plaintiff)

F. 8/29/01 – Emails from Gary Carlin to Bob Pelovitz (to establish negotiation history)

G. 4/3/01 – Email from Ralph Baer to Gary Carlin (to explain negotiation history)

H. 5/7/01 – Email from Dave Maurer to Gary Carlin (to explain negotiation history)

I. 6/10/04 – Correspondence from Dave Maurer to Gary Carlin (to explain negotiation history)

J. "Partial List of Talking Products" (to show Plaintiffs' claims of talking products requiring payment)

K. Talking Tools List of Products (to show Plaintiffs' chart of products)

L. 8/18/05 – Letter from Joe Fernandes to Licensor (to demonstrate letter to Licensor with information)

M. 5/10/04 – Email from Dave Maurer to Gary Carlin (to demonstrate oral agreement concerning lawn mower)

N. Talking Tools List of Products for August 2004 (to show Plaintiffs' chart of tools)

O. 1/19/99 – Letter from Joanne Barngrover to Gary Carlin (to show when concept returned)

P. Playskool Products (Carlin-Inventor's Greenhouse claim they should be paid)

Q. Dead file computer screen printouts (examples of Hasbro's computer file system)

R. Pride-contract Listing (example of Hasbro' Computer Contract listing)

S. Talking Tools "Get the Job Done" from Gary Carlin (to show Plaintiffs' written submission on toy tools)

T. 12/18/00 – Letter from James M. Kipling to Gary Carlin (to show date of execution of Agreement)

U. 12/13/00 – Letter from James Kipling to Gary Carlin (to show changes made to Agreement)

V. Photographs of the various Hasbro toys (to show what various toys look like)

W. Talkin Tools Computer Screen Print-outs (to show Hasbro's concept review computer system)

X. Patent submittal information - Tape Measure (shows Baer's disclosure to Patent Office)

Y. Inventor's License Agreement Proposal (shows documentation of Agreement)

Z. Tonka Advertisement of Toys (Depicts certain products at issue)

AA. Cool Crew Advertisement (Depicts certain products at issue)

AB. Yard Crew advertisement (Depicts certain products at issue)

AC. Hasbro's Boys Preview 2002 (Depicts certain products at issue)

AD. Hasbro's Preschool Contents 2003 (Depicts certain products at issue)

AE. Hasbro's Preschool Product Catalogue, 2002 (Depicts certain products at issue)

AF. Etoys advertisements (Depicts various talking toys)

AG. 1999 TMI Report (shows competitors similar products)

AH. 2000 TMI Report (on Competitive products)

AI . F-P Tool Kit (to show F-P tool toys)

AJ. F-P Woodtop Workbench (to show F-P toy tools)

AK. F-P Advertisement for Power Workshop Tools (shows F-P toy tools)

AL. F-P Toolbox and Assorted Tools (shows F-P toy tools)

AM. F-P Sesame Street Giggle Tool Belt and Drill Set (Shows F-P toy tools)

AN. 6/19/00 – Toys R Us Press Release (to show a trend in the retail toy industry)

AO. 6/29/00 – Concept Sketch of Bench by Boer (to show conceptualization of bench)

AP. 6/30/00 – Concept Sketch of Bench by Boer (to show conceptualization of bench)

AQ. 6/30/00 – Concept Sketch of Bench by Boer (to show conceptualization of bench)

AR. 8/3/00 – Concept Sketch of Bench by Boer (to show conceptualization of bench)

AS. 8/400 – Concept Sketch of Bench by Boer (to show conceptualization of bench)

AT. 2000 Tiger Press Release re: Bob the Builder (to show trends in the toy industry)

AU. Ralph Baer's medical record which indicates meeting was October 4, 2001 at Hasbro (to establish date of meeting at Hasbro)

AV. 3/11/99 e-mail from Gary to Ralph (to show submission made to other toy company)

AW. 9/25/00 e-mail from Ralph to Pelovitz (to show evidence of negotiations)

