UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246 L |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' MOTION IN LIMINE**
**TO PRECLUDE EVIDENCE OF BENCH RECALL**

Now come the Defendants, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby move in limine for the preclusion of any evidence which references any personal injury claims, wrongful death claims, product liability claims and/or recall of the Talking Tool Bench in 2006. Defendants are concerned that the jury will be tainted in an inappropriate manner if the Plaintiffs present any evidence that the tool bench was recalled as a result of a product safety issue. Said product safety issue has absolutely no relevance or bearing in this case and it would only serve to unduly prejudice the jury in a manner detrimental to the Defendants.

Additionally, Defendants request the preclusion of any evidence, reference or testimony concerning personal injury incidents and/or deaths related to the Tool Bench in question, as immaterial, irrelevant and unduly prejudicial. Defendants are aware that at least one witness, Derek Stothard, was asked about this during his deposition.

For the Defendants,
HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White_______________
John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
jtarantino@apslaw.com
twhite@apslaw.com
jtechentin@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2007, I electronically filed the attached Defendants' Motion in Limine to Preclude Evidence of Bench Recall with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

_/s/ Todd D. White______________

*408622_1.doc*