UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246 L |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' MOTION IN LIMINE TO PRELCUDE EVIDENCE OF AN ALLEGED "BREACH OF AN AGREEMENT TO HOLD CONFIDENTIAL"**

In the Section 1.1B of Plaintiff's Pre-Trial Memorandum (which was received electronically by the Defendants on April 27, 2007), Plaintiffs set forth evidence they will present at trial to establish "**3. Defendants' Breach of the Agreement to Hold Confidential . . . .**" Similarly, Plaintiffs include a proposed Jury Instruction (Instruction No. 5) which addresses "**Breach of Agreement to Hold Confidential.**" Thus, it appears that Plaintiffs are attempting to put on a case, one count of which is "A Breach of an Agreement to Hold Confidential." However, no such count has ever been plead.

Plaintiffs were given leave to file an Amended Complaint after hearing on the Defendants' Motion for Summary Judgment (filed on March 29, 2007). Plaintiffs' Amended Complaint does not contain any count for "Breach of an Agreement to Hold Confidential." Plaintiffs now appear to be making an allegation in their Pre-Trial Memorandum and Proposed Jury Instructions for a count they have neither plead in their Complaint nor their Amended Complaint.

The case the Plaintiffs have presented has been something of a moving target. It initially was presented as a Breach of the License Agreement case. The initial Complaint also contained counts of Breach of Fiduciary Duty and Misappropriation of Idea to buoy that primary cause of action. Plaintiffs now appear to be trying to move away from their Breach of Licensing Agreement allegation and move to a more ethereal "idea theft" and general Fraud and Misrepresentation theory. Plaintiffs' recent attempt to claim a "Breach of an Agreement to Hold Confidential" appears to be part of this attempt. Defendants are prejudiced by any attempt to prosecute a cause of action that has never been articulated in Plaintiffs' Complaint or Amended Complaint, and for which discovery or investigation was never undertaken.

WHEREFORE, the Defendants respectfully request that this Court preclude Plaintiffs from entering evidence relative to a "Breach of an Agreement to Hold Confidential."

For the Defendants,

HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White_______________
John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
jtarantino@apslaw.com
twhite@apslaw.com
jtechentin@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2007, I electronically filed the attached Defendants' Motion in Limine to Preclude Evidence of An Alleged "Breach of an Agreement to Hold Confidential" with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

_/s/ Todd D. White_____________

*416307_1.doc*