UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246 L |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' MOTION TO QUASH**

Now come the Defendants, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and hereby move to quash the trial subpoenas served on Hasbro employee, Dan Ratigan and Keeper of Records of Hasbro's Information Systems. (Copies of Subpoenas attached at Exhibit A). As this Court is aware, Plaintiffs are in the middle of presenting their case-in-chief with regard to the above-captioned matter. On Friday, May 11, 2007, Plaintiffs had a trial subpoena served on Dan Ratigan and the Keeper of Records. Although Mr. Ratigan was not at the Hasbro office at the time of service, Hasbro's general counsel, Barbara Finigan (who has been in attendance at trial) accepted service on behalf of Mr. Ratigan and the Keeper of Records.

It appears that Plaintiffs are attempting to subpoena Mr. Ratigan and the Keeper of Records as trial witnesses in an effort to obtain testimony and/or establish the authentication of documents. Plaintiffs have not timely designated either Mr. Ratigan or the Keeper of Records as trial witnesses. Plaintiffs' Pre-trial Memorandum and witness list does not reference Mr. Ratigan or a Keeper of Records. Plaintiffs have been in

possession of Mr. Ratigan's affidavit for more than half a year and yet did not properly identify him as someone who will be called at trial. Because this is Plaintiffs' case-in-chief and involves an aspect of the Plaintiffs' damages which they knew required proof at trial, they cannot now argue "rebuttal testimony."

WHEREFORE, Defendants respectfully request that this Court grant its Motion to Quash the trial subpoena of Dan Ratigan and any other Keeper of Records or representative of Hasbro called by the Plaintiffs to authenticate documentation having not been listed as trial witnesses.

For the Defendants,
HASBRO, INC. and HASBRO INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White_______________

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
jtarantino@apslaw.com
twhite@apslaw.com
jtechentin@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2007, I electronically filed the attached Defendants' Motion to Quash with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

_/s/ Todd D. White_____________

*417507_1.doc*