# EXHIBIT A

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

INVENTORS GREENHOUSE, Et. Al.

V.

HASBRO, INC. and HASBRO INTERNATIONAL, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-246L

TO: Dan Ratigan, V. Pres. Information Systems Hasbro, Inc. 1027 Newport, Avenue, Pawtucket, RI

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. District Court, 1 Exchage Place, Providence, RI | 4 |
| | DATE AND TIME<br>May 14, 2007 @ 2:00 p.m.<br>Format: m/d/yyyy h:mm am/pm |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

copies of sales summaries attached to the Affidavit of Dan Ratigan, V.Pres. Information Systems, executed on October 26, 2006.

| PLACE | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Mark B. Morse / ATTY FOR PLAINTIFF | 5-11-07<br>Format: m/d/yyyy |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mark B. Morse, Esq., Law Office of Mark B. Morse, 111 Wayland Avenue, Providence, RI 02906 (401) 831-0555

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

DATE 5-11-07
A TRUE COPY ATTEST
THOMAS J SHERMAN
RI CONSTABLE #6102

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

INVENTORS GREENHOUSE, Et. Al.

V.

HASBRO, INC. and HASBRO INTERNATIONAL, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-246L

TO: Keeper of Records, Information Systems Hasbro, Inc. 1027 Newport, Avenue, Pawtucket, RI

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. District Court, 1 Exchage Place, Providence, RI | 4 |
| | DATE AND TIME<br>May 14, 2007 @ 2:00 p.m.<br>Format: m/d/yyyy h:mm am/pm |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

copies of sales summaries attached to the Affidavit of Dan Ratigan, V.Pres. Information Systems, executed on October 26, 2006.

| PLACE | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | Format: m/d/yyyy h:mm am/pm |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Atty for Plaintiff | May 11, 2007<br>Format: m/d/yyyy |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mark B. Morse, Esq., Law Office of Mark B. Morse, 111 Wayland Avenue, Providence, RI 02906 (401) 831-0555

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

DATE 5-11-07
A TRUE COPY ATTEST
THOMAS J SHERMAN
RI CONSTABLE #6102