UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE; MICRO PROS TECHNOLOGY SOLUTIONS, R. H. BAER CONSULTANTS<br><br>Plaintiff,<br>v.<br><br>HASBRO, INC., HASBRO INTL. INC.<br><br>Defendant | }<br>}<br>}<br>}<br>}<br>}<br>}<br>} | C.A. No. 05-246L |

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants on Counts I, II, III, IV and V in the amended complaint

Deputy Clerk
May 22, 2007