AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Inventor's Greenhouse, Micro Pros Technology

V.

Hasbro, Inc. and Hasbro International Inc.

**BILL OF COSTS**

Case Number: CA No. 05-246L

Judgment having been entered in the above entitled action on 5/22/2007 (Date) against Plaintiffs, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $- |
| Fees for service of summons and subpoena | - |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | - 5,239.10 |
| Fees and disbursements for printing | - |
| Fees for witnesses (itemize on reverse side) | - 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | - 889.40 |
| Docket fees under 28 U.S.C. 1923 | - |
| Costs as shown on Mandate of Court of Appeals | - |
| Compensation of court-appointed experts | - |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | - |
| Other costs (please itemize) | - |
| TOTAL | $- 6,128.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fe[es have been charged were actually and necessarily perfor]med. A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney: [signature]

Name of Attorney: Jeffrey K Techentin

For: Defendents (Name of Claiming Party) Date: 6/6/2007

Costs are taxed in the amount of ______ and included in the judgment.

______ Clerk of Court By: ______ Deputy Clerk ______ Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

60321



Golden Gate Reporting

35 Mitchell Blvd
Suite 8
San Rafael, California 94903
(800) 442-4611 Toll-Free
(415) 491-4611 Local
(415) 491-4635 Fax
www.GoldenGateReporters.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 95656 | 12/08/2006 | 01-37913 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/16/2006 | BRICMA | 05-246f |

**CASE CAPTION**

Investors Greenhouse et al. v. Hasborough et al.

**TERMS**

Due upon receipt

Todd D. White
Alder Pollock & Sheehan
One Citizens Plaza
8th floor
Providence, RI 02903

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Derek Stothard | 165 Pages @ | 2.50/Page | 412.50 |
| HANDLING & DELIVERY | | | 25.00 |
| VIDEO CHARGES FOR THE DEPOSITION OF: Derek Stothard/Video Video: DVDs | 2.00 @ | 95.00 | 190.00 |
| | TOTAL DUE >>>> | | 627.50 |

PLEASE NOTE THAT WE HAVE CHANGED OUR NAME FROM GOLDEN GATE REPORTERS TO GOLDEN GATE REPORTING. OUR NEW TAX ID NUMBER IS: 20-5495971. PLEASE MAKE SURE YOU UPDATE YOUR FILE. THANKS!!

PAST DUE

A prompt payment would be appreciated.

PAID
CHECK NO. 21549
AMOUNT
DATE 3/15/2007

29233/67
Hasbro/Inventors Greenhouse
(23)

VOUCHERED

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 627.50 |
|---|---|---|---|---|---|

TAX ID NO.: 20-5495971

*Please detach bottom portion and return with payment.*

Todd D. White
Alder Pollock & Sheehan
One Citizens Plaza
8th floor
Providence, RI 02903

Job No. : 01-37913
Case No. : 05-246f
Investors Greenhouse et al. v. Hasbo

Invoice No.: 95656
Date : 12/08/2006
TOTAL DUE : 627.50

**PAYMENT WITH CREDIT CARD**

Card Holder's Name: ____________
VISA/MC #: ____________
Exp. Date: ________ Phone #: ________
Billing Address: ____________
Amount to Charge: ________ Zip: ________
Cardholder's Signature: ____________

Remit To: **Golden Gate Reporting**
**1821 Jefferson Place NW, 3rd Floor**
**Washington, DC 20036**

03327

02/05/2007 10:22 4154914635 GOLDEN GATE REPORTIN PAGE 03/03

Golden Gate Reporting
35 Mitchell Blvd
Suite 8
San Rafael, California 94903
(800) 442-4611 Toll-Free
(415) 491-4611 Local
(415) 491-4635 Fax
www.GoldenGateReporters.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 95658 | 12/08/2006 | 01-37917 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/17/2006 | HAMM | 05-246f |

**CASE CAPTION**

Investors Greenhouse et al. v. Hasborough et al.

