UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVENTOR'S GREENHOUSE; MICRO PROS TECHNOLOGY SOLUTIONS, R. H. BAER CONSULTANTS }
}
Plaintiff, }
v. }
} C.A. No. 05-246L
}
HASBRO, INC., HASBRO INTL. INC. }
}
Defendant

JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ x ] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants on Counts I, II, III, IV and V in the amended complaint

Deputy Clerk
May 22, 2007