UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246L |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' ASSENTED TO MOTION TO WITHDRAW ITS MOTION FOR COSTS**

Now come the Defendants, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and with the assent of plaintiffs, hereby move to withdraw its Motion for Award of Costs and its Motion for an Extension of Time in which to Supplement Bill of Costs. The parties have agreed to a full and final resolution of this matter, including withdrawing any and all post-trial request for remedy or relief (see Stipulation of Dismissal of Post-Trial Remedies and/or Relief attached as **Exhibit A**).

WHEREFORE, with consent of plaintiffs, Defendants hereby move to withdraw its Motion for Costs.

For the Defendants,

HASBRO, INC. and HASBRO
INTERNATIONAL, INC.
By their Attorneys,

_/s/ Todd D. White______________

John A. Tarantino (# 2586)
Todd D. White (# 5943)
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
jtarantino@apslaw.com
twhite@apslaw.com
jtechentin@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2007, I electronically filed the attached Motion of the Defendants Assented to Motion to Withdraw its Motion for Costs with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Mark B. Morse, Esq.
The Law Offices of Mark B. Morse
111 Wayland Avenue
Providence, RI 02906

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540

_/s/ Todd D. White_____________

*420640_1.doc*