# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246L |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**STIPULATION OF DISMISSAL**
**OF POST-TRIAL REMEDIES AND/OR RELIEF**

Counsel for the plaintiffs, Gary Carlin (on behalf of Inventor's Greenhouse), Ralph Baer (on behalf of R.H. Baer Consultants), and Robert Pelovitz (on behalf of Micro Pros Technology Solutions) and counsel for defendants, Hasbro, Inc. and Hasbro International, Inc. hereby agree as follows:

1. Counsel for defendants will withdraw their Motion for Costs and Motion for an Extension of Time to assemble additional costs pursuant to Rule 54 of the Federal Rules of Civil Procedure;

2. Counsel for the plaintiffs agree that in consideration of defendants' counsel's withdrawal of its present Motion for Costs and any motion for costs in the above-captioned matter, defendants' counsel will not file a Notice of Appeal or take an appeal in any form with regard to any aspect of the above-captioned case.

Having entered into this Stipulation both parties agree that this matter is finally and fully resolved.

As counsel for the Plaintiffs,

INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGIES, SOLUTIONS and R.H. BAER CONSULTANTS

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
5 Independence Way
Suite 300
Princeton, NJ 08540
Telephone: (212) 760-0098

June 15, 2007

As Counsel for the Defendants,

HASBRO, INC. and HASBRO INTERNATIONAL, INC.

Todd D. White, Esq.
Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200

June 15, 2007

*420574_1.doc*