UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INVENTOR'S GREENHOUSE, MICRO PROS TECHNOLOGY SOLUTIONS, and R.H. BAER CONSULTANTS, Plaintiffs, | : | |
| v. | : | CA NO: 05-246L |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC. Defendants. | : | |

**DEFENDANTS' ASSENTED TO MOTION TO WITHDRAW ITS MOTION FOR COSTS**

Now come the Defendants, Hasbro, Inc. and Hasbro International, Inc. ("Hasbro") and with the assent of plaintiffs, hereby move to withdraw its Motion for Award of Costs and its Motion for an Extension of Time in which to Supplement Bill of Costs. The parties have agreed to a full and final resolution of this matter, including withdrawing any and all post-trial request for remedy or relief (see Stipulation of Dismissal of Post-Trial Remedies and/or Relief attached as **Exhibit A**).

WHEREFORE, with consent of plaintiffs, Defendants hereby move to withdraw its Motion for Costs.

Granted: Ronald R. Lagueux
Sr. USDJ 6/19/07