INVENTOR'S GREENHOUSE

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Plaintiff

VS: CA No. 05-246L

HASBRO

Defendant

# EXHIBIT RECEIPT

I hereby acknowledge receipt of Defendant's exhibits

AI, AW, BK. BJ-1 - BJ-2, BJ-4,, BS, C, CE, CF, CG, CH, CM - CP, CZ, DA, VI

Fred D. White ____________________ 7/30/07 ____________________
Attorney Date