AX. 2/15/01 – Ralph's notes of Gary's Toy Fair Report (to show Plaintiffs' perception)

AY. November 30, 1998 Submission to Steve Toth at Tonka (provides all the documents concerning submission)

AZ. 5/13/96 Tonka Tough Little Talkn' Buddy Truck (shows dates of Hasbro product development)

BA. 6/26/97 – Envision Industries Letter (shows Tonka and Cool Tools tie-in)

BB. 7/7/97 – Tonka's My Buddy Truck Sound scripts (shows timing of development)

BC. 5/28/98 – Chuck my Talkin' Truck Field Test Results (shows timing of development)

BD. 11/16/98 – 1/27/99 – Concept Sketches of talking trucks (shows timing of development)

BE. Color renderings of Chuck's Friends (to depict some of the toys at issue)

BF. 1/18/99 – Prototypes of Chuck & Friends (to depict some of the toys at issue)

BG. Phrases for Chuck and Friends (to show development of some of the toys at issue)

BH. 7/7/97 Mechanical Drawing for My Buddy Truck (to show development of some toys)

BI. 5/1/98 – Cool Tools 1999 projections (to show development timeline of related toys)

BJ. 1995 – 1997 Toy Fair Catalogue (to show development timeline of related toys)

BK. 1994 – Playskool Catalogue (to show development timeline of related toys)

BL. 1998 Tonka Workshop – web information (to show development timeline of related toys)

BM. Advertisement for Tonka Lil' Chucks Talking Truck Stop Garage Car Wash (to show development timeline of related toys)

BN. 11/3/98 memo from Derek Stothard (to show development timeline of related toys)

BO. 1/4/99 – Concept sketch – Gas Station (to show development timeline of related ideas)

BP. 6/23/99 – Drawing of Tonkapolis (to show development timeline of related ideas)

BQ. 4/11/99 – Concept sketch - Car wash (to show development timeline of related toys)

BR. 8/00 – Concept sketches of tools (to depict toy tools and concept timeline)

BS. Talking Toys Book (utilized by Plaintiff's expert)

BT. Photos of Chuck My Talking Dump Truck (to depict the toy)

BU. Photo of Dusty the Talking Tool Bench (to depict the toy)

BV. Tonka Workshop CD-Rom Playset (to depict the toy)

BW. Dialogue with a Monologue: Voice Chips and the Products of Abstract Speech (Paper relied upon by Plaintiff's expert)

BX. 9/18/97 Dave Visnick Drawings of Salt and Pepper shakers

BY. 11/8/00 – Sports Talk Concept sketch (to show timeline development of characterized concepts)

BZ. 11/8/00 – Role Play Golf (and Baseball) Concept sketch (to show timeline development of characterized concepts)

CA. 11/8/00 – Yard Crew Concept sketch (to show timeline development of characterized concepts)

CB. 9/12/05 – Plaintiffs' Response to Defendants' INTS

CC. 4/9/07 – Plaintiff's Supplemental Response to Defendants' INTS.

CD. V-Tech Industries Information (Shows Toy Concepts)

**4.** **<u>LIST OF POTENTIAL DEFENSE WITNESSES</u>**:

Gary Carlin
Ralph Baer
Steve D'Aguanno
Robert Pelovitz
Franklin LaBarbara
Derek Stothard
Dave Maurer
Steve Toth
Joe Khan
Wendy Buelsing
Dave Voss
Todd Patrick
Karl Christopherson
Dave Visnick
Joe Fernandes

(Defendants reserve the right to supplement this list for unanticipated rebuttal testimony.)

**5.** **See attached Proposed Jury Instructions.**

**6.** **Probable Length of Trial:** Seven to nine trial days.

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

/s/ Todd D. White________________
John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: April 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2007, I caused a true copy of the within document to be served for electronic filing (ECF) to the following counsel of record:

The Law Office of Mark B. Morse
Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

/s/ Todd D. White

*413484_1.doc*