**TERMS**

Due upon receipt

Todd D. White
Alder Pollock & Sheehan
One Citizens Plaza
8th floor
Providence, RI 02903

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| David Voss | 114 Pages | @ | 2.50/Page | 285.00 |
| EXHIBITS | 17 Pages | @ | .40/Page | 6.80 |
| ROUGH ASCII | 114.00 Pages | @ | 1.25/Page | 142.50 |
| HANDLING & DELIVERY | | | | 25.00 |
| VIDEO CHARGES FOR THE DEPOSITION OF: | | | | |
| David Voss/Video Copies | | | | |
| Video: DVDs | 2.00 | @ | 95.00 | 190.00 |
| | | | TOTAL DUE >>>> | 649.30 |

PAST DUE

PLEASE NOTE THAT WE HAVE CHANGED OUR NAME FROM GOLDEN GATE REPORTERS TO GOLDEN GATE REPORTING. OUR NEW TAX ID NUMBER IS: 20-5495971. PLEASE MAKE SURE YOU UPDATE YOUR FILE. THANKS!!

A prompt payment would be appreciated.

PAID
CHECK NO. 21549
AMOUNT
DATE 3/15/2007

VOUCHERED

29233/67
Hasbro/Inventors Greenhouse
23

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 649.30 |
|---|---|---|---|---|---|

TAX ID NO.: 20-5495971

*Please detach bottom portion and return with payment.*

Job No. : 01-37917
Case No. : 05-246f
Investors Greenhouse et al. v. Hasbo

Invoice No.: 95658
Date : 12/08/2006
TOTAL DUE : 649.30

Todd D. White
Alder Pollock & Sheehan
One Citizens Plaza
8th floor
Providence, RI 02903

PAYMENT WITH CREDIT CARD

Card Holder's Name: ______
VISA/MC #: ______
Exp. Date: ______ Phone #: ______
Billing Address: ______
Amount to Charge: ______ Zip: ______
Cardholder's Signature: ______

Remit To: **Golden Gate Reporting**
**1821 Jefferson Place NW, 3rd Floor**
**Washington, DC 20036**

# REPORTING ASSOCIATES

10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

NCRA

FED. ID NO
05-0495813


TODD D. WHITE, ESQ.
ADLER POLLOCK & SHEEHAN, PC
ONE CITIZENS PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903-1345

**INVOICE NO.** 943084
**INVOICE DATE:** 9/20/2006
**REPORTER:**
ALESHA CERRITO

*INVENTOR'S GREENHOUSE, ET AL. VS. HASBRO INC., ET AL.*
*05-246S*

***ID#: 05-0495813***

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 8/29/2006 | DEPOSITION OF STEVEN D'AGUANNO | | | |
| | MIN-U-SCRIPT ONLY | 129.00 | 2.00 | 258.00 |
| | EXHIBITS | 30.00 | 0.25 | 7.50 |
| | | | **Sub Total** | 265.50 |
| | | | **Paid** | 265.50 |
| | | | **Balance Due** | 0.00 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

Please Return One Copy With Your Remittance

**REPORTING ASSOCIATES**
10 Dorrance Street • Suite 617 • Providence, RI 02903
(401) 351-1660

FED. ID NO
05-0495813

TODD D. WHITE, ESQ.
ADLER POLLOCK & SHEEHAN, PC
ONE CITIZENS PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903-1345

**INVOICE NO.** 941927
**INVOICE DATE:** 5/26/2006
**REPORTER:**
THERESA B. MULLAUGH

*INVENTOR'S GREENHOUSE, ET AL. VS. HASBRO, INC., ET AL.*
*05-246S*

**ID#:** *05-0495813*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 5/23/2006 | DEPOSITION OF DAVID L. MAURER | | | |
| | MIN-U-SCRIPT ONLY | 106.00 | 2.00 | 212.00 |
| | EXHIBITS | 23.00 | 0.25 | 5.75 |
| 5/24/2006 | DEPOSITION OF JOE FERNANDES | | | |
| | MIN-U-SCRIPT ONLY | 27.00 | 2.00 | 54.00 |
| | EXHIBITS | 12.00 | 0.25 | 3.00 |
| | E-TRANSCRIPT | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 284.75 |
| | | | **Paid** | 284.75 |
| | | | **Balance Due** | 0.00 |

**HANDLING & DELIVERY - NO CHARGE**
**THANK YOU**

Please Return One Copy With Your Remittance

***RHODE ISLAND COURT REPORTING, INC.***
*747 NORTH MAIN STREET*
*PROVIDENCE, RI 02904*
*PHONE: (401)437-3366 FAX: (401)433-1711*

Todd White, Esquire
Adler, Pollock & Sheehan, Inc.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**INVOICE NO.** 934100
**INVOICE DATE:** 6/20/2006
**REPORTER:**
Linda Taylor

*Re:Inventor's Greenhouse, et al v Hasbro*
*Depo: Gary Carlin*
*CA No. 05-246S*

**ID#:** *05-0480508*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 5/25/2006 | Appearance Fee | 1.00 | 50.00 | 50.00 |
| 5/25/2006 | Original and One Copy | 200.00 | 3.25 | 650.00 |
| | Exhibits | 46.00 | 0.25 | 11.50 |
| | Disk Included | 1.00 | | |
| | Handling & Delivery | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 721.50 |
| | | | **Paid** | 721.50 |
| | | | **Balance Due** | 0.00 |

***Remit within 30 days. Make checks payable to Rhode Island Court Reporting.***
***Please include invoice number on your check. Thank you.***

*RHODE ISLAND COURT REPORTING, INC.*
*747 NORTH MAIN STREET*
*PROVIDENCE, RI 02904*
*PHONE: (401)437-3366 FAX: (401)433-1711*

Todd White, Esquire
Adler, Pollock & Sheehan, Inc.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**INVOICE NO.** 934133
**INVOICE DATE:** 7/08/2006
**REPORTER:**
Cindy M. Tangney

**ID#:** *05-0480508*

*Re: Inventors Greenhouse, et al v. Hasbro, Inc., et al/CA# 05-246S*
*Depo: Robert Pelovitz*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 6/14/2006 | Appearance Fee | 1.00 | 50.00 | 50.00 |
| 6/14/2006 | Original and One Copy | 187.00 | 3.25 | 607.75 |
| | Exhibits | 31.00 | 0.25 | 7.75 |
| | Handling & Delivery | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 675.50 |
| | | | **Paid** | 675.50 |
| | | | **Balance Due** | 0.00 |

*Remit within 30 days. Make checks payable to Rhode Island Court Reporting.*
*Please include invoice number on your check. Thank you.*

*RHODE ISLAND COURT REPORTING, INC.*
*747 NORTH MAIN STREET*
*PROVIDENCE, RI 02904*
*PHONE: (401)437-3366 FAX: (401)433-1711*

Todd White, Esquire
Adler, Pollock & Sheehan, Inc.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**INVOICE NO.** 934284
**INVOICE DATE:** 10/02/2006
**REPORTER:**
Claudia J. Read

**ID#:** *05-0480508*

*Re: Inventors Greenhouse v. Hasbro*
*Depo: Ralph H. Baer*
*CA No. 05-246S*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 9/14/2006 | Appearance Fee | 1.00 | 50.00 | 50.00 |
| 9/14/2006 | Original and One Copy | 85.00 | 3.25 | 276.25 |
| | Disk Included | 1.00 | | |
| | Handling & Delivery | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 336.25 |
| | | | **Paid** | 336.25 |
| | | | **Balance Due** | 0.00 |

***Remit within 30 days. Make checks payable to Rhode Island Court Reporting.***
***Please include invoice number on your check. Thank you.***

***RHODE ISLAND COURT REPORTING, INC.***
*747 NORTH MAIN STREET*
*PROVIDENCE, RI 02904*
*PHONE: (401)437-3366 FAX: (401)433-1711*

Todd White, Esquire
Adler, Pollock & Sheehan, Inc.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**INVOICE NO.** 934337
**INVOICE DATE:** 10/25/2006
**REPORTER:**
Linda Taylor

**ID#:** *05-0480508*

*Re: Inventors Greenhouse v Hasbro, Inc.*
*Depos: Franklin LaBarbara, Ralph Baer*
*CA No. 05-24-6S*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 10/13/2006 | Furnishing One Copy/F. LABARBARA | 61.00 | 2.25 | 137.25 |
| | Exhibits | 8.00 | 0.25 | 2.00 |
| 10/13/2006 | Appearance Fee | 1.00 | 50.00 | 50.00 |
| 10/13/2006 | Original and One Copy/R. BAER | 56.00 | 3.25 | 182.00 |
| | Exhibits | 5.00 | 0.25 | 1.25 |
| | Disk Included | 1.00 | | |
| | Handling & Delivery | 1.00 | 12.00 | 12.00 |
| | | | **Sub Total** | 384.50 |
| | | | **Paid** | 384.50 |
| | | | **Balance Due** | 0.00 |

***Remit within 30 days. Make checks payable to Rhode Island Court Reporting.***
***Please include invoice number on your check. Thank you.***

*RHODE ISLAND COURT REPORTING, INC.*
*747 NORTH MAIN STREET*
*PROVIDENCE, RI 02904*
*PHONE: (401)437-3366 FAX: (401)433-1711*

Todd White, Esquire
Adler, Pollock & Sheehan, Inc.
One Citizens Plaza, 8th Floor
Providence, RI 02903

**INVOICE NO.** **934390**
**INVOICE DATE:** **11/14/2006**
**REPORTER:**
Linda Taylor

**ID#:** *05-0480508*

*Re: Inventors Greenhouse v Hasbro, Inc*
*Depo: Gary Carlin*
*CA No. 05-246S*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 11/01/2006 | Appearance Fee | 1.00 | 50.00 | 50.00 |
| 11/01/2006 | Original and One Copy | 120.00 | 3.25 | 390.00 |
| | Exhibits | 3.00 | 0.25 | 0.75 |
| | Disk Included | 1.00 | | |
| | Handling & Delivery | 1.00 | 10.00 | 10.00 |
| | | | **Sub Total** | 450.75 |
| | | | **Paid** | 450.75 |
| | | | **Balance Due** | 0.00 |

***Remit within 30 days. Make checks payable to Rhode Island Court Reporting. Please include invoice number on your check. Thank you.***

OCT-16-2006 02:53 PM 513 755 0404 P.02

**Verbatim Reporting**
Barbara J. Enneking, CVR
Certified Court Reporter
8930 Steeple Chase Way
West Chester, Ohio 45069

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/11/2006 | 950 |

| BILL TO | SHIP TO |
|---|---|
| Todd White, Esq.<br>Adler, Pollock & Sheehan, PC<br>One Citizens Plaza<br>8th Floor<br>Providence, RI 02903-1345 | Todd White, Esq.<br>Adler, Pollock & Sheehan, PC<br>One Citizens Plaza<br>8th Floor<br>Providence, RI 02903-1345 |

| TERMS | DUE DATE | REP | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| Due on receipt | 10/11/2006 | BJE | 10/11/2006 | Fed Ex COD |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 78 | C-Pages | One copy to the above Deposition of JOE KHAN taken on October 3, 2006 in the matter of Inventor's Greenhouse, Micro Pros Technology Solutions, and R. H. Baer Consultants -v- Hasbro, Inc. and Hasbro International, Inc., Case No. 05-2468. | 2.25 | 175.50 |
| 1 | Sig | Signature service charge | 25.00 | 25.00 |
| 48 | C-Pages | One copy to the above Deposition of WENDY BUELSING taken on the same day in the same matter | 2.25 | 108.00 |
| 1 | Sig | Signature service charge | 25.00 | 25.00 |
| 1 | PH | Postage, Handling and Labor including postage to send copy to Wendy Buelsing for signature | 50.00 | 50.00 |
| | | Thank You! | | |
| | | YOUR DEPOSITION WILL BE ARRIVING COD FEDERAL EXPRESS TOMORROW AFTERNOON. PLEASE HAVE A CHECK READY FOR PICKUP. | | |

29233/67 Hasbro / Inventor's Greenhouse (23)

PAID
CHECK NO. 19674
AMOUNT
DATE 10/16/2006
VOUCHERED

MAKE CHECKS PAYABLE TO:
BARBARA J. ENNEKING, CVR

| | |
|---|---|
| **Total** | $383.50 |
| **Balance Due** | $383.50 |

PLEASE MAKE CHECKS PAYABLE TO BARBARA J. ENNEKING, CVR

Invoice was given to me after the check was issued

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 513-755-9054 | 513-755-0404 | ennekingbj@fuse.net | verb8m.com |

Vendor # 6233
Sent W-9

AO44
(Rev. 12/89)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 00000051

6244

Minette M. Loula
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

Phone: (401) 274-7200
FAX: (401) 351-4607

dwollin@apslaw.com

**MAKE CHECKS PAYABLE TO:**

Debra D. Lajoie, RPR-FCRR-CRI
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 952-2731

Debra_Lajoie@rid.uscourts.gov

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 04-16-2007

DATE DELIVERED: 04-16-2007

**Case Style:** 05-246L, Inventor's Greenhouse, et al v Hasbro, Inc., et al
Defendant's Motion for Summary Judgment

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 55 | 3.30 | 181.50 | | | | | | | 181.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Hasbro Inc / Inventor's Greenhouse (23)

| | |
|---|---|
| Misc. Desc. MISC. CHARGES: | |
| TOTAL: | 181.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid: Amt: TOTAL DUE: | $181.50 |

PAID
CHECK NO. 21926
AMOUNT
DATE 4/16/2007

VOUCHERED

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Debra D. Lajoie

DATE 04-16-2007

(All previous editions of this form are cancelled and should be destroyed)

Sue Ann Simonin Court Reporting, Inc.
421 Franklin Street
Buffalo, New York 14202
(716) 882-8059
TIN: 16-1468950

TO: James A. Hall, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza
8th Floor
Providence, Rhode Island 02903-1345

PAST DUE

Date: August 25, 2006
Invoice: 24110

---

RE: Investor's Green House, et al vs. Hasbro, Inc., et al

For services rendered in connection with supplying:

PAID
CHECK NO. 20920
AMOUNT
DATE 1/22/2007

Transcript of testimony of STEPHEN M. TOTH taken on August 22, 2006.

29233 / 67
Hasbro / Inventors Greenhouse

23

RECEIVED
ADLER ... HAN, P.C.
... Floor
Pro... 02903-1345

DEC 7 2006

VOUCHERED

AMOUNT DUE $278.55

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number:
8098
Invoice Date:
Oct 4, 2005
Page:
1

Sold To:

Adler, Pollock & Sheehan
One Citizens Plaza
8th Floor
Providence, RI 02903-1345

| Client/Matter | Payment Terms |
|---|---|
| 02923/067 | Net 30 Days |

| Document Consultant | Customer Contact | Job Number | Due Date |
|---|---|---|---|
| MATTHEW | Irina | OCT 015 | 11/3/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3,112.00 | Bates | Bates Labels | 0.05 | 155.60 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: Valerie Hank

Date: 10/5/05

| | |
|---|---|
| Subtotal | 155.60 |
| Sales Tax | 10.89 |
| Total Invoice | 166.49 |
| Payment | 0.00 |
| TOTAL | 166.49 |

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 8237
Invoice Date: Oct 18, 2005
Page: 1

Sold To:

Adler, Pollock & Sheehan
One Citizens Plaza
8th Floor
Providence, RI 02903-1345

| Client/Matter | Payment Terms |
|---|---|
| 029233/067 | Net 30 Days |

| Document Consultant | Customer Contact | Job Number | Due Date |
|---|---|---|---|
| MATTHEW | Irina | OCT 154 | 11/17/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4,547.00 | "C" | Medium Litigation | 0.14 | 636.58 |
| 10.00 | Oversize | Oversize-16"x20" | 2.70 | 27.00 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: I. Slavina

Date: 10/17/05

| | |
|---|---|
| Subtotal | 663.58 |
| Sales Tax | 46.45 |
| Total Invoice | 710.03 |
| Payment | 0.00 |
| TOTAL | 710.03 |

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02903

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number:
14272
Invoice Date:
May 7, 2007
Page:
1

Sold To:
Adler, Pollock & Sheehan
ATTN: Todd White
One Citizens Plaza
8th Floor
Providence, RI 02903-1345

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| 029233/067 | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Todd White | MAY 059 | 6/6/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | "A" | Autofeed | 0.08 | 0.32 |
| 3.00 | Oversize | Oversize - 15x19 | 2.67 | 8.01 |
| 1.00 | Oversize | Oversize - 18x22 | 3.71 | 3.71 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. PAYMENT WILL BE MADE WITHIN THIRTY (30) DAYS WITHOUT REGARD TO ANY THIRD PARTY INVOICING. OVERDUE ACCOUNTS WILL BE BILLED A FINANCE CHARGE OF 1.5% PER MONTH. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: [signature]

Date: 5/7/07

Tax ID Number: 03-0487386

| | |
|---|---|
| Subtotal | 12.04 |
| Sales Tax | 0.84 |
| Total Invoice | 12.88 |
| Payment | 0.00 |
| TOTAL | 12.88